- Uncle.

- **Qualified Dependent Child:** This term means a child who is:

  - Your biological child, lawfully adopted child, stepchild, or any other child who is living with You in a regular parent-child relationship; and

  - Dependent on You for his or her chief support and maintenance.

- **Specified Loss:** This term means:

  - Loss of life;

  - A comatose state which lasts for a period in excess of one month;

  - Spinal cord injury which results in Hemiplegia, Paraplegia or Quadriplegia; or

  - Severe head injury which results in Loss of Cognitive Function.

**When And How The Day Care Expense Benefit Begins**

We will pay a Day Care Expense Benefit when all of the conditions shown below are met:

- A benefit is payable under this Certificate's Dependent Voluntary Accidental Death and Dismemberment and Catastrophic Loss Insurance due to a Specified Loss;

- On the date of the Accidental injury which results in the Specified Loss, the Qualified Dependent Child must be under the age of seven or younger; and

- We receive proof of the Qualified Dependent Child's enrollment in a Qualified Day Care Program. His or her enrollment must start within 12 months of the date of the Accidental injury which results in the Specified Loss.

**What We Pay**

Subject to all the terms of this Certificate, this benefit will be equal to the lesser of:

- $10,000 per year; and

- The actual yearly day care expenses for all of Your Qualified Dependent Children.

If this benefit is payable as both an Employee Accidental Death and Dismemberment Benefit and a Dependent Accidental Death and Dismemberment Benefit under this Certificate, the total benefit paid will not exceed the yearly day care expenses for all of Your Qualified Dependent Children.

We pay this benefit to the person who has primary responsibility for these expenses.

**Continued Eligibility For The Day Care Expense Benefit**

We require periodic proof:

- That a child remains enrolled in a Qualified Day Care Program; and

- Of the child's day care expenses.

GC-ADD-18-CA

**Guardian/Roeder 0204**

**When The Day Care Expense Benefit Ends**
This benefit ends on the earliest of the dates shown below:

- The date the child is no longer a Qualified Dependent Child as shown above;

- The date the child is no longer enrolled in a Qualified Day Care Program;

- The date We do not receive any required proof as shown above; and

- The end of a period of four years from the date the first day care expense benefit was paid.

B400.7176

GC-ADD-18-CA

**Guardian/Roeder 0205**

**All Options**

## CLAIM PROVISIONS

**Administration:** We have the responsibility to fairly, thoroughly, objectively and timely investigate, evaluate and determine Your eligibility for benefits under this Plan.

We will:

- Obtain only such information that is necessary to evaluate a claim for benefits. This information will be obtained as set forth herein with respect to notice and proofs of loss.

- Consider and interpret the terms of this Plan and all information obtained by Us and submitted that relates to a claim for benefits and make a determination based on that information and in accordance with the terms of this Plan and applicable California state law.

- If a claim is approved, review the determination as often as is reasonably necessary to determine continued eligibility for benefits.

- If a claim is denied, provide the claimant within a reasonable period of time a written notification of an adverse determination. Such notification will include the specific reason(s) for the adverse determination.

**Notice of Claim:** Written notice of intent to file a claim under this Certificate must be sent to Us within 20 days of the date of the loss, or as soon thereafter as is reasonably possible. This Notice should include the name of the insured and the Policy number. If the claim is being made for any other Covered Person, his or her name should also be shown. For details, You can call Us at 1-800-525-4542.

**Claim Forms:** We will furnish forms for filing proof of death within 15 days of receipt of Notice. If we do not furnish the forms on time, We will accept a written Notice and adequate proof of death that is the basis of the claim as Proof of Loss.

**Proof of Loss:** You must send written Proof of Loss to Our designated office within 90 days of the loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of Your legal capacity, later than one year from the time proof is otherwise required.

Proof of Loss and other claim data should be submitted to:

GC-ADD-18-CA

**Guardian/Roeder 0206**

**The Guardian Life Insurance Company of America**
Group Life Claims Department
P.O. Box 981573
El Paso, TX 79998-1573

**Time of Payment of Claim:** We will pay the Group Accidental Death & Dismemberment Insurance Benefit immediately upon receipt of written Proof of Loss.

**Legal Actions:** No legal action against Guardian related to this Certificate may be brought until 60 days from the date Proof of Loss has been given as shown above. No legal action may be brought against Guardian related to claims for benefits under this Certificate after three years from the date of the final benefit determination.

B401.2193

GC-ADD-18-CA

**Guardian/Roeder 0207**

**All Options**

## DEFINITIONS

This section defines certain terms appearing in Your Certificate.

B400.7183

**All Options**

**Accident**  This term means an unexpected event or occurrence, which results in bodily injury or death while a Covered Person is insured by this Certificate. The term Accident does not include a Sickness.

B401.2194

**All Options**

**Active Work or Actively At Work**  These terms mean You are able to perform, and are performing, all of the regular duties of Your work for the Employer at:

- One of the Employer's usual places of business;

- Some place where the Employer's business requires You to travel; or

- Any other place You and the Employer have agreed on for Your work.

B400.7186

**All Options**

**Certificate**  This term means this Certificate of Coverage, including any riders and enrollment forms that may be attached to this Certificate.

B400.7188

**All Options**

**Covered Loss**  This term means loss due to an Accident while a Covered Person is insured by this Certificate and as outlined in the Table of Covered Losses.

B400.7189

**All Options**

**Covered Person**  This term means the Employee and dependents who are insured by this Certificate.

B400.7190

**All Options**

**Domestic Partner**  This term means Your domestic partner who is registered with the California Secretary of State.

B401.2196

GC-ADD-18-CA

Guardian/Roeder 0208

**All Options**

**Effective Date**   The date the Certificate goes into force and effect as stated on the cover page of the Certificate of Coverage, or any change to the Certificate as requested by the Policyholder and approved by Us and in force and effect as stated on the cover page of the Certificate of Coverage.

B400.7192

**All Options**

**Eligibility Date**   This term means the earliest date a Covered Person is eligible for coverage under this Certificate, and he or she has satisfied all requirements for coverage to begin, as required by this Certificate.

- For Employee coverage, this term means the earliestdate You are eligible for coverage under this Certificate.

- For an Employee in Active Work who had completed any waiting period required by the Employer as of the Effective Date of this Certificate, the Eligibility Date means the Effective Date of this Certificate.

- For an Employee in Active Work as of the Effective Date of this Certificate who has not completed any waiting period required by the Employer , the Eligibility Date will be the first date following the completion of the required waiting period.

- For an Employee hired on or after the Effective Date of this Certificate, the Eligibility Date will be the later of the Employee's date of hire, or the first date following the completion of any waiting period required by the Employer.

If this plan requires Employees to elect coverage under this Certificate, the Eligibility date will be the later of:

- The Employee's date of hire;

- The first date following the completion of any waiting period required by the Employer; or

- The approval by Us in writing of any coverage for which You were required to provide Proof of Insurability.

For dependent coverage, this term means the earliest date on which:

- You have Initial Dependents; and

- Are eligible for dependent coverage.

B400.7193

**All Options**

**Employee**   This term means a person who works for the Employer at the Employer's place of business and whose income is reported to the United States Internal Revenue Service, and/or a state, for tax purposes. Partners and proprietors will also be treated as Employees if the eligibility requirements are met.

B400.7195

GC-ADD-18-CA

**Guardian/Roeder 0209**

**All Options**

**Employer**   This term means PSC BIOTECH CORPORATION .

B400.7196

**All Options**

**Enrollment Period**   This term means the 31 day period which starts on the date You first become eligible for coverage.

B400.7197

**All Options**

**Full-Time**   This term means You are not a part time Employee as defined by Your Employer and the average number of hours You worked for the six months prior to the last full day worked was at least 20 hours per week at:

- Your Employer's place of business;

- Some place where the Employer's business requires You to travel; or

- Any other place You and Your Employer have agreed upon for the performance of occupational duties.

B401.3005

**All Options**

**Initial Dependents**   This term means those eligible dependents You have at the time You first become eligible for Employee coverage. If at this time You do not have any eligible dependents, but You later acquire them, the first eligible dependents You acquire are Your Initial Dependents.

B400.7199

**All Options**

**Legally Intoxicated**   "Intoxicated"  means that the Covered Person's blood alcohol content meets or exceeds the percentage or amount of blood alcohol content that creates a legal presumption of intoxication under the laws of the state or territory in which the loss occurred for operating a motor vehicle under the influence, regardless of whether the Covered Person was operating a motor vehicle at the time the loss occurred.

B400.7219

**All Options**

**Month or Months or Monthly**   These terms mean a consecutive 30 day period.

B400.7220

GC-ADD-18-CA

**Guardian/Roeder 0210**

**All Options**

**Newly Acquired Dependent**  This term means an eligible dependent You acquire after You already have coverage in force for Initial Dependents.

B400.7221

**All Options**

**Policy or Plan**  This term means the Group Accidental Death and Dismemberment Coverage described in the Policy and in this Certificate.

B400.7223

**All Options**

**Proof Of Insurability**  This terms means the completion of an evidence of insurability form, which shows that a person is insurable.

B400.6388

**All Options**

**Proof of Loss**  This term means the documents that We use to substantiate an accidental death and dismemberment claim. Examples of documents used for Proof of Loss include:

- An original certified finalized death certificate;
- The beneficiary designation in effect at the time of death;
- Enrollment information documenting that the insured was properly enrolled for the amount of coverage claimed;
- A fully completed claim form; and
- Any additional information deemed necessary during the course of Our claim investigation. This may include, but is not limited to, an autopsy report, investigative reports, toxicology reports and medical records.

B401.2197

**All Options**

**Third degree Burn**  This term means a burn involving the full thickness of skin including the tissue beneath the skin; burns in which both the epidermis and dermis are destroyed with damage extending into underlying tissues.

B400.7227

**All Options**

**Spouse**  This term means Your lawful spouse, which shall include the marriage between opposite or same-sex partners legally performed in other jurisdictions. This term shall also include Your Domestic Partner.

B401.2198

GC-ADD-18-CA

**Guardian/Roeder 0211**

**All Options**

    **We, Us and Our**   These terms mean The Guardian Life Insurance Company of America.

B400.7229

**All Options**

    **You or Your**   These terms mean the insured Employee.

B400.7230

GC-ADD-18-CA

**Guardian/Roeder 0212**

**All Options**

## EXCLUSIONS

Conditions that are not considered Covered Losses and that are not covered under the terms of this Certificate.

- Willful self-injury, suicide, or attempted suicide while sane or insane;

- Sickness, disease, mental infirmity, or result of any medical or surgical treatment;

- Infection, except pyogenic infections which result from a bodily injury or bacterial infections which result from the unintentional ingestion of contaminated substances;

- The intentional or voluntary inhalation or ingestion of gas, chemical, solvent, poison or other substances not intended for internal consumption;

- An injury the Covered Person suffers while taking part in a riot or other civil disorder; or in the commission of or attempt to commit a felony, as defined per the laws in the jurisdiction in which the felony was committed or attempted, or as defined under federal law if the offense charged was a federal offense;

- Injury suffered while travelling on any type of aircraft if the Covered Person is an instructor or crew member; or has any duties at all on that aircraft;

- Injury suffered in declared or undeclared war or act of war or armed aggression;

- Injury suffered while the Covered Person is a member of any armed force;

- Injury suffered while the Covered Person is Legally Intoxicated; or

- Injury suffered while the Covered Person is voluntarily using a controlled substance, unless:

  - It was prescribed for the Covered Person by a doctor; and

  - It was used as prescribed.

A controlled substance is anything called a controlled substance in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, as amended from time to time.

B401.2787

GC-ADD-18-CA

**Guardian/Roeder 0213**

**All Options**

## GROUP ACCIDENTAL DEATH AND DISMEMBERMENT SCHEDULE OF BENEFITS

B400.7846

**All Options**

### Employee Basic Accidental Death And Dismemberment (AD&D) Insurance Schedule

B400.7859

**All Options**

**Basic AD&D Insurance Amount**   The Insurance Amount is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,000.00

B400.7860

**All Options**

**Reduction of Basic AD&D Insurance Amount Based on Age**   If You are less than age 65 when Your insurance under this Policy starts, Your insurance amount will be reduced at 12:01 A.M. Standard Time for Your place of residence on the date You reach age 65, by 35% of the amount which otherwise applies to Your classification. But in no case will such reduced amount be less than $1,000.00. This reduction also applies to Your initial insurance amount if Your insurance starts after You reach age 65, but before You reach age 70.

If You are less than age 70 when Your insurance under this Policy starts, Your insurance amount will be reduced at 12:01 A.M. Standard Time for Your place of residence on the date You reach age 70, by 50% of the amount which otherwise applies to Your classification. But in no case will such reduced amount be less than $1,000.00. This reduction also applies to Your initial insurance amount if Your insurance starts after You reach age 70.

The reduced amount is in place of the amount which otherwise applies to Your classification.

B400.7899

**All Options**

**Limitations For Future Entrants**   But, regardless of any of the above reductions, we limit Your initial insurance amount as shown below if Your insurance under this Policy starts both:

(a) after this Policy's effective date; and

(b) after you reach age 70.

GC-SCH-ADD-15-CA

Guardian/Roeder 0214

The limited amount is in place of the amount which otherwise applies to Your classification.

If you give Us Proof Of Insurability, and We approve it in writing, Your insurance amount will be 50% of the amount which otherwise applies to Your classification. But in no event will this reduced amount be less than $10,000.00.

If you do not give Us Proof Of Insurability or We do not approve Your Proof, Your insurance amount will be $10,000.00.

B400.7974

**All Options**

**Proof of Insurability**    Depending on the coverage selected, or as otherwise required in this Certificate, You, Your Spouse and/or Dependents may be required to supply proof that the person applying for coverage is insurable for the amount and type of coverage selected. This requirement is called Proof of Insurability. For purposes of this section, any person applying for coverage requiring Proof of Insurability is referred to as "Applicant."

To determine if the Applicant is required to submit Proof of Insurability for the type and amount of coverage sought, please see below.

Any applicant required to submit Proof of Insurability is required to complete and submit to Us an Enrollment/Change form. We may also require the completion of additional forms so that We may determine whether the Applicant is insurable, according to Our underwriting standards for the amount and type of coverage applied for. To determine if the Applicant is insurable, We may also need to obtain and review the Applicant's health and medical history; prescription history; records relating to treatment, diagnostic testing, hospitalization and the like; and records pertaining to Applicant's driving and motor vehicle history.

No coverage requiring Proof of Insurability will become effective unless and until it is approved by Us in writing. Our receipt of any premiums associated with coverage requiring Proof of Insurability does not waive or modify any requirement that must be satisfied for coverage to begin, including but not limited to the requirement that the Applicant submit Proof of Insurability. In the event that any premiums are overpaid, Our only obligation is to return the amount of overpaid premiums.

The Policyholder, or its designee, must give Us complete and accurate information so that we may determine:

- Who is insured;

- The type and amount of coverage for which someone is insured; and

- Any other information required so that Guardian may meet its obligations under the Policy.

GC-SCH-ADD-15-CA

**Guardian/Roeder 0215**

| **Proof Of Insurability Requirements** | Proof Of Insurability requirements apply to Basic Accidental Death and Dismemberment Insurance. Such requirements may apply to the full insurance amount, or just part of it, as outlined below. When Proof Of Insurability requirements apply, it means You must submit to Us Proof that You are insurable, and We must approve the Proof in writing before the insurance, or the specified part becomes effective. |

We require Proof of Insurability as follows:

If You:

- Do not meet this Policy's enrollment requirement within 30 days after You first become eligible; or

- Enroll after You previously had coverage which ended because You failed to make a required payment,

We will require that You provide Proof Of Insurability. And, You will not be covered until We approve that proof in writing.

If Your Active Full-Time Work ends before You meet any Proof Of Insurability requirements that apply You will still have to meet those requirements if You are later re-employed by the Employer or an associated company.

B400.8032

**All Options**

## Employee Voluntary Accidental Death And Dismemberment (AD&D) Insurance Schedule

B400.8097

**All Options**

| **Initial Election** | You will be insured under one of the plans of Voluntary Accidental Death and Dismemberment Insurance which is equal to 100% of the Voluntary Term Life amount not to exceed $500,000.00. You may only be insured under one plan at a time. You must notify the Employer of your election and pay the required premium. |

B400.8100

**All Options**

| **Changing Election** | You may switch to another benefit any time the Voluntary Term Life amount is changed. You must notify the Employer of the switch and the amount must be 100% of the Voluntary Term Life amount. |

B400.8104

GC-SCH-ADD-15-CA

**Guardian/Roeder 0216**

**All Options**

| | |
|---|---|
| **Voluntary AD&D Insurance Amount** | *Plan A* |
| | You may elect amounts of Voluntary Accidental Death and Dismemberment Insurance in increments of $10,000.00, but your amount may not be less than $10,000.00 and may not exceed $500,000.00. |

B400.8127

**All Options**

| | |
|---|---|
| **Annual Election** | After You first enroll for Employee Voluntary Accidental Death and Dismemberment Insurance, You may choose to increase Your amount of Voluntary Accidental Death and Dismemberment Insurance by an amount not to exceed an increase of $50,000 as shown above. This option is available during the Voluntary Accidental Death and Dismemberment enrollment period described above. Proof Of Insurability will not be required unless the insurance amount exceeds the amount of Voluntary Accidental Death and Dismemberment Insurance for which Proof Of Insurability is required as shown below. |

If Proof Of Insurability is required and has been submitted and approved by Us, Proof of Insurability for additional increases will be required on the second anniversary of the date we approve such coverage.

If Proof Of Insurability is required and has been declined, You will not be eligible for additional annual increases without submitting Proof Of Insurability for them, and then if such increases are approved by Us in writing.

B400.9092

**All Options**

| | |
|---|---|
| **Family Status Change** | You may request a change to your Accidental Death and Dismemberment Insurance coverage if you have experienced a Family Status Change. |

**A Family Status Change** includes one or more of the following:

- Marriage or divorce;
- Death of a Spouse or child;
- Birth or adoption of a child;

GC-SCH-ADD-15-CA

**Guardian/Roeder 0217**

- Your Spouse's termination of employment or a change in Your Spouse's employment that results in the loss of group coverage.

The term "marriage" may also refer to civil unions and domestic partnerships, as recognized by the jurisdiction in which You reside.

If a change in Family Status occurs, You may request an increase to Your Accidental Death and Dismemberment Insurance amount or the addition of Employee Accidental Death and Dismemberment Insurance for which You were not previously insured. You may also request an increase or the addition of dependent Spouse or dependent child Accidental Death and Dismemberment Insurance for your living eligible dependents. You must provide proof of the Family Status Change and request the change to Your Accidental Death and Dismemberment Insurance in writing within 31 days after the date of the Family Status Change as described below.

B400.9096

**All Options**

**Reduction of Voluntary AD&D Insurance Amount Based on Age**

If You are less than age 70 when Your insurance under this Plan starts, Your insurance amount is reduced at 12:01 A.M. Standard Time for Your place of residence on the date You reach age 70, by 33% of the amount which otherwise applies to Your classification. But in no case will such reduced amount be less than $1,000.00. This reduction also applies to Your initial insurance amount if Your insurance starts after You reach age 70, but before You reach age 75.

If You are less than age 75 when Your insurance under this Plan starts, Your insurance amount is reduced at 12:01 A.M. Standard Time for Your place of residence on the date You reach age 75, by 66% of the amount which otherwise applies to Your classification. But in no case will such reduced amount be less than $1,000.00. This reduction also applies to Your initial insurance amount if Your insurance starts after You reach age 75.

The reduced amount is in place of the amount which otherwise applies to Your classification.

B400.9128

**All Options**

**Proof of Insurability**

Depending on the coverage selected, or as otherwise required in this Certificate, You, Your Spouse and/or Dependents may be required to supply proof that the person applying for coverage is insurable for the amount and type of coverage selected. This requirement is called Proof of Insurability. For purposes of this section, any person applying for coverage requiring Proof of Insurability is referred to as "Applicant."

To determine if the Applicant is required to submit Proof of Insurability for the type and amount of coverage sought, please see below.

GC-SCH-ADD-15-CA

Guardian/Roeder 0218

Any applicant required to submit Proof of Insurability is required to complete and submit to Us an Enrollment/Change form. We may also require the completion of additional forms so that We may determine whether the Applicant is insurable, according to Our underwriting standards for the amount and type of coverage applied for. To determine if the Applicant is insurable, We may also need to obtain and review the Applicant's health and medical history; prescription history; records relating to treatment, diagnostic testing, hospitalization and the like; and records pertaining to Applicant's driving and motor vehicle history.

No coverage requiring Proof of Insurability will become effective unless and until it is approved by Us in writing. Our receipt of any premiums associated with coverage requiring Proof of Insurability does not waive or modify any requirement that must be satisfied for coverage to begin, including but not limited to the requirement that the Applicant submit Proof of Insurability. In the event that any premiums are overpaid, Our only obligation is to return the amount of overpaid premiums.

The Policyholder, or its designee, must give Us complete and accurate information so that we may determine:

- Who is insured;

- The type and amount of coverage for which someone is insured; and

- Any other information required so that Guardian may meet its obligations under the Policy.

**Proof Of Insurability Requirements**  Proof Of Insurability requirements apply to Voluntary Accidental Death and Dismemberment Insurance. Such requirements may apply to the full insurance amount, or just part of it, as outlined below. When Proof Of Insurability requirements apply, it means You must submit to Us Proof that You are insurable, and We must approve the Proof in writing before the insurance, or the specified part becomes effective.

We require Proof of Insurability as follows:

B400.9141

**All Options**

Except as provided for annual election, We require Proof of Insurability before You switch from Your current increment of Voluntary Accidental Death and Dismemberment Insurance to an increment which provides a greater amount of insurance.

B400.9179

**All Options**

We require Proof of Insurability before We will insure You if You enroll for Voluntary Accidental Death and Dismemberment Insurance after the time allowed for enrolling as specified in this Certificate.

B400.9184

GC-SCH-ADD-15-CA

**Guardian/Roeder 0219**

**All Options**

We require Proof of Insurability for all amounts of Voluntary Accidental Death and Dismemberment Insurance which exceed $130,000.00.

B400.9188

**All Options**

We require Proof of Insurability for all amounts of Voluntary Accidental Death and Dismemberment Insurance which exceed $50,000.00, if Your scheduled Voluntary Accidental Death and Dismemberment Insurance effective date is after You reach age 65.

B400.9191

**All Options**

We require Proof of Insurability for all amounts of Voluntary Accidental Death and Dismemberment Insurance which exceed $10,000.00, if Your scheduled Voluntary Accidental Death and Dismemberment Insurance effective date is after You reach age 70.

B400.9191

**All Options**

## Dependent Voluntary Accidental Death and Dismemberment Schedule

B400.9308

**All Options**

**Initial Election**     You may choose the plan of dependent Spouse Voluntary Accidental Death and Dismemberment Insurance and the plan of dependent child Voluntary Accidental Death and Dismemberment Insurance shown below. You must notify the Employer of Your election and pay the required premium.

B400.9309

**All Options**

**Voluntary Dependent Spouse Insurance Amount**     *Plan A*

You may elect amounts of Voluntary dependent spouse Accidental Death and Dismemberment Insurance in increments of $5,000.00, but the amount may not be less than $5,000.00 and may not exceed $250,000.00.

B400.9318

GC-SCH-ADD-15-CA

**Guardian/Roeder 0220**

**All Options**

| Dependent Child<br>Voluntary AD&D<br>Insurance Amount | *Plan A* | |
|---|---|---|
| | **Child's Age At Death** | **Insurance Amount** |
| | From birth to 14 days  . . . . . . . . . . . . . . . . . . . . | $1,000.00 |
| | At least 14 days but less than<br>26 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | an amount not less than<br>$1,000.00, and not more<br>than $10,000.00, increments<br>of $1,000.00 |

B401.2802

**All Options**

In no event may the insurance amount of a dependent Spouse exceed 50% of Your insurance amount.

B401.2814

**All Options**

In no event may the insurance amount of a dependent child exceed 50% of Your insurance amount.

B401.2813

**All Options**

**Reduction of Dependent Voluntary Accidental Death and Dismemberment Insurance Amount based on Age**

Your dependent benefits are reduced in the same manner as Your benefits. The dependent reductions are based on Your age.

B400.9363

**All Options**

**Proof Of Insurability Requirements**

Depending on the coverage selected, or as otherwise required in this Certificate, Your Spouse and Dependent Children may be required to supply proof that the person applying for coverage is insurable for the amount and type of coverage selected. This requirement is called Proof of Insurability. For purposes of this section, any person apply for coverage requiring Proof of Insurability is referred to as "Applicant."

To determine if the Applicant is required to submit Proof of Insurability for the type and amount of coverage sought, please see below.

GC-SCH-ADD-15-CA

Guardian/Roeder 0221

Any applicant required to submit Proof of Insurability is required to complete and submit to Us an Enrollment/Change form. We may also require the completion of additional forms so that we may determine whether the Applicant is insurable according to our underwriting standards for the amount and type of coverage applied for. To determine if the Applicant is insurable, We may also need to obtain and review the Applicant's:

- Health and medical history;

- Prescription history;

- Records relating to treatment, diagnostic testing, hospitalization; and

- Records pertaining to the Applicant's driving and motor vehicle history.

No coverage requiring Proof of Insurability will become effective unless and until it is approved by Us in writing. Our receipt of any premiums associated with coverage requiring Proof of Insurability does not waive or modify any requirement that must be satisfied for coverage to begin, including but not limited to the requirement that the Applicant provide Proof of Insurability. In the event that any premiums are overpaid, Our only obligation is to return the amount of overpaid premiums.

The Policyholder, or its designee, must give Us complete and accurate information so that We may determine:

- Who is insured;

- The type and amount of coverage for which someone is insured; and

- Any other information required so that Guardian may meet its obligations under the Policy.

We require Proof of Insurability as follows:

B400.9364

**All Options**

We require Proof Of Insurability that a dependent is insurable if You:

- Enroll a dependent, submit the dependent's signed health statement, and agree to make the required payments after the end of the Enrollment Period;

- In the case of a Newly Acquired Dependent, other than the first newborn child, have other eligible dependents who You have not elected to enroll; or

- In the case of a Newly Acquired Dependent, have other eligible dependents whose coverage previously ended because You failed to make the required contributions, or otherwise chose to end such coverage.

B400.9367

GC-SCH-ADD-15-CA

**Guardian/Roeder 0222**

**All Options**

A dependent is not covered by any part of this Policy that requires such proof until You give Us this proof and We approve it in writing.

If Your dependent coverage ends for any reason, including failure to make the required payments, Your dependents will not be covered by this Policy again until You give Us new proof that they are insurable and We approve that proof in writing.

B400.9368

**All Options**

We require Proof of Insurability before We will insure any dependent Spouse who is enrolled for dependent Spouse Voluntary Accidental Death and Dismemberment Insurance after the time allowed for enrolling as specified in this Policy.

B400.9373

**All Options**

We require Proof of Insurability for any amount of dependent Voluntary Accidental Death and Dismemberment Insurance in excess of $50,000.00 with respect to a dependent Spouse.

B400.9376

**All Options**

We require Proof of Insurability for any amount of dependent Voluntary Accidental Death and Dismemberment Insurance in excess of $10,000.00 with respect to a dependent Spouse, if the dependent Spouse's scheduled dependent Voluntary Accidental Death and Dismemberment effective date is after he or she reaches age 65.

B400.9375

**All Options**

We require Proof of Insurability before We will insure any dependent child who is enrolled for dependent child Voluntary Accidental Death and Dismemberment Insurance after the time allowed for enrolling as specified in this Policy.

B400.9481

**All Options**

# Changes to Insurance

B400.9564

GC-SCH-ADD-15-CA

Guardian/Roeder 0223

**All Options**

**Changes In Insurance Amounts**   If You are not Actively At Work on a Full-Time basis, any change in Your amount of coverage or the amount of coverage on a covered dependent will not become effective prior to the date You return to Active Work on a Full-Time basis.

B400.9568

**All Options**

**Changes In Insurance Classification**   If Your classification changes, insurance will not be changed to the new amount until the first day on which You are:

- Actively At Work on a Full-Time basis; and

- Make a contribution, if required, for the new classification.

If a contribution is required for the new classification for which a larger amount of insurance is provided, You must make the required contribution for the new amount within 31 days of the change. If You do not make the required contribution within 31 days of the change or within 31 days of becoming Actively At Work on a Full-Time basis, if You are not Actively At Work on a Full-Time basis, when Your classification changes, no increase will be allowed due to such change or any later change. In that case, in order to become insured for the larger amount, You must:

- Make the required contribution for the new amount; and

- Furnish Proof Of Insurability to Us, which We approve in writing.

If the insurance amount was previously reduced because of age or retirement, it will be retained at the reduced amount.

B400.9570

GC-SCH-ADD-15-CA

**Guardian/Roeder 0224**

**All Options**

## CERTIFICATE RIDER - Seatbelt and Airbag Benefit

This Rider is effective as of the effective date of the Employee's Certificate. If this Rider is added to an inforce Certificate, the Rider becomes effective on its issue date. This Rider amends the Certificate by the addition of the following:

Terms not specifically defined within this Rider are defined in the Certificate.

**Employee Basic and Voluntary
Accidental Death and Dismemberment Insurance
and Dependent Voluntary Accidental Death
and Dismemberment Insurance
Seatbelt and Airbag Benefit**

This rider applies to Your Basic and Voluntary Accidental Death and Dismemberment Insurance and dependent Voluntary Accidental Death and Dismemberment Insurance.

**Seatbelt And Airbag Benefits**  If You die as a result of an automobile Accident while properly wearing a seatbelt, We will increase Your Accidental Death and Dismemberment Benefit amount by $10,000. And, if You die as a result of an automobile Accident while both properly wearing a seatbelt, and sitting in a seat equipped with an airbag, We will increase Your Accidental Death and Dismemberment Benefit amount by an additional $5,000, for a total increase of $15,000.

**Notice of Claim:**  You must send Us a request which includes written proof that You were properly wearing a seatbelt. A law enforcement official investigating the accident must certify that the seatbelt was properly fastened and that the automobile in which the deceased was traveling was equipped with airbags. A copy of such certification must be submitted to Us with the claim for benefits. We must approve such proof in writing before this benefit is paid.

**Proof of Loss:**  You must send written Proof of Loss to Our designated office within 90 days of the loss.

If We cannot determine that You were wearing a seatbelt at the time of the Accident, We will increase Your Accidental Death and Dismemberment Benefit amount by $1,000.

If We determine that a seatbelt was not worn at the time of the automobile Accident resulting in Your death, or if the required official report is not provided, no Seatbelt or Airbag Benefit will be paid.

The total amount payable for the Seatbelt and Airbag Benefit under Your Basic and Voluntary Accidental Death and Dismemberment Insurance and Basic and Voluntary Group Term Life Insurance and may not exceed $30,000.

**Late Notice and Proof of Loss:**  We will not void or reduce Your claim if we do not receive Notice and Proof of Loss within the required time. In that case, Notice and Proof of Loss must be sent as soon as reasonably possible.

GC-R-ADD-SBA-15-CA

Guardian/Roeder 0225

**Proof of loss and other claim data should be submitted to:**

**The Guardian Life Insurance Company of America**
**Group Life Claims Department**
**P.O. Box 981573**
**El Paso, TX 79998-1573**

**Exclusions**  This Certificate Rider does not pay a Seatbelt or Airbag Benefit for loss of life caused by, or related to an Accident occurring:

- While You are Legally Intoxicated;

- While You are voluntarily using a controlled substance, unless:

  - It was prescribed for You by a Doctor; and

  - It was used as prescribed.

  A controlled substance is anything called a controlled substance in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, as amended from time to time.

- While You were intentionally or voluntarily inhaling or ingesting a gas, chemical, solvent, poison or other substances not intended for internal consumption; or

- During Your commission of, or attempt to commit a felony as defined per the laws in the jurisdiction in which the felony was committed or attempted, or as defined under federal law if the offense charged was a federal offense.

### Dependent Seatbelt and Airbag Benefit

**Seatbelt And Airbag Benefits**  If Your dependent dies as a result of an automobile Accident while properly wearing a seatbelt, We will increase his or her Voluntary Accidental Death and Dismemberment Benefit amount by $5,000. And, if Your dependent dies as a result of an automobile Accident while both properly wearing a seatbelt, and sitting in a seat equipped with an airbag, We will increase his or her Voluntary Accidental Death and Dismemberment Benefit amount by an additional $2,500, for a total increase of $7,500.

You are responsible for providing proof that Your dependent was properly wearing a seatbelt. A law enforcement official investigating the Accident must certify that the seatbelt was properly fastened and that the automobile in which the deceased was traveling was equipped with airbags. A copy of such certification must be submitted to Us with the claim for benefits.

If We cannot determine that Your dependent was wearing a seatbelt at the time of the automobile Accident resulting in his or her death, We will increase Your dependent Accidental Death and Dismemberment Benefit amount by $1,000.

If We determine that a seatbelt was not worn at the time of the automobile Accident resulting in Your dependent's death, or if the required official report is not provided, no Seatbelt or Airbag Benefit will be paid.

GC-R-ADD-SBA-15-CA

**Guardian/Roeder 0226**

The total amount payable for the Seatbelt and Airbag Benefit under Your dependent Voluntary Accidental Death and Dismemberment Insurance and Voluntary Group Term Life Insurance may not exceed $15,000 for each covered dependent.

**Exclusions** This Policy does not pay a Seatbelt or Airbag Benefit for loss of life caused by, or related to an Accident occurring:

- While Your dependent is Legally Intoxicated;

- While Your dependent is voluntarily using a controlled substance, unless:

  - It was prescribed for the dependent by a doctor; and

  - It was used as prescribed.

  A controlled substance is anything called a controlled substance in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, as amended from time to time.

- While Your dependent intentionally or voluntarily inhales or ingests a gas, chemical, solvent, poison or other substances not intended for internal consumption; or

- During Your dependent's commission of, or attempt to commit a felony as defined per the laws in the jurisdiction in which the felony was committed or attempted, or as defined under federal law if the offense charged was a federal offense.

**The Guardian** Life Insurance Company of America

*Raymond J Marra*

Raymond Marra, Senior Vice President, Group and Worksite Markets

B401.2205

GC-R-ADD-SBA-15-CA

**Guardian/Roeder 0227**

**All Options**

## CERTIFICATE RIDER

This Rider is effective on the Policy Date. This Rider amends the Certificate by the replacement of the Incontestability provision to the following:

### Time Limit On Certain Defenses

After the Policy has been in force for a period of two years, no statements of the Policyholder contained in the application, and no statement relating to insurability made by any Employee eligible for coverage under the Policy shall be used to deny a claim or in contesting the validity of the insurance with respect to which such statement was made after the insurance has been in force prior to the contest for a period of two years during the lifetime of the person with respect to whom any such statement was made.

This Rider is part of the Certificate. Except as stated in this Rider, nothing contained in this Rider changes or affects any other terms of the Certificate.

**The Guardian** Life Insurance Company of America

Harris Oliner, Senior Vice President,   Raymond Marra, Senior Vice President,
Corporate Secretary                      Group and Worksite Markets

GC-R-TLCD2-19-CA                                                    B439.0017

GC-R-TLCD2-19-CA

**Guardian/Roeder 0228**

**All Options**

## STATEMENT OF ERISA RIGHTS

**The Guardian Life Insurance Company of America**
10 Hudson Yards
New York, New York 10001
(212) 598-8000

Your group term accidental death and dismemberment insurance benefits may be covered by the Employee Retirement Income Security Act of 1974 (ERISA). If so, you are entitled to certain rights and protections under ERISA.

ERISA provides that all plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits**

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U. S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts, collective bargaining agreements and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate the plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforcement of Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules (see Claims Procedures below).

GC-ERISA-ADD-18-CA

Guardian/Roeder 0229

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a state or Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110.00 a day until you receive the material, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a federal court. If it should happen that plan fiduciaries misuse the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds that your claim is frivolous.

**Assistance with Questions**

If you have questions about the plan, you should contact the plan administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Accidental Death and Dismemberment Insurance Claims Procedure**

If you seek benefits under the plan you should complete, execute and submit a claim form. Claim forms and instructions for filing claims may be obtained from the Guardian Life Insurance Company of America (hereinafter referenced as Guardian.)

Guardian is the Claims Fiduciary with the authority to interpret and construe the terms of the Policy, the Certificate, the Schedule of Benefits, and any riders, or other documents or forms that may be attached to the Certificate or the Policy, and any other plan documents. Guardian has the authority to determine eligibility for benefits and coverage under those documents. Guardian has the right to secure independent professional healthcare advice and to require such other evidence as needed to decide your claim.

In addition to the basic claim procedure explained in your certificate, Guardian will also observe the procedures listed below. These procedures are the minimum requirements for benefit claims procedures of employee benefit plans covered by Title 1 of ERISA.

**Definitions**

"Adverse determination" means any denial, reduction or termination of a benefit or failure to provide or make payment (in whole or in part) for a benefit.

GC-ERISA-ADD-18-CA

**Guardian/Roeder 0230**

**Timing for Initial Benefit Determination of Accidental Death and Dismemberment Insurance Claims**

The benefit determination period begins when a claim is received. Guardian will make a benefit determination and notify a claimant within a reasonable period of time, but not later than the maximum time period shown below. A written or electronic notification of any adverse benefit determination must be provided.

Guardian will provide a benefit determination not later than 90 days from the date of receipt of a claim. This period may be extended by up to 90 days if Guardian determines that an extension is necessary due to special circumstances, and so notifies the claimant before the end of the initial 90-day period. Such notification will include the reason for the special circumstances requiring the extension and a date by which the determination is expected to be made.

A notification of an extension to the time period in which a benefit determination will be made will include an explanation of the standards upon which entitlement to a benefit is based, any unresolved issues that prevent a decision of the claim, and the additional information needed to resolve those issues.

**Adverse Benefit Determination of Accidental Death and Dismemberment Insurance Claims**

If a claim is denied, Guardian will provide notice that will set forth:

- The specific reason(s) for the adverse determination;

- References to the specific provisions in the Policy, Certificate, plan or other documents, on which the determination is based;

- A description of any additional material or information needed to perfect the claim, and an explanation of why such material or information is necessary;

- A description of the plan's claim review procedures which a claimant may follow to have a claim for benefits reviewed and the time limits applicable to such procedures;

- Identification and description of any specific internal rule, guideline or protocol that was relied upon in making an adverse benefit determination, or a statement, that a copy of such information will be provided to the claimant free of charge upon request;

- A description of the plan's review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination; and

- In the case of adverse benefit determination based on medical necessity or experimental treatment, notice will either include an explanation of the scientific or clinical basis for the determination, or a statement that such explanation will be provided free of charge upon request.

B997.0242

GC-ERISA-ADD-18-CA

Guardian/Roeder 0231

**All Options**

**Appeals of Adverse Determinations of Accidental Death and Dismemberment Insurance Claims**

If a claim is wholly or partially denied, you will have up to 60 days to make an appeal. Guardian will conduct a full and fair review of an appeal which includes providing to claimants the following:

- The opportunity to submit written comments, documents, records and other information relating to the claim;

- The opportunity, upon request and free of charge, for reasonable access to, and copies of, all documents, records and other information relevant to the claim; and

- A review that takes into account all comments, documents, records and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

In reviewing an appeal, Guardian will:

- Provide for a review conducted by a named fiduciary who is neither the person who made the initial adverse determination nor that person's subordinate;

- In deciding an appeal based upon a medical judgment, consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment;

- Identify medical or vocational experts whose advice was obtained in connection with an adverse benefit determination; and

- Ensure that a health care professional engaged for consultation regarding an appeal based upon a medical judgment shall be neither the person who was consulted in connection with the adverse benefit determination, nor that person's subordinate.

Guardian will notify the claimant of its decision not later than 60 days after receipt of the request for review of the adverse determination. This period may be extended by an additional period of up to 60 days if Guardian determines that special circumstances require an extension of the time period for processing and so notifies the claimant before the end of the initial 60-day period.

A notification with respect to an extension will indicate the special circumstances requiring an extension of the time period for review, and the date by which the final determination will be made.

In the event Guardian denies the appeal of an adverse benefit determination, it will:

- Provide the specific reason or reasons why the appeal was denied;

- Refer to the specific provisions in the Policy, Certificate, plan, or other documents on which the benefit determination is based;

- Provide a statement that the claimant is entitled to receive, upon request and free of charge, reasonably access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits;

GC-ERISA-ADD-18-CA

**Guardian/Roeder 0232**

- In the event the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon request.

**Waiver of Premium**   If you apply for an extension of accidental death and dismemberment insurance benefits due to Total Disability under the Waiver of Premium benefit under this plan, these claim procedures will apply to such request:

**Timing For Initial Benefit Determination for Waiver of Premium**   The benefit determination period begins when a claim is received. Guardian will make a benefit determination and notify a claimant within a reasonable period of time, but not later than the time period shown below. A written or electronic notification of any adverse determination must be provided.

Guardian will make a determination of whether the claimant meets the plan's standard for total disability not later than 45 days from the date of receipt of a claim. This period may be extended by up to 30 days if Guardian determines that an extension is necessary due to matters beyond the control of the plan, and so notifies the claimant before the end of the initial 45- day period. Such notification will include the reason for the extension and a date by which the determination will be made. If prior to the end of the 30-day period Guardian determines that an additional extension is necessary due to matters beyond the control of the plan, and so notifies the claimant, the time period for making a benefit determination may be extended for up to an additional period of up to 30 days. Such notification will include the special circumstances requiring the extension and a date by which the final determination will be made.

A notification of an extension to the time period in which a benefit determination will be made will include an explanation of the standards upon which entitlement to a benefit is based, any unresolved issues that prevent a decision on the claim, and the additional information needed to resolve those issues.

If Guardian extends the time period for making a benefit determination due to a claimant's failure to submit the information necessary to decide the claim, the claimant will be given at least 45 days to provide the requested information. The extension period will begin on the date on which the claimant responds to the request for additional information.

**Adverse Benefit Determination**   If a claim for an extension of benefits is denied, Guardian will provide a notice that will set forth:

- The specific reason(s) for the adverse determination;

- References to the specific provisions in the Policy, Certificate, plan or other documents, on which the determination is based;

- A description of any additional material or information needed to perfect the claim, and an explanation of why such material or information is necessary;

- A description of the plan's claim review procedures which a claimant may follow to have a claim for benefits reviewed and the time limits applicable to such procedures;

GC-ERISA-ADD-18-CA

Guardian/Roeder 0233

- A statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse benefit determination (or a statement that such information will be provided free of charge upon request); or a statement that no internal rule, guideline, protocol or similar criterion was relied upon in making the adverse benefit determination;

- If applicable, an explanation of the basis of disagreement with or not following the views presented by you, of health care professionals who treated you and vocational professionals who evaluated you;

- If applicable, an explanation of the basis for disagreeing with or not following the views of any medical or vocational expert whose advice was obtained on our behalf in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the determination;

- If applicable, an explanation of the basis for disagreeing with or not following a disability determination made by the Social Security Administration that you present to us;

- A description of the plan's review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination; and

- In the case of adverse benefit determination based on medical necessity or experimental treatment, notice will either include an explanation of the scientific or clinical basis for the determination, or a statement that such explanation will be provided free of charge upon request.

B997.0243

**All Options**

**Appeals of Adverse Determinations for Waiver of Premium**

If a claim for Waiver of Premium is denied, the claimant will have up to 180 days to make an appeal. Guardian will conduct a full and fair review of an appeal which includes providing to claimants the following:

- The opportunity to submit written comments, documents, records and other information relating to the claim;

- The opportunity, upon request and free of charge, for reasonable access to, and copies of, all documents, records and other information relevant to the claim; and

- A review that takes into account all comments, documents, records and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

In reviewing an appeal, Guardian will:

- Provide for a review conducted by a named fiduciary who is neither the person who made the initial adverse determination nor that person's subordinate;

GC-ERISA-ADD-18-CA

Guardian/Roeder 0234

- In deciding an appeal based upon a medical judgment, consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment;

- Identify medical or vocational experts whose advice was obtained in connection with an adverse benefit determination; and

- Ensure that a health care professional engaged for consultation regarding an appeal based upon a medical judgment shall be neither the person who was consulted in connection with the adverse benefit determination, nor that person's subordinate.

Guardian will notify the claimant of its decision not later than 45 days after receipt of the request for review of the adverse determination. This period may be extended by an additional period of up to 45 days if Guardian determines that special circumstances require an extension of the time period for processing and so notifies the claimant before the end of the initial 45-day period.

A notification with respect to an extension will indicate the special circumstances requiring an extension of the time period for review, and the date by which the final determination will be made.

In the event Guardian denies the appeal of an adverse benefit determination, it will:

- Provide the specific reason or reasons why the appeal was denied;

- Refer to the specific provisions in the Policy, Certificate, plan, or other documents on which the benefit determination is based;

- Provide a statement that the claimant is entitled to receive, upon request and free of charge, reasonably access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits;

- Provide a statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse benefit determination (or a statement that such information will be provided free of charge upon request); or a statement that no internal rule, guideline, protocol or similar criterion was relied upon in making the adverse benefit determination;

- If applicable, provide an explanation of the basis of disagreement with or not following the views presented by you, of health care professionals who treated you, and vocational professionals who evaluated you;

- If applicable, provide an explanation of the basis for disagreeing with or not following the views of any medical or vocational expert whose advice was obtained on our behalf in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the determination;

- If applicable, provide an explanation of the basis for disagreeing with or not following a disability determination made by the Social Security Administration that you present to us;

GC-ERISA-ADD-18-CA

Guardian/Roeder 0235

- Provide a statement describing the claimant s right to bring a civil suit under Section 502(a) of the Employee Retirement Income Security Act of 1974 which shall also describe any applicable contractual limitations period that applies the claimant's right to bring such an action, including the calendar date on which the contractual limitations period expires for the claim, and;

- In the event the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon request.

**Alternative Dispute Options**  The claimant and the plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact the local U.S Department of Labor Office and the State insurance regulatory agency.

In addition to any legal rights you may have under section 502(a), if you believe that we have violated ERISA's procedural requirements, you may request that we review any claimed violation(s) and we will respond to you within ten days.

B997.0244

GC-ERISA-ADD-18-CA

**Guardian/Roeder 0236**

**This Booklet Includes <u>All</u> Benefits For Which You Are <u>Eligible.</u>**

You are covered for any benefits provided to you by the policyholder at no cost.

But if you are required to pay all or part of the cost of insurance you will only be covered for those benefits you elected in a manner and mode acceptable to Guardian such as an enrollment form and for which premium has been received by Guardian.

**<u>"Please Read This Document Carefully".</u>**

**Guardian/Roeder 0237**

## CERTIFICATE OF COVERAGE

### The Guardian Life Insurance Company of America

*10 Hudson Yards*
*New York, New York 10001*
*(212) 598-8000*

The group Short Term Disability income coverage described in this Certificate is attached to the group Policy effective January 1, 2019. This Certificate replaces any Certificate previously issued under this Policy or under any other plan providing similar or identical benefits issued to the Policyholder by Guardian.

### GROUP SHORT TERM DISABILITY INCOME COVERAGE

Guardian certifies that the Employee to whom this Certificate is issued is Eligible for the coverage, and in the amount, described herein. In order to be eligible for coverage, the Employee must: (a) satisfy all of the Policy's eligibility and Effective Date requirements; (b) be listed in Our and/or the Policyholder's records as a validly covered Employee under the Policy; and (c) all required premium payments must have been made by or on behalf of the Employee; and (d) satisfy any necessary Proof of Insurability requirements.

The Employee is not covered by any part of the Policy for which he or she has waived coverage. Such a waiver of coverage is shown in Our and/or the Policyholder's records.

Policyholder: PSC BIOTECH CORPORATION
Group Policy Number: 00555561

**The Guardian** Life Insurance Company of America

Senior Vice President, Group and Worksite Markets

B400.0045

GC-STD-15-CA

**COMPLAINT NOTICE**

This notice is to advise you that should any complaints arise regarding this insurance you may contact the Guardian at the following address or phone number:

**The Guardian Life Insurance Company of America**
**10 Hudson Yards**
**New York, NY 10001**
**Telephone: (212) 598-8000 or (800) 541-7846**

If you feel your complaints have not been resolved after contacting the Guardian, you may contact the California Department of Insurance at the following address and phone number:

**California Department of Insurance**
**Consumer Communication Bureau**
**300 South Spring Street; South Tower**
**Los Angeles, California 90013**
**Consumer Hotline: 1 (800) 927-4357 or TDD: 1 (800) 482- 4833**

**Website: www.insurance.ca.gov/01-consumers/**

B401.1882

GC-STD-15-CA

**Guardian/Roeder 0239**

Guardian/Roeder 0240

## TABLE OF CONTENTS

**GENERAL PROVISIONS**
Applicable Benefits .................................................................... 1
Limitation of Authority ................................................................ 1
Incontestability ....................................................................... 1
Examination .......................................................................... 2

**ELIGIBILITY FOR SHORT TERM DISABILITY INCOME COVERAGE**
Conditions of Eligibility .............................................................. 3
When Coverage Starts ................................................................ 4
Exception to When Coverage Starts ................................................... 4
When Coverage Ends ................................................................. 5

**CONTINUATION OF COVERAGE**
Coverage During Disability ........................................................... 6

**SHORT TERM DISABILITY INCOME COVERAGE**
Benefit Provisions .................................................................... 7
Services ............................................................................ 15
Claim Provisions ..................................................................... 18

**RECOVERY FROM A THIRD PARTY** .................................................. 22

**DEFINITIONS** ...................................................................... 25

**SHORT TERM DISABILITY INCOME COVERAGE SCHEDULE OF BENEFITS**
Changes To Coverage ................................................................ 38

**SUPPLEMENTAL RIDERS**
Quarantine Benefit Rider ............................................................. 40

**CERTIFICATE AMENDATORY RIDER** ............................................... 42

**STATEMENT OF ERISA RIGHTS** .................................................... 46

GC-STD-15-CA

**Guardian/Roeder 0241**

**All Options**

## GENERAL PROVISIONS

### Applicable Benefits

This Certificate may include multiple benefit options and types of benefits. You will only be covered for benefits if:

- They were previously selected in an enrollment form or other required form; and

- We have received any required premium.

B401.1884

### Limitation of Authority

Only the President, a Vice President or a Secretary of Guardian, has the authority to act for Us in a written and signed statement to:

- Determine whether any contract, Policy or certificate is to be issued;

- Waive or alter any contract or Policy provisions, or any of Our requirements;

- Bind Us by any statement or promise relating to the contract issued or to be issued; or

- Accept any information or representation which is not in a signed application.

Agents and brokers do not have the authority to change the contract or Policy or waive any of its provisions.

B400.0049

### Incontestability

After two years from its date of issue of this Certificate, no misstatements, except fraudulent statements, made by You in the application for coverage shall be used to void this Certificate or deny a claim for a loss incurred or for a disability commencing after the expiration of the two year period.

No claim for loss incurred or disability commencing after two years from the date of issue of this Certificate shall be reduced or denied on the ground that a disease or physical condition not excluded from coverage by name or physical condition effective on the date of loss had existed prior to the effective date of coverage of this Certificate.

B401.1886

GC-STD-15-CA

Guardian/Roeder 0242

## Examination

We have the right to have a Doctor(s) of Our choice examine the person for whom a claim is being made under this Certificate as often as We feel necessary. We will pay for all such examinations.

B400.0052

GC-STD-15-CA

Guardian/Roeder 0243

**All Options**

## ELIGIBILITY FOR SHORT TERM DISABILITY INCOME COVERAGE

### Conditions of Eligibility

You are eligible for Short Term Disability if You are:

- In an eligible class of Employees;
- Are an active Full-Time Employee;
- Legally working in the United States and/or Canada or working outside of the United States for a United States based Employer in a country or region approved by Us; and
- Working at least the minimum required number of hours of an Employee in Your eligible class at:
  - The Employer's place of business;
  - Some place where the Employer's business requires You to travel; or
  - Any other place You and the Employer have agreed upon for the performance of the major duties of Your job.

B400.0054

**All Options**

You are **not** eligible for Short Term Disability if You are:

- A temporary or seasonal Employee.

B400.0057

**All Options**

**Proof of Insurability:** Part or all of Your insurance amounts may be subject to Proof of Insurability. The Schedule Of Benefits explains if and when We require proof. You will not be covered for any amount that requires such proof until You give the proof to Us and We approve that proof in writing.

B400.0060

**All Options**

**The Waiting Period:** If You are in an eligible class, You are eligible for Short Term Disability under this Certificate after you complete the service waiting period, if any, established by the Employer.

B400.0061

GC-STD-15-CA

Guardian/Roeder 0244

**All Options**

**Multiple Employment:** If You work for both the Employer and a covered associated company, or for more than one covered associated company, We will treat You as if only one firm employs You. You will not have multiple Short Term Disability coverage under this Certificate. But, if this Certificate uses the amount of Your Insured Earnings to set the rates, determine class, figure coverage amounts, or for any other reason, such earnings will be figured as the sum of Your Insured Earnings from all covered Employers.

B400.0062

**All Options**

## When Coverage Starts

For coverage to start, You must be fully capable of performing the major duties of Your own job for the Employer working the minimum required number of hours of an Employee in Your eligible class at 12:01 A.M. Standard Time for Your place of residence on Your scheduled Eligibility Date. And, for coverage to start, You must meet all of the Conditions of Eligibility described above and the conditions shown below which apply to You. If You are not fully capable of performing the major duties of Your own job on Your scheduled Eligibility Date, We will postpone the start of Your coverage while this Certificate is in force. We will postpone coverage until You are so capable and working the minimum required number of hours of an Employee in Your eligible class for one full day, with the capacity to do so for one full week.

Your coverage is scheduled to start on Your Eligibility Date.

B401.2261

**All Options**

## Exception to When Coverage Starts

Sometimes a scheduled Eligibility Date is not a regularly scheduled work day. If the scheduled Eligibility Date falls on:

- A holiday;

- A vacation day;

- A non-scheduled work day;

- A day during an approved leave of absence not due to Sickness or Injury, of 90 days or less; or

- A day during a period of absence that is less than 7 days in duration;

**and if:**

- You were fully capable of performing the major duties of Your own job for the Employer for the minimum number of hours of an Employee in Your eligible class at 12:01 AM Standard Time for Your place of residence on the scheduled Eligibility Date; and

GC-STD-15-CA

Guardian/Roeder 0245

- You were performing the major duties of Your own job and working the minimum number of hours of an Employee in Your eligible class on Your last regularly scheduled work day.

Your coverage will start on the scheduled Eligibility Date. However, any coverage or part of coverage for which You must elect and pay all or part of the cost, will not start if You are on an approved leave and such coverage or part of coverage was not previously in force for You under a prior plan which this Certificate replaced.

Any part of Your coverage which is subject to Proof of Insurability will not start unless You send such proof to Us, and We approve it in writing. Once We have approved it, that part of Your coverage is scheduled to start on Your approved Eligibility Date.

B401.2262

**All Options**

## When Coverage Ends

Your coverage will end on the first of the following dates:

- The date Your Active Full-Time Work ends for any reason, except as shown below under Continuation Of Coverage.

- The date You stop being an eligible Employee under this Certificate.

- The date You are no longer working in the United States and/or Canada, or no longer working outside of the United States for a United States based employer in a country or region approved by Us. Any incidental business or personal travel outside of the United States and/or Canada, or outside of a country or region approved by Us, is covered. Such travel will be considered incidental if it is for a period not to exceed 30 consecutive days.

- The date the group Certificate ends, or is discontinued for a class of Employees to which You belong.

- The last day of the period for which required payments are made for You.

- The date You die.

You may have the right to continue certain group benefits for a limited time after Your coverage would otherwise end. Read this Certificate carefully for details and discuss with your Employer or administrator. Any provisions that allow continuation of such group benefits must be offered and administered on a fair and equitable basis.

B400.0070

GC-STD-15-CA

**Guardian/Roeder 0246**

**All Options**

## CONTINUATION OF COVERAGE

### Coverage During Disability

You may be Disabled when Your Active Full-Time Work ends due to a non-job related Injury or Sickness for which benefits are not payable. In that case, Your coverage will remain in force during the:

- Elimination Period, subject to payment of required premiums; and

- The period of time for which benefits are payable by this Certificate.

But, in order for Your coverage to continue, the Disability:

- Must be covered by this Certificate.

If You're Disabled when Your Active Full-Time Work ends due to a job-related Injury or Sickness for which benefits are not payable, Your coverage will remain in force until the earlier of the date:

- You are terminated from employment with the Employer; or

- You have been Disabled for 6 Months.

B440.0066

GC-STD-15-CA

Guardian/Roeder 0247

**All Options**

## SHORT TERM DISABILITY INCOME COVERAGE

This coverage replaces part of Your income if You become Disabled due to a covered Sickness or Injury. What We pay is governed by all the terms of this Policy.

This Certificate includes the Short Term Disability Schedule of Benefits. Your class and benefit options are shown in the Schedule of Benefits that applies to You.

Terms with special meanings are defined, and are capitalized. See the Definitions section of this Certificate. Other terms with special meanings are defined where they are used.

### Benefit Provisions

**How Payments Start:** To start getting payments from this Certificate, You must meet all of the conditions listed below and elsewhere in this Certificate.

- You must:
  - Become Disabled while covered by this Certificate; and
  - Remain Disabled and covered for this Certificate's Elimination Period.
- You must provide Proof of Loss, as described in Claim Provisions.

Benefits accrue as of the first day after the end of the Elimination Period, subject to all Certificate terms.

You can satisfy the Elimination Period while working, provided You are Disabled.

**When Payments End:** Your benefits from this Certificate will end on the earliest of the dates shown below:

- The date You are no longer Disabled.
- The date You fail to provide Proof of Loss as required by this Certificate.
- The date You earn, or are able to earn, the maximum earnings allowed while Disabled under this Certificate.
- The date You are able to perform the major duties of Your Own Occupation on a Full-Time basis with Reasonable Accommodation.
- The date You die.
- The end of the Maximum Payment Period.
- The date no further benefits are payable under any provision in this Certificate that limits the Maximum Payment Period.

GC-STD-15-CA

**Guardian/Roeder 0248**

- The date You are no longer receiving Regular and Appropriate Care from a Doctor.

The date payments end in accordance with a Rehabilitation Agreement.

However, this date will not apply if the Rehabilitation Agreement is not fulfilled but You remain Disabled in accordance with the terms of this Plan and the Maximum Payment Period has not been reached.

B401.1888

**All Options**

**Maximum Payment Period:** The Maximum Payment Period is shown in the Schedule Of Benefits.

Benefits payable during the Maximum Payment Period will not be affected by the termination of the Certificate, subject to all the terms and conditions of the Certificate that were in effect on the first date of Your Disability. Any change to the Certificate with an Effective Date after the first date of Your Disability will not apply to benefits payable during the Maximum Payment Period.

B400.0145

**All Options**

**Recurring Disability:** Benefits from this Certificate end if You cease to be Disabled. But, a later Disability may be treated as a Recurring Disability, if all of the conditions listed below are met:

- You must return to Active Work right after Your benefits end.

- The Disability must recur less than two weeks after You were last entitled to benefits.

- The later Disability must be due to the same or related cause of Your earlier Disability.

- This Certificate must not end during Your return to Active Work.

- You must not become covered under any other similar group income replacement plan during the time You return to Active Work.

- When You return to Active Work after being disabled, You must be covered by this Certificate and all required premium must be paid.

- A subsequent Disability will not be considered a Recurring Disability if Your benefits for the prior Disability ended because Your prior Disability had been paid for the Maximum Payment Period.

If the later Disability is a Recurring Disability, You will not need to satisfy a new Elimination Period. The Recurring Disability will be subject to all the terms of this Certificate in effect on the date the earlier Disability began.

GC-STD-15-CA

**Guardian/Roeder 0249**

If all of the conditions listed above are not met, the later Disability will be treated as a new period of Disability. You will be required to satisfy a new Elimination Period. The new period of Disability will be subject to all the terms of this Certificate in effect on the date the new period of Disability starts.

B400.0146

**Calculation of Weekly Benefit:** Your benefit is governed by the terms of this Certificate in effect on the date Disability starts. Any changes to this Certificate that take place as follows are inapplicable to, and will not affect, Your benefit:

- While You are Disabled; or

- During a period of Active Work that occurs between an initial period of Disability and a Recurring Disability.

We calculate Your Gross Weekly Benefit according to the Schedule of Benefits.

From Your Gross Weekly Benefit, subtract the amount of any income listed in Other Income Benefits that You receive or are entitled to receive. The result is Your Weekly Benefit.

B400.0148

**All Options**

**Redetermination:** This Certificate redetermines Your Insured Earnings on each January 1st , the Employer must report current Insured Earnings for all Employees under this Certificate. Changes to Your Insured Earnings are subject to any Proof of Insurability requirements that may apply to this Certificate. As of this Certificate s redetermination date, We use Your Insured Earnings on record with Us to:

- Set rates;

- Project benefit amounts and limits; and

- Calculate premium payable under this Certificate.

You must be Actively at Work on a Full-Time basis on that date. If You are not, We do not do this until the date You return to Active Work on a Full-Time basis. But, changes in earnings will not apply to a Recurring Disability.

B400.0157

**All Options**

**Other Income Benefits:** You may receive, or be entitled to receive, income shown in the list below. We will reduce Your Gross Weekly Benefit by such other income benefits to determine Your Weekly Benefit from this Certificate.

- Commissions or monies received, payable but not deferred, or paid after Disability benefits start.

  This includes:

  - Vested and nonvested renewal commissions;

GC-STD-15-CA

Guardian/Roeder 0250

- Bonuses;

- Royalties; and

- Other distributions.

- Disability benefits from any mandated benefit act or law. This includes all temporary disability or state disability benefits required by law.

- Disability benefits from all group policies or plans of the Employer. This includes payments made by a group life insurance plan due to Your Disability. This does not include payments made from a group life insurance plan's:

  - Accelerated death benefit; or

  - Like provision that allows payment of such plan's proceeds due to terminal illness.

- Disability benefits from any other group policy or plan; but, if the other group plan was in force prior to this Certificate, and the other group plan also deducts for Disability benefits from any other group plan, We will not deduct these other group Disability benefits.

- Income received from partnership distributions but only to the extent that such income plus the amount of Your Gross Weekly Benefit is more than 100% of Your Insured Earnings.

- Benefits from: The United States Social Security Act; The Railroad Retirement Act; or any other like U.S. or Canadian plan or act.

  This includes:

  (a) All Disability benefits for which: (i) You are entitled; and (ii) Your Spouse and children are entitled due to Your Disability;

  (b) All unreduced retirement benefits for which: (i) You are entitled and awarded; and (ii) Your Spouse and children are entitled and awarded due to Your entitlement; and

  (c) All reduced retirement benefits paid to: (i) You; and (ii) Your Spouse and children due to Your receipt of such benefits.

We do not reduce Your Gross Weekly Benefit by the retirement benefits described in (b) and (c) above, to the extent that You and Your dependents were entitled and awarded to receive such income prior to the start of Disability. We will reduce the Gross Weekly Benefit by marginal increases in such income You and Your dependents were entitled and awarded after Disability begins.

GC-STD-15-CA

Guardian/Roeder 0251

We will reduce Your Gross Weekly Benefit by Your dependent's benefits described in (a), (b) and (c) above if: (i) the dependent's benefits are provided to You by the Social Security Administration; (ii) at the time that the Social Security Administration makes its first payment of the dependent benefits described in (a), (b), and (c) above, the dependent child remains a minor dependent or an adult Disabled dependent; and (iii) the dependent benefits You are entitled to are greater than any dependent benefit being received by another person. Under these circumstances, We will reduce Your Gross Weekly Benefit by the difference between the amount the dependent was awarded under the prior recipient and the amount awarded the dependent under Your benefits.

We do not reduce Your Gross Weekly Benefit by the benefits to which You are entitled, as described in (a), (b), and (c) above unless such benefits are greater than any widow/widower benefit You are receiving. And then We reduce Your Gross Weekly Benefit by the difference.

- Income of the type that is included in Your Insured Earnings for purposes of determining Your Gross Weekly Benefit under this Certificate.

- That portion of Retirement Plan retirement benefits which the Employer funds.

- That portion of Retirement Plan Disability benefits which the Employer funds.

- Retirement benefits or Retirement Plan disability benefits, due to Your Disability, from any Government Plan other than those shown above.

- Temporary Disability benefits under a Worker's Compensation law.

- Disability benefits from any third party when Your Disability is the result of the negligence or intentional tort liability of that third party.

We reduce Your Gross Weekly Benefit with income shown above that You are entitled to receive without regard to the reason You are entitled to receive it.

Our right to reduce Your benefit by such income shall not be negated by a transfer of claim liability to a third party. Payment by such third party by law, settlement, judgment, waiver or otherwise shall not negate Our right.

B401.1893

**All Options**

**Other Income Not Subject to Deduction:** We will not reduce Your Gross Weekly Benefit by any income You receive or are entitled to receive from the list below.

- Deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

- Profit sharing plans;

- Thrift plans;

- Tax sheltered annuities;

GC-STD-15-CA

Guardian/Roeder 0252

- Stock ownership plans;

- Individual Retirement Accounts (IRA);

- Individual disability income policies;

- Credit disability insurance;

- Non qualified plans of deferred compensation;

- Pension plans for partners;

- Retirement plans of another Employer not affiliated with this Certificate;

- Military pension and disability plans;

- Income from a sick leave, salary continuance, or paid time off plan;

- Critical Illness insurance, unless the benefit is paid out as a wage replacement benefit;

- Accident insurance, unless the benefit is paid out as a wage replacement benefit;

- Specified Disease insurance, unless the benefit is paid out as a wage replacement benefit;

- Cancer insurance, unless the benefit is paid out as a wage replacement benefit.

B400.0172

**Lump Sum Payments Of Other Income:** Income with which We Integrate may be paid in a lump sum. In this case, We take the equivalent weekly rate stated in the award into account when We determine Your Weekly Benefit. If no weekly rate is given, We divide the lump sum payment by the number of calendar days in the period for which it was awarded. This will determine the daily rate. Then, multiply the daily rate by 7. The result is the prorated weekly rate.

**Cost of Living Freeze:** You may receive a cost of living increase in other income with which We integrate. In this case, We do not further reduce Your Weekly Benefit by the amount of such increase.

**Claim For Other Income:** We require that You pursue a claim for other income benefits to which You may be entitled. If these benefits are denied, We may require You to appeal such denial if it is reasonable to believe that You have a valid claim to receive the benefits.

If You unreasonably refused to pursue such claim for other income benefits, and We have a means of reasonably estimating the amount payable, We will estimate the amount due to You and Your Spouse and children. We will take this estimated amount into account when We determine Your Weekly Benefit.

If We do reduce Your Gross Weekly Benefit by an estimated amount, We will cease doing so and adjust Your Weekly Benefit when We receive written proof:

- Of the amount awarded; or

- That the other income benefits have been denied, and no further appeals are possible.

GC-STD-15-CA

**Guardian/Roeder 0253**

If We underpay You, We will pay the full amount of the underpayment in a lump sum.

We will provide You with an accounting of any underpayment/overpayment.

We offer to assist You in applying for other income benefits. Examples of the kinds of assistance We offer are:

- Helping You fill our applications and forms;

- Assisting You to find suitable legal counsel; and

- Providing medical and vocational data from Our files to support Your claims.

B401.1899

**All Options**

**Adjustment Of Weekly Benefit For Disability Earnings:** We adjust the Weekly Benefit for Disability Earnings as follows:

We pay the greater of the amount calculated under Method 1 or Method 2.

Method 1:

- If your Disability Earnings are less than 20% of Your Insured Earnings, We do not reduce your Weekly Benefit.

- If your Disability Earnings are 20% or more of Your Insured Earnings, We reduce Your Weekly Benefit by 50% of Your Disability Earnings.

Method 2:

(1) Subtract Your Disability Earnings from Your Insured Earnings.

(2) Divide the result in (1) above by Your Insured Earnings.

(3) Multiply the result in (2) above by Your Weekly Benefit. This is the amount We pay.

If the sum of Your Gross Weekly Benefit and Your Disability Earnings is not more than 100% of Your Insured Earnings, We do not reduce Your Weekly Benefit.

If the sum of Your Gross Weekly Benefit and Your Disability Earnings is more than 100% of Your Insured Earnings, We reduce Your Weekly Benefit by the amount over 100% of Your Insured Earnings.

If Your Disability Earnings fluctuate widely from week to week, We may adjust Your Weekly Benefit using an average Disability Earnings amount. The average Disability Earnings amount will be computed using Your most current week's Disability Earnings and the prior two weeks Disability Earnings.

B401.1901

GC-STD-15-CA

**Guardian/Roeder 0254**

**All Options**

**Maximum Allowable Disability Earnings:** This Certificate limits the amount of income You may earn, or may be able to earn, and still be considered Disabled.

If Your Disability Earnings are more than 80% of Your Insured Earnings, payments from this Certificate will end for the claimed disability. Payments from this Certificate will also end if You are able to earn more than 80% of Your Insured Earnings.

B401.1903

**All Options**

## Exclusions

This Certificate does not pay benefits for Disability caused by:

- Declared or undeclared war, act of war, or armed aggression;

- Service in the armed forces, National Guard, or military reserves of any state or country;

- Your taking part in a riot or civil disorder;

- Your commission of, or attempt to commit, a felony. A felony means either:

  - A crime as defined as such under the laws in the jurisdiction in which the crime was committed or attempted; or

  - In states where the law does not define crimes in terms of felonies and misdemeanors, felony means any crime punishable for a minimum of a one year term of incarceration in a jail or prison, as determined by the law of the jurisdiction where the crime was committed or attempted; or

  - A crime as defined as such under federal law;

- The intentional or voluntary inhalation or ingestion of gas, chemical, solvent, poison or other substances not intended for internal consumption, irrespective of any pre-existing or co-morbid condition;

- Intentional self-inflicted injuries;

- An Injury that occurs while, or a Sickness that develops from, performing an occupational duty except for those Employees who are not eligible to participate in Workers' Compensation, occupational disease law, or any other law of like intent; or for an Injury that occurs while, or a Sickness that develops from, performing an occupational duty while working for another employer.

This Certificate does not pay any benefits for any period of Disability:

- During which You are confined to a facility as a result of Your conviction of a crime;

GC-STD-15-CA

**Guardian/Roeder 0255**

- Which starts before You are covered by this Certificate; or

- During which Your loss of earnings is not solely due to Your Disability.

This Certificate does not pay benefits due solely to a risk of Relapse or exacerbation of a prior Injury or illness in the absence of current impairment and Disability.

B401.1906

**All Options**

## Services

**Rehabilitation And Case Management:** We will review Your Disability to see if certain services are likely to help You return to Gainful Work. If needed, We may ask for more medical or vocational information.

When Our review is complete, We may offer You the opportunity to participate in a voluntary Rehabilitation Program. You are not required to accept the program; rather, it is made available to assist You in Your efforts to return to Gainful Work.

The Rehabilitation Program will start when a written Rehabilitation Agreement is signed by:

- You;

- Us; and

- Your Employer, if needed.

The program may include, but is not limited to:

- Vocational assessment of Your work potential;

- Coordination and transition planning with an Employer for Your return to work;

- Consulting with Your Doctor on Your return to work and need for accommodations;

- Training in job seeking skills and resume preparation; and

- Retraining.

We have the right to determine which services are appropriate.

In consult with You and Your Doctor, We will agree on which services are appropriate and useful.

If We are unable to mutually agree upon the services that are appropriate, We reserve the right to end the Rehabilitation Program.

If You accept the Rehabilitation Agreement, We will pay an enhanced benefit, which is in addition to Your regular Weekly Benefit. The enhanced benefit will be 110% of the Weekly Benefit that would otherwise be paid. This enhanced benefit will be payable as of the first Weekly Benefit after the Rehabilitation Program starts.

GC-STD-15-CA

**Guardian/Roeder 0256**

We stop paying the enhanced benefit on the earliest of:

- The date Your benefits from this Certificate end;

- The date You violate the terms of the Rehabilitation Agreement;

- The date You end the Rehabilitation Program; or

- The date it is determined that the Rehabilitation Program is not meeting the goal of returning You to Gainful Work; and the date the Rehabilitation Agreement ends.

**Dependent Care Expenses:** While You are participating in a Rehabilitation Program, We will pay a dependent care expense benefit, when all of the following conditions are met:

- You incur expense to provide care for a qualified dependent; and

- The care is provided by a licensed provider other than a family member by blood or marriage.

The dependent care expense benefit will be the lesser of:

- $100.00 per week per qualified dependent; not to exceed $300.00 per week for all qualified dependents combined; and

- The actual weekly day care expense incurred by You.

We will stop paying the dependent care expense benefit on the earlier of the date You are no longer:

- Incurring dependent care expenses for a qualified dependent;

- Participating in a Rehabilitation Program; or

- Entitled to receive a Weekly Benefit from this Certificate.

As used here, "qualified dependent" means a person who is:

- Dependent upon You for main support and maintenance; and

- Under the age of 14; and

- Your biological child, lawfully adopted child, stepchild or any other child who is living with You in a regular parent-child relationship.

The term also means a family member, related by blood or marriage, age 14 or over who is physically or mentally incapable of caring for him or herself and is dependent upon You for main support and maintenance.

B401.1908

GC-STD-15-CA

Guardian/Roeder 0257

**All Options**

**Worksite Modification:** In order to accommodate Your Disability, an Employer may incur a cost to modify his or her worksite. We may reimburse the Employer, up to $2,500.00 for the cost of the worksite modification. We make this payment if We agree that the modification will enable You to:

- Return to work; or

- Remain at work.

B400.0212

GC-STD-15-CA

Guardian/Roeder 0258

**All Options**

## Claim Provisions

**Administration:** We have the responsibility to fairly, thoroughly, objectively and timely investigate, evaluate and determine Your eligibility for benefits under this Plan.

We will:

- Obtain only such information that is necessary to evaluate a claim for benefits. This information will be obtained as set forth herein with respect to notice and proofs of loss.

- Consider and interpret the terms of this Plan and all information obtained by Us and submitted that relates to a claim for benefits and make a determination based on that information and in accordance with the terms of this Plan and applicable California state law.

- If a claim is approved, review the determination as often as is reasonably necessary to determine continued eligibility for benefits.

- If a claim is denied, provide the claimant within a reasonable period of time a written notification of an adverse determination. Such notification will include the specific reason(s) for the adverse determination.

If a claim is wholly or partially denied, the claimant may appeal the decision. We will conduct a full and fair review of an appeal. The review will take into account all comments, documents, records and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination. If a claim is not appealed, then the decision will be Guardian's final decision.

**Notice of Claim:** You must send Us written notice of Your intent to file a claim under this Certificate within 20 days of the date the Injury occurs or the Sickness starts, or as soon thereafter as is reasonably possible. This Notice should include Your name and the Policy number. For details, You can call Us at 1-800-268-2525.

**Claim Forms:** We, upon receipt of a written notice of claim, will furnish to You such forms as are usually furnished by Us for filing Proofs of Loss. If such forms are not furnished within 15 days after the giving of such notice, You shall be deemed to have complied with the requirements of this Certificate as to Proof of Loss upon submitting, within the time fixed in this Certificate for filing Proofs of Loss, written proof covering the occurrence, the character and the extent of the loss for which the claim is made.

GC-STD-15-CA

**Guardian/Roeder 0259**

**Proof Of Loss:** Written proof of loss must be furnished to Us, in case of claim for loss for which this Certificate provides any periodic payment contingent upon continuing loss, within 90 days after the termination of the period for which We are liable, and in case of claim for any other loss, within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of Your legal capacity, later than one year from the time proof is otherwise required.

You are required to cooperate with Guardian in its evaluation of any claim for benefits. You must provide Proof of Loss at Your expense, consisting of the following listed below. Failure to provide this information may prevent, delay, suspend, reduce or terminate Your eligibility for benefits.

- The date Disability began.

- Your last day of Active Work.

- The cause of Disability.

- The extent of Disability, including limitations and restrictions preventing You from performing the major duties of Your Own Occupation.

- If Your occupation requires that You carry liability or malpractice insurance, information including, but not limited to: the policy, any applications for such coverage, and any changes to the terms and conditions of such policies prior to or after the first date of Disability.

- Objective Medical Evidence and Objective Proof of Your Restrictions and Limitations, beginning with the date Disability began.

- The prognosis of Disability.

- The name and address of all Doctors, hospitals and health care facilities where You have been treated for Your Disability since the date Disability began.

- Proof that You are currently receiving Regular and Appropriate Care from a Doctor and have been receiving that care from the date Disability began.

- Proof of Insured Earnings.

- Proof of Disability Earnings.

- Payroll or absence data from the Employer for the three Months prior to the date Disability began, or other period We specify.

- Proof of application for all other sources of income to which You may be entitled, that may affect Your payment from this Certificate.

- Proof of receipt of other income that may affect Your payment from this Certificate.

GC-STD-15-CA

**Guardian/Roeder 0260**

- Proof of identity and residency, including, but not limited to, a current government issued photo identification.

- Documentation of travel outside the United States;

- Any other information We may reasonably require to determine if You are Disabled and eligible for benefits and coverage under this Certificate.

You must provide Objective Medical Evidence from a Doctor who is not Yourself, or a relative by blood or marriage, or who is a business associate.

Proof of Insured Earnings and Disability Earnings may consist of:

- Copies of Your W-2 forms;

- Payroll records from Your Employer(s);

- Copies of Your U.S. individual income tax returns;

- Copies of the U.S. income tax returns from any business in which You hold an ownership or shareholder interest;

- A statement from a certified public accountant;

- Copies of any income records accepted or required by the IRS; or

- Any other records We deem necessary.

Proof of loss and other claim data should be submitted to:

**The Guardian Life Insurance Company of America**
Group Short Term Disability Claims Department
P.O. Box 26160
Lehigh Valley, PA 18002-6160

**Authorization Required:** You must provide Us with written, unaltered authorizations in a form provided by Us to obtain medical, financial, vocational, occupational, and governmental information required to determine Our liability under this Certificate. We may agree to obtain such authorization by use of voice or other electronic means. You must provide Us with such authorizations as often as We may require, in order that they remain current. Failure to provide such authorizations may prevent, delay, suspend or terminate Your eligibility for benefits.

**Examinations:** We, at our own expense, shall have the right and opportunity to examine You when and as often as it may reasonably be required during the pendency of a claim hereunder.

**Ongoing Proof Of Loss:** To continue to receive payments from this Certificate, You must give Us current Proof of Loss within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the employee, later than one year from the time proof is otherwise required.

GC-STD-15-CA

**Guardian/Roeder 0261**

**Payment Of Benefits:** We pay benefits to You, if You are legally competent. If You are not, We pay benefits to your lawful guardian, conservator, legal representative, or any person or fiduciary with the lawful authority to act on Your behalf or handle Your affairs. Benefits are paid in United States currency.

We pay benefits biweekly at the end of the period for which they are payable.

No benefits are payable for this Certificate's Elimination Period.

Benefits to which You are entitled may remain unpaid at Your death. Such benefits may be paid at Our discretion to:

- Your estate; or
- Your Spouse, parents, children, or brothers and sisters.

**Partial Week Payment:** You may be Disabled for only part of a week. In this case, We compute Your payment as 1/7th of the benefit to which You would be entitled for the full week times the number of days You are Disabled.

**Overpayment Recovery:** If We overpaid You, You must repay Us in full. We have the right to reduce Your payment or apply any benefits payable, including the minimum payment, toward recovery of the overpayment.

**Legal Actions:** No action at law or in equity shall be brought to recover on this Certificate prior to the expiration of 60 days after written Proof of Loss has been furnished in accordance with the requirements of this Certificate. No such action shall be brought after the expiration of three years after time written proof of loss is required to be furnished.

**Workers' Compensation:** The Short Term Disability benefits provided by this Certificate are not in place of and do not affect requirements for coverage by Workers' Compensation.

B401.1909

GC-STD-15-CA

**Guardian/Roeder 0262**

**All Options**

## RECOVERY FROM A THIRD PARTY

**Purpose:**When You have the right to recover amounts paid by this Certificate, We also have certain rights. These are explained below.

**Recovery:** If You receive a payment from any third party or insurance coverage due to an Injury, Sickness or condition, We have the right to recover from, and be repaid by, You for all amounts this Certificate has paid due to that Injury, Sickness or condition, up to and including the full amount You receive from any third party or insurance coverage.

**Lien Rights:**We will have a lien to the extent of benefits We paid due to Your Injury, Sickness or condition for which the third party is liable. The lien will be imposed on any recovery, whether by settlement, judgment, or otherwise, including from any insurance coverage, that You receive due to Your Injury, Sickness or condition. The lien may be enforced against any party who holds funds or proceeds which represent the amount of benefits paid by Us. This includes, but is not limited to:

- You;
- Your representative or agent;
- The third party;
- The third party's insurer, representative or agent; and
- Any other source who holds such funds.

**First Priority Claim:**This Certificate's recovery rights are a first priority claim against all third parties and are to be paid to Us before any other claim for Your damages. This Certificate will be entitled to full repayment on a first dollar basis from any third party's payments, even if such payment to the plan will result in a recovery to You which is not sufficient:

- To make You whole; or
- To compensate You in part or in whole for the damages sustained.

This Certificate is not required to participate in or pay court costs or attorney fees to the attorney hired by You to pursue Your damage claim.

**Applicable To All Settlements And Judgments:**We are entitled to full recovery regardless of whether:

- Any liability for payment is admitted by a third party; or
- The settlement or judgment received by You identifies the benefits the Certificate paid.

This Certificate is entitled to recover from any and all settlements or judgments, even those designated as pain and suffering or non-economic damages only.

GC-STD-15-CA

**Guardian/Roeder 0263**

**Cooperation:** You must fully cooperate with Our efforts to recover the benefits paid under this Certificate. You must notify Us within 30 days of the date when any notice is given to any party, including an insurance company or attorney, of Your intention to pursue or investigate a claim to recover damages or obtain compensation due to Injury, Sickness or condition sustained by You. You and Your agents, must provide all information requested by Us or Our representative. This includes, but is not limited to, completing and submitting any applications or other forms or statements as We may reasonably request. Failure to do this may result in the termination of benefits or the instigation of legal action against You.

You must do nothing:

- To prejudice Our rights as described in this section; or

- To prejudice Our ability to enforce the terms of this section.

This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full amount of all benefits paid by this Certificate.

We have the right to conduct an investigation regarding the Injury, Sickness or condition to identify any third party. We reserve the right to notify the third party and his or her agents of Our lien. Agents include, but are not limited to:

- Insurance companies; and

- Attorneys.

**Definitions:** As used in this section, the terms listed below have the meanings shown below:

- **Legal Guardian:** This term means a person who has The care or the legal or fiduciary responsibility to manage the affairs or Property of another.

- **Insurance Coverage:**This term means any insurance Which provides coverage for:

  - Medical expense payments; or

  - Liability.

  This includes, but is not limited to:

  - Uninsured motorist coverage;

  - Underinsured motorist coverage;

  - Personal umbrella coverage;

  - Medical payments coverage;

  - Workers compensation coverage;

  - No-fault automobile insurance coverage; or

  - Any first party insurance.

- **Third Party:** This term means any party actually, possibly, or potentially responsible for making any payment to You due to Your Injury, Sickness or condition. This term also means such party's:

GC-STD-15-CA

Guardian/Roeder 0264

- Liability insurer; or
- Any insurance coverage.

But, this term does not mean:

- Us; or
- You.

- **You:** This term means the covered Employee. It also includes Your parent or Legal Guardian if You are a minor or incompetent.

B401.1910

GC-STD-15-CA

Guardian/Roeder 0265

**All Options**

## DEFINITIONS

**Active Work, Actively At Work or Actively Working:** These terms mean You are able to perform, and are performing, all of the regular duties of Your work for the Employer, on a Full-Time basis at:

- One of the Employer's usual places of business;

- Some place where the Employer's business requires You to travel; or

- Any other place You and the Employer have agreed on for Your work.

B400.0225

**All Options**

**Certificate:** This term means this Certificate of Coverage, including the Schedule of Benefits and any riders and enrollment forms that may be attached to this Certificate.

B400.0336

**Disability or Disabled:** These terms, when used alone, mean: (a) Total Disability or Totally Disabled; or (b) Partial or Residual Disability.

**Total Disability or Totally Disabled** means that as a result of Sickness or Injury You are not able to perform with reasonable continuity the substantial and material acts necessary to pursue Your Usual Occupation in the usual or customary way.

Substantial and material acts means the important tasks, functions and operations generally required by employers from those engaged in Your Usual Occupation that cannot be reasonably omitted or modified.

In determining what substantial and material acts are necessary to pursue Your Usual Occupation, We will first look at the specific duties required by the Employer or job. If You are unable to perform one or more of these duties with reasonable continuity, We will then determine whether those duties are customarily required of other persons engaged in Your Usual Occupation. If any specific, material duties required of You by the Employer or job differ from the material duties customarily required of other persons engaged in Your Usual Occupation, then We will not consider those duties in determining what substantial and material acts are necessary to pursue Your Usual Occupation.

Usual occupation may be interpreted to mean the employment, business, trade or profession that involves the substantial and material acts of the occupation You were regularly performing for the Employer when the disability began. Usual occupation is not necessarily limited to the specific job You performed for the Employer.

GC-STD-15-CA

Guardian/Roeder 0266

**Partial or Residual Disability** means You are not Totally Disabled and that while actually working in an occupation, as a result of Sickness or Injury, You are unable to earn 80% or more of Your pre- disability earnings. Pre-disability earnings will be adjusted for inflation using the CPI-W index.

Neither loss of a professional or occupational license due to misconduct or unlawful activity, nor receipt of, or entitlement to, Social Security Disability benefits in and of themselves constitutes Disability under this Certificate.

B401.1911

**Disability Earnings:** This term means the weekly income You earn from Working While Disabled. It includes salaries, wages, commissions, bonuses and any other compensation earned or accrued while working including pension, profit sharing contributions, sick pay, paid time off, holiday and vacation pay. When You have an ownership interest in the business, Disability Earnings also includes business profits, attributable to You, whether received or not. It includes any income You earn while Disabled and return to the Employer, partnership, or any other similar business arrangement to cover any business or overhead expenses. If You had secondary employment prior to Disability, Disability Earnings will only include earnings from the secondary employment if the employment began after the beginning of Your Disability.

B401.1913

**All Options**

**Doctor:** Any medical practitioner We are required by law to recognize. He or she must:

- Be properly licensed or certified by the laws of the state where he or she practices; and

- Provide services that are within the lawful scope of his or her practice.

B400.0235

**All Options**

**Effective Date:** The date the Policy goes into force and effect as stated on the cover page of the Certificate of Coverage, or any change to the Policy as requested by the Policyholder and approved by Us and in force and effect as stated on cover page of the Certificate of Coverage.

B400.0236

**All Options**

**Eligibility Date:** This term means the earliest date You are eligible for coverage under this Certificate, and you have satisfied all requirements for coverage to begin, as required by this Certificate.

- For an Employee in Active Work who has completed any waiting period required by the Employer as of the Effective Date of this Certificate, the Eligibility Date will be the Effective Date of this Certificate.

GC-STD-15-CA

Guardian/Roeder 0267

- For an Employee in Active Work as of the Effective Date of this Certificate who has not completed any waiting period required by the Employer, the Eligibility Date will be the first date following the completion of the required waiting period.

- For an Employee hired on or after the Effective Date of this Certificate, the Eligibility Date will be the later of the Employee's date of hire, or the first date following the completion of any waiting period required by the Employer.

- If this Certificate requires Employees to elect coverage under this Certificate, the Eligibility Date will be the later of:

  - The Employee's date of hire;

  - The first date following the completion of any waiting period required by the Employer; or

  - The date We approve in writing Your application for any coverage for which You are required to supply Proof of Insurability.

B400.0238

**All Options**

**Elimination Period:** This term means the period of time, as shown in the Schedule of Benefits, You must be Disabled, due to a covered Disability, before this Certificate's benefits are payable.

Any days during which You return to work earning more than 80% of Your Insured Earnings will not count toward the Elimination Period, but You will continue to accumulate days of Disability for days for which You return to work earning less than 80% during the Elimination Period as long You meet the definition of Disability each Week during the Elimination Period. If You are or become eligible under any other similar group income replacement plan while You are working during the Elimination Period, You will not be entitled to benefits from this Certificate.

We do not require You to complete an Elimination Period if:

- You were covered under a similar income replacement plan the Employer had with another carrier on the day before this Certificate starts; and

- Your Disability would have been a Recurring Disability under the prior plan had it remained in effect.

B400.0239

**All Options**

**Employee:** This term means a person who works for the Employer at the Employer's place of business and whose income is reported to the United States Internal Revenue Service, and/or a state for tax purposes. Partners and proprietors will also be treated as Employees if the Conditions of Eligibility requirements are met.

B400.0241

GC-STD-15-CA

**Guardian/Roeder 0268**

**All Options**

**Employer:** This term means PSC BIOTECH CORPORATION

B400.0243

**All Options**

**Full-Time:** This term means:

You are not a Part-time Employee as defined by Your Employer and the average number of hours You worked for the six Months prior to the last full day worked was at least 30 hours per week at:

- Your Employer's place of business;
- Some place where the Employer's business requires You to travel; or
- Any other place You and Your Employer have agreed upon for the performance of Your job.

B400.0244

**Gainful Occupation** or **Gainful Work:** These terms mean work for which You are, or may become, qualified by:

- Training;
- Education; or
- Experience.

When You are able to perform such work, You can be expected to earn at least 80% of Your Insured Earnings, within 12 months of returning to work.

B401.1914

**All Options**

**Government Plan:** This term means any of the following:

- The United States Social Security Act;
- The Railroad Retirement Act;
- The Canadian Pension Plan; or
- Any other plan provided under the laws of a state, province or any other political subdivision.

It also includes:

- Any public employee Retirement Plan; or
- Any plan provided in place of the above named plan or acts.

It does not include:

- Any Workers' Compensation Act or similar law;

GC-STD-15-CA

**Guardian/Roeder 0269**

- The Jones' Act;

- The Longshoreman's and Harbor Workers' Compensation Act; or

- The Maritime Doctrine of Maintenance, Wages, or Cure.

B400.0246

**All Options**

**Gross Weekly Benefit:** This term means this Certificate's Weekly Benefit before it is integrated with other income and earnings.

B400.0247

**Injury:** This term means physical harm or damage to Your body that occurs while You are covered by this Certificate.

B401.1915

**All Options**

**Insured Earnings:** Only Your earnings from the Employer will be included as Insured Earnings.

We calculate benefit amounts and limits based on the amount of Your Insured Earnings as of the Redetermination date immediately prior to the start of Your Disability. See the Redetermination section of this Certificate.

B400.0250

**All Options**

- **For Partners And S Corporation Shareholders:** Insured Earnings means the sum of the amounts listed below, divided by 52.

  - Your compensation as an Employee or S Corporation shareholder, or guaranteed payments as a Partner, as reported on Your Federal Income Tax Return(s), Form 1040, for the prior calendar year, less the gross total of unadjusted Employee business expenses as included on the corresponding Schedule A-Itemized Deductions.

  - Your non-passive income (loss) from trade of business as reported on Schedule E - Part II of Your Federal Income Tax Return(s), Form 1040, for the prior calendar year, less any expenses incurred and reported elsewhere on Your Return; and

  - Your contributions during the prior calendar year, deposited into a:

    - Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

    - Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

GC-STD-15-CA

**Guardian/Roeder 0270**

You may not have been a partner or S Corporation shareholder for the full prior calendar year. In that case, Your earnings are based on the weekly average of the sum of the listed amounts averaged for the full number of weeks that You were a partner or S Corporation shareholder during that calendar year.

- **For Sole Proprietors:** Insured Earnings means the sum of the amounts listed below.

  - Your average weekly net profit as determined from Schedule C - Part II of Your Federal Income Tax Return(s), Form 1040 for the prior calendar year.

  - Your average weekly contribution during the prior calendar year deposited into a:

    - Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

    - Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

Weekly net profit is calculated as gross income less total expenses.

You may not have been a sole proprietor for the prior calendar year. In that case, We calculate average weekly net profit and average weekly contributions using the full number of weeks that You were a sole proprietor during such time.

- **For Any Other Employee Who Receives Base Salary Only:** Insured Earnings means Your base weekly salary from the Employer. Your base weekly salary will include shift differential.

The term also includes Your contributions deposited into a:

- Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

- Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

Earnings based on excluded income and Employer contributions deposited into such 401(k), 403(b), 457 or similar plan are not included.

The term also does not include:

- Bonuses;

- Commissions;

- Overtime pay;

- Expense accounts;

- Stock options; and

- Any other extra compensation.

GC-STD-15-CA

**Guardian/Roeder 0271**

If You are paid hourly, We calculate weekly earnings based on actual hours worked or billed in the eight weeks before the start of Your Disability. We do not include pay for hours worked or billed over 40 per week.

- **For Employees Who Are Compensated On Less Than A 12 Month Basis:** Insured Earnings means Your average rate of weekly earnings determined from Your annual contract salary. If You do not have an annual contract salary, Insured Earnings means Your prior calendar year salary divided by twelve. Your annual contract or prior calendar year salary will include shift differential.

The term also includes Your contributions deposited into a:

- Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

- Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

Earnings based on excluded income and Employer contributions deposited into such 401(k), 403(b), 457 or similar plan are not included.

The term also does not include:

- Overtime pay;

- Expense accounts;

- Stock options; and

- Any other extra compensation.

If You are paid hourly, We calculate weekly earnings based on actual hours worked or billed in the eight weeks before the start of Your Disability. We do not include pay for hours worked or billed over 40 per week.

- **For Employees Whose Income Is Reported On A IRS Form 1099:** Insured Earnings means Your average rate of weekly earnings as figured from the 1099 form(s) received from the Employer for the prior calendar year. Earnings are calculated as Your earned income as reported on the 1099 form(s) minus business expenses as reported on Schedule C - Part II of Your Federal Income Tax Return(s), Form 1040. Your average rate of weekly earnings is calculated as such earnings divided by 52 or the number of weeks You worked for the Employer during such calendar year, if less than 52.

GC-STD-15-CA

**Guardian/Roeder 0272**

The term also includes Your contributions deposited into a:

- Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

- Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

B400.0253

**All Options**

**Maximum Payment Period:** This term means the longest time that benefits are paid by this Certificate, subject to all terms, limitations and exclusions.

B400.0262

**All Options**

**Month or Months or Monthly:** These terms mean a consecutive 30 day period.

B400.0264

**All Options**

**No-Fault Motor Vehicle Coverage:** This term means a motor vehicle plan that pays disability or medical benefits no matter who was at fault in an accident.

B400.0265

**Objective Medical Evidence:** This term includes:

- Diagnostic testing;

- Laboratory reports; and

- Medical records of a Doctors exam documenting clinical signs, presence of symptoms and test results relevant to your Disability and claimed restrictions and limitations and consistent with Generally Accepted Medical Standards.

Generally Accepted Medical Standards are those supported by nationally recognized authorities in the health care field unless a state medical standard exists, in which case the state medical standard shall apply. Generally Accepted Medical Standards are those supported by nationally recognized authorities in the health care field including:

- The American Medical Association (AMA);

- The AMA Board of Medical Specialties;

- The Food and Drug Administration;

- The Centers for Disease Control;

- The National Cancer Institute;

- The National Institutes of Health;

GC-STD-15-CA

**Guardian/Roeder 0273**

- The Department of Health and Human Services; and

- Any state agency, board, or regulatory body charged with determining acceptable medical standards in the state in which You reside.

B401.1916

**Objective Proof of Your Restrictions and Limitations:** During the Own Occupation period this term means objective proof of Your inability to perform the duties of Your Own Occupation, and including all restrictions and limitations relating to Your inability to work.

B401.1917

**Own Occupation or Usual Occupation:** this term means:

- The occupation(s) You are routinely performing for Your Employer immediately prior to the first date of Disability, and is further defined as follows. Own Occupation:

  - Includes any employment, trade, or profession that is substantially similar in terms of tasks, functions, skills, abilities, knowledge, training and experience, required by Employers from those engaged in a particular occupation in the general labor market in the national economy; and

  - Is not defined with reference to a specific Employer or specific location or particular work environment; and

  - Only includes the occupation or occupations for which You are covered under this Certificate, and

  - Generates the Insured Earnings covered by this Certificate.

B401.1918

**All Options**

**Policy:** This term means the group Short Term Disability income coverage described in the Policy and this Certificate.

B400.0272

**All Options**

**Reasonable Accommodation:** This term means any modification or adjustment that the Employer willingly provides to:

- A job;

- An employment practice;

- A work process; or the work place.

The modification or adjustment must make it possible for a Disabled person to:

GC-STD-15-CA

**Guardian/Roeder 0274**

- Reach the same level of performance as a similarly situated non-disabled person; or

- Enjoy equal benefits and privileges of employment as are available to a similarly situated non-disabled person.

The modification or adjustment must not place an undue hardship on the Employer.

B400.0274

**All Options**

**Recurring Disability:** This term means a later Disability that:

- Is related to an earlier Disability for which this Certificate paid benefits; and

- Meets the conditions described in the Recurring Disability section of this Certificate.

B400.0275

**Regular and Appropriate Care:** This term means, with respect to Your disabling condition(s) and any other condition(s) which, if left untreated, would adversely affect Your disabling condition, You:

- Visit a Doctor as frequently as recommended by a Doctor to effectively manage these conditions; and

- Are receiving appropriate treatment designed to achieve maximum medical improvement in these conditions.

Appropriate treatment is that treatment a patient would make a reasonable decision to accept after duly considering the opinions of medical professionals, and such treatment must be provided by a Doctor or Doctors whose specialty is appropriate for Your:

- Disability; and

- Any other conditions which left untreated would adversely affect Your disabling condition.

Regular and Appropriate Care does not require treatment for a disabling condition where no additional medical treatment will likely cure or improve that condition, and You have achieved maximum medical improvement.

B401.1920

**All Options**

**Rehabilitation Agreement:** This term means a formal agreement between:

- You;

- Us; and

GC-STD-15-CA

**Guardian/Roeder 0275**

- Your Employer, if needed.

It outlines the Rehabilitation Program in which You agree to take part.

B400.0277

**Rehabilitation Program:** This term means a program of work or job-related training for You. Its aim is to restore Your wage earning abilities.

B401.1921

**All Options**

**Retirement Plan:** This term means a defined benefit or defined contribution plan funded wholly or in part by the Employer's deposits for Your benefit. The term does not include:

- Profit sharing plans;

- Thrift plans;

- Non-qualified deferred compensation plans;

- Individual retirement accounts;

- Tax sheltered annuities;

- 401(k), 403(b), 457 or similar plans; or

- Stock ownership plans.

Retirement Plan **retirement benefits** are lump sum or periodic payments at normal or early retirement. Some Retirement Plans make payments for Disability (as defined by those plans) that start before normal retirement age. When such payments reduce the amount that would have been paid at normal retirement age, they are retirement benefits. When such payments do not reduce the normal retirement amount, they are **disability benefits.**

B400.0282

**All Options**

**Short Term Disability:** This term means the Short Term Disability income coverage described in the Policy and this Certificate.

B400.0283

**All Options**

**Sickness:** This term means an illness or disease. Pregnancy is treated as a Sickness under this Certificate.

B400.0284

**Spouse:** This term means Your lawful spouse, which shall include Your registered domestic partner with the California Secretary of State.

B401.1922

GC-STD-15-CA

**Guardian/Roeder 0276**

**All Options**

> **We, Us and Our:** These terms mean The Guardian Life Insurance Company of America.
>
> B400.0286

**All Options**

> **Week:** This term means, during the Elimination Period, a consecutive 7 day period.
>
> B400.0287

**All Options**

> **Weekly Benefit:** This term means this Certificate's Gross Weekly Benefit reduced by other income. If You are Working While Disabled, Your Weekly Benefit will be further reduced based on the amount of Your Disability Earnings.
>
> B400.0288

**All Options**

> **Working While Disabled:** This term means You are working and earning a gross monthly income of 20% or more of Insured Earnings.
>
> B400.0290

**All Options**

> **You** or **Your:** These terms mean the covered Employee.
>
> B400.0291

GC-STD-15-CA

**Guardian/Roeder 0277**

**All Options**

## SHORT TERM DISABILITY INCOME COVERAGE SCHEDULE OF BENEFITS

**The Guardian Life Insurance Company of America**
10 Hudson Yards
New York, New York 10001
(212) 598-8000

Effective January 1, 2019 this Schedule of Benefits is attached to the Certificate. This Schedule of Benefits replaces any previously issued Schedule of Benefits.

B400.0630

**All Options**

**Elimination Period During Disability**   For Disability due to Injury . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 days

For Disability due to Sickness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 days

B400.0632

**All Options**

**Maximum Payment Period For Each Disability**   For Disability due to Injury . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12 weeks

For Disability due to Sickness . . . . . . . . . . . . . . . . . . . . . . . . . . 12 weeks

B400.0635

**All Options**

**Gross Weekly Benefit**   60% of Your Insured Earnings to a maximum benefit of $1,386.00.

The benefit will be rounded to the nearest $1.00, if not already a multiple of that amount.

**Note:** We integrate Your Gross Weekly Benefit with certain other income You may receive. Read all of the terms of this Certificate to see:

- The other income with which We integrate; and
- How We integrate.

B400.0639

GC-SCH-STD-19-CA

**Guardian/Roeder 0278**

**All Options**

## Changes To Coverage

**Changes In Coverage Amounts**

If You are not Actively At Work on a Full-Time basis, any change in Your amount of coverage will not become effective prior to the date You return to Active Work on a Full-Time basis.

**Changes In Insurance Classification**

If Your classification changes, coverage will not be changed to the new amount until the first day on which You are: (1) Actively At Work on a Full-Time basis; and (2) make a contribution, if required, for the new classification.

If a contribution is required for the new classification for which a larger amount of coverage is provided, You must make the required contribution for the new amount within 31 days of the change. If You do not make the required contribution within 31 days of the change or within 31 days of becoming Actively At Work on a Full-Time basis, if You are not Actively At Work on a Full-Time basis, when Your classification changes, no increase will be allowed due to such change or any later change. In that case, in order to become covered for the larger amount, You must:

- Make the required contribution for the new amount; and
- Furnish Proof of Insurability to Us, which We approve in writing.

If the coverage amount was previously reduced because of age or retirement, it will be retained at the reduced amount.

B400.0661

GC-SCH-STD-19-CA

Guardian/Roeder 0279

**All Options**

## SUPPLEMENTAL RIDERS

B400.1022

**Guardian/Roeder 0280**

**All Options**

**CERTIFICATE RIDER**

This Rider is effective as of the effective date of the Employee's Certificate. If this Rider is added to an inforce Certificate, the Rider becomes effective on its issue date. This Rider amends the Certificate by the addition of the following:

## Quarantine Benefit Rider

We pay a benefit if You:

- Are not Disabled; and
- Are Quarantined due to an Infectious and Contagious disease.

What We pay is subject to the terms shown below and to all the other terms of the Certificate.

**When and How Quarantine Benefit Payments Start:** To be eligible for a benefit under this Rider, You must meet all of the conditions shown below.

- You must be suspected of carrying or having been exposed to an Infectious and Contagious Disease as determined by a Doctor;
- You must be ordered by a Doctor to serve under Quarantine;
- You must provide Proof of the Quarantine order;
- Prior to being ordered under Quarantine, You must have been:
  - Covered by this Rider; and
  - Performing the major duties of Your Own Occupation with your Employer; Full-time.
- You must not be Disabled; and
- You must remain under Quarantine during the Elimination Period required under the Certificate and continue to remain under Quarantine at the end of the Certificate's Elimination Period.

**What We Pay:** We calculate the Quarantine Benefit in the same way as We calculate a Weekly Benefit under the Certificate, paid for the length of the Quarantine Period that remains after the end of the Certificate's Elimination Period.

If Your Quarantine Period is for part of a week, We compute Your payment as 1/7th of the benefit to which You would be entitled for the full week times the number of days You are under Quarantine. Payment will not be made for more than seven days in any week. This benefit is paid weekly, in arrears.

**Continued Eligibility for Quarantine Benefit Payments:** We require periodic proof that You:

- Continue to be subject to Quarantine; and
- The Quarantine Period is still in effect.

GC-R-STD-QB-15-CA

**Guardian/Roeder 0281**

**When The Quarantine Benefit Payments End:** We stop paying this benefit on the earliest of the dates shown below.

- The date You are Disabled; and
- The date the Quarantine Period ends or the Quarantine is terminated by order of the U.S. Secretary of Health and Human Services or the Centers for Disease Control and Prevention (CDC.)

**Definitions**

This section defines certain terms appearing in this Rider. Additional terms, not listed here, are defined in the Certificate.

**Infectious and Contagious Disease:** This term means a disease classified by the CDC as:

- Infectious and contagious; and
- Potentially life threatening to those who come in contact with the infected person.

**Quarantine or Quarantined:** These terms mean a period of time during which You are placed in enforced isolation as ordered by either the U.S. Secretary of Health and Human Services or the CDC, as You are suspected of carrying or having been exposed to an Infectious and Contagious Disease.

**Quarantine Period:** This term means that the enforced isolation is for the maximal incubation period of the disease, and is intended to determine if You have contracted an Infectious and Contagious Disease, and to prevent the spread of the disease.

This Rider is a part of the Certificate. Except as stated in this Rider, nothing contained in this Rider changes or affects any other terms of the Certificate.

**The Guardian** Life Insurance Company of America

*Raymond J Maua*

Senior Vice President, Group and Worksite Markets

B401.1927

GC-R-STD-QB-15-CA

**Guardian/Roeder 0282**

**All Options**

## CERTIFICATE AMENDATORY RIDER

This Rider is effective on the Policy Date. If this Rider is added after the Policy Date, the Rider becomes effective on its issue date.

This Rider amends the Certificate by the replacement of the following Benefit Provisions:

**Other Income Benefits:** You may receive, or be entitled to receive, income shown in the list below. We will reduce Your Gross Weekly Benefit by such other income benefits to determine Your Weekly Benefit from this Certificate.

- Commissions or monies received, payable but not deferred, or paid after Disability benefits start.

  This includes:

  - Vested and nonvested renewal commissions;

  - Bonuses;

  - Royalties; and

  - Other distributions.

- Disability benefits from any mandated benefit act or law. This includes all temporary disability or state disability benefits required by law.

- Disability benefits from all group policies or plans of the Employer. This includes payments made by a group life insurance plan due to Your Disability. This does not include payments made from a group life insurance plan's:

  - Accelerated death benefit; or

  - Like provision that allows payment of such plan's proceeds due to terminal illness.

- Disability benefits from any other group policy or plan; but, if the other group plan was in force prior to this Certificate, and the other group plan also deducts for Disability benefits from any other group plan, We will not deduct these other group Disability benefits.

- Income received from partnership distributions but only to the extent that such income plus the amount of Your Gross Weekly Benefit is more than 100% of Your Insured Earnings.

- Benefits from: The United States Social Security Act; The Railroad Retirement Act; or any other like U.S. or Canadian plan or act.

  This includes:

  - (a) All Disability benefits for which: (i) You are entitled; and (ii) Your Spouse and children are entitled due to Your Disability;

GC-A-STD-OI-19-CA

**Guardian/Roeder 0283**

(b) All unreduced retirement benefits for which: (i) You are entitled and awarded; and (ii) Your Spouse and children are entitled and awarded due to Your entitlement; and

(c) All reduced retirement benefits paid to: (i) You; and (ii) Your Spouse and children due to Your receipt of such benefits.

We do not reduce Your Gross Weekly Benefit by the retirement benefits described in (b) and (c) above, to the extent that You and Your dependents were entitled and awarded to receive such income prior to the start of Disability. We will reduce the Gross Weekly Benefit by marginal increases in such income You and Your dependents were entitled and awarded after Disability begins.

We will reduce Your Gross Weekly Benefit by Your dependent s benefits described in (a), (b) and (c) above if: (i) the dependent s benefits are provided to You by the Social Security Administration; (ii) at the time that the Social Security Administration makes its first payment of the dependent benefits described in (a), (b), and (c) above, the dependent child remains a minor dependent or an adult Disabled dependent; and (iii) the dependent benefits You are entitled to are greater than any dependent benefit being received by another person. Under these circumstances, We will reduce Your Gross Weekly Benefit by the difference between the amount the dependent was awarded under the prior recipient and the amount awarded the dependent under Your benefits.

We do not reduce Your Gross Weekly Benefit by the benefits to which You are entitled, as described in (a), (b), and (c) above unless such benefits are greater than any widow/widower benefit You are receiving. And then We reduce Your Gross Weekly Benefit by the difference.

- Income of the type that is included in Your Insured Earnings for purposes of determining Your Gross Weekly Benefit under this Certificate.

- That portion of Retirement Plan retirement benefits which the Employer funds.

- That portion of Retirement Plan Disability benefits which the Employer funds.

- Retirement benefits or Retirement Plan disability benefits, due to Your Disability, from any Government Plan other than those shown above.

- Temporary Disability benefits under a Worker's Compensation law.

- Disability benefits from any third party when Your Disability is the result of the negligence or intentional tort liability of that third party.

GC-A-STD-OI-19-CA

**Guardian/Roeder 0284**

- Payments from a paid leave, or a similar plan that pays for an approved leave, but only to the extent that such income plus the amount of Your Gross Weekly Benefit is more than 100% of Your Insured Earnings.

We reduce Your Gross Weekly Benefit with income shown above that You are entitled to receive without regard to the reason You are entitled to receive it.

Our right to reduce Your benefit by such income shall not be negated by a transfer of claim liability to a third party. Payment by such third party by law, settlement, judgment, waiver or otherwise shall not negate Our right.

B440.0415

**All Options**

**Other Income Not Subject to Deduction:** We will not reduce Your Gross Weekly Benefit by any income You receive or are entitled to receive from the list below.

- Deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

- Profit sharing plans;

- Thrift plans;

- Tax sheltered annuities;

- Stock ownership plans;

- Individual Retirement Accounts (IRA);

- Individual disability income policies;

- Credit disability insurance;

- Non-qualified plans of deferred compensation;

- Pension plans for partners;

- Retirement plans of another Employer not affiliated with this Certificate;

- Military pension and disability plans;

- Income from a sick leave, salary continuance, or paid time off plan;

- Critical Illness insurance, unless the benefit is paid out as a wage replacement benefit;

- Accident insurance, unless the benefit is paid out as a wage replacement benefit;

- Specified Disease insurance, unless the benefit is paid out as a wage replacement benefit;

- Cancer insurance, unless the benefit is paid out as a wage replacement benefit.

This Rider is part of the Certificate. Except as stated in this Rider, nothing contained in this Rider changes or affects any other terms of the Certificate.

GC-A-STD-OI-19-CA

**Guardian/Roeder 0285**

**The Guardian** Life Insurance Company of America

Senior Vice President, Group and Worksite Markets

B440.0420

GC-A-STD-OI-19-CA

**Guardian/Roeder 0286**

**All Options**

## STATEMENT OF ERISA RIGHTS

**The Guardian Life Insurance Company of America**
**10 Hudson Yards**
**New York, New York 10001**
**(212) 598-8000**

Your group Short Term and/or Long Term Disability Income benefits may be covered by the Employee Retirement Income Security Act of 1974 (ERISA). If so, you are entitled to certain rights and protections under ERISA.

ERISA provides that all plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits**

(a) Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U. S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

(b) Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts, collective bargaining agreements and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

(c) Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate the plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforcement of Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules (see Claims Procedures below).

GC-ERISA-DI-18-CA

**Guardian/Roeder 0287**

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a state or Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110.00 a day until you receive the material, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a federal court. If it should happen that plan fiduciaries misuse the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds that your claim is frivolous.

**Assistance with Questions**

If you have questions about the plan, you should contact the plan administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Disability Benefits Claims Procedure**

If you seek benefits under the plan you should complete, execute and submit a claim form. Claim forms and instructions for filing claims may be obtained from The Guardian Life Insurance Company of America (hereinafter referenced as Guardian).

Guardian is the Claims Fiduciary with the authority to interpret and construe the terms of the Policy, the Certificate, the Schedule of Benefits, and any riders, or other documents or forms that may be attached to the Certificate or the Policy, and any other plan documents. Guardian has the authority to determine eligibility for benefits and coverage under those documents. Guardian has the right to secure independent professional healthcare advice and to require such other evidence as needed to decide your claim.

In addition to the basic claim procedure explained in your certificate, Guardian will also observe the procedures listed below. These procedures are the minimum requirements for benefit claims procedures of employee benefit plans covered by Title 1 of ERISA.

**Definitions**

"Adverse determination" means any denial, reduction or termination of a benefit or failure to provide or make payment (in whole or in part) for a benefit.

**Timing for Initial Benefit Determination**

The benefit determination period begins when a claim is received. Guardian will make a benefit determination and notify a claimant within a reasonable period of time, but not later than the maximum time period shown below. A written or electronic notification of any adverse benefit determination must be provided.

GC-ERISA-DI-18-CA

Guardian/Roeder 0288

Guardian will provide a benefit determination not later than 45 days from the date of receipt of a claim. This period may be extended by up to 30 days if Guardian determines that an extension is necessary due to matters beyond the control of the plan, and so notifies the claimant before the end of the initial 45-day period. Such notification will include the reason for the extension and a date by which the determination will be made. If prior to the end of the 30-day period Guardian determines that an additional extension is necessary due to matters beyond the control of the plan, and so notifies the claimant, the time period for making a benefit determination may be extended for up to an additional period of up to 30 days. Such notification will include the special circumstances requiring the extension and a date by which the final determination will be made.

A notification of an extension to the time period in which a benefit determination will be made will include an explanation of the standards upon which entitlement to a benefit is based, any unresolved issues that prevent a decision of the claim, and the additional information needed to resolve those issues.

If Guardian extends the time period for making a benefit determination due to a claimant's failure to submit information necessary to decide the claim, the claimant will be given at least 45 days to provide the requested information. The extension period will begin on the date on which the claimant responds to the request for additional information.

B997.0247

**All Options**

**Adverse Benefit Determination**   If a claim is denied, Guardian will provide a notice that will set forth:

- The specific reason(s) for the adverse determination;

- References to the specific provisions in the Policy, Certificate, plan or other documents, on which the determination is based;

- A description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary;

- A description of the plan's claim review procedures which a claimant may follow to have a claim for benefits reviewed and the time limits applicable to such procedures;

- A statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse benefit determination (or a statement that such information will be provided free of charge upon request); or a statement that no internal rule, guideline, protocol or similar criterion was relied upon in making the adverse benefit determination;

- If applicable, an explanation of the basis of disagreement with or not following the views presented by you, of health care professionals who treated you and vocational professionals who evaluated you;

GC-ERISA-DI-18-CA

**Guardian/Roeder 0289**

- If applicable, an explanation of the basis for disagreeing with or not following the views of any medical or vocational expert whose advice was obtained on our behalf in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the determination;

- If applicable, an explanation of the basis for disagreeing with or not following a disability determination made by the Social Security Administration that you present to us;

- A description of the plan's review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on appeal, and;

- In the case of an adverse benefit determination based on medical necessity or experimental treatment, notice will either include an explanation of the scientific or clinical basis for the determination, or a statement that such explanation will be provided free of charge upon request.

**Appeal of Adverse Benefit Determinations**  If a claim is wholly or partially denied, the claimant will have up to 180 days to make an appeal. Guardian will conduct a full and fair review of an appeal which includes providing to claimants the following:

- The opportunity to submit written comments, documents, records and other information relating to the claim;

- The opportunity, upon request and free of charge, for reasonable access to, and copies of, all documents, records and other information relevant to the claim; and

- A review that takes into account all comments, documents, records and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

In reviewing an appeal, Guardian will:

- Provide for a review conducted by a named fiduciary who is neither the person who made the initial adverse determination nor that person's subordinate;

- In deciding an appeal based upon a medical judgment, consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment;

- Identify medical or vocational experts whose advice was obtained in connection with an adverse benefit determination; and

- Ensure that a health care professional engaged for consultation regarding an appeal based upon a medical judgment shall be neither the person who was consulted in connection with the adverse benefit determination, nor that person's subordinate.

GC-ERISA-DI-18-CA

Guardian/Roeder 0290

Guardian will notify the claimant of its decision not later than 45 days after receipt of the request for review of the adverse determination. This period may be extended by an additional period of up to 45 days if Guardian determines that special circumstances require an extension of the time period for processing and so notifies the claimant before the end of the initial 45-day period.

A notification with respect to an extension will indicate the special circumstances requiring an extension of the time period for review, and the date by which the final determination will be made.

In the event Guardian denies the appeal of an adverse benefit determination, it will:

- Provide the specific reason or reasons why the appeal was denied;

- Refer to the specific provisions in the Policy, Certificate, plan, or other documents on which the benefit determination is based;

- Provide a statement that the claimant is entitled to receive, upon request and free of charge, reasonably access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits;

- Provide a statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse benefit determination (or a statement that such information will be provided free of charge upon request); or a statement that no internal rule, guideline, protocol or similar criterion was relied upon in making the adverse benefit determination;

- If applicable, provide an explanation of the basis of disagreement with or not following the views presented by you, of health care professionals who treated you, and vocational professionals who evaluated you;

- If applicable, provide an explanation of the basis for disagreeing with or not following the views of any medical or vocational expert whose advice was obtained on our behalf in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the determination;

- If applicable, provide an explanation of the basis for disagreeing with or not following a disability determination made by the Social Security Administration that you present to us;

- Provide a statement describing the claimant's right to bring a civil suit under Section 502(a) of the Employee Retirement Income Security Act of 1974 which shall also describe any applicable contractual limitations period that applies the claimant's right to bring such an action, including the calendar date on which the contractual limitations period expires for the claim, and;

GC-ERISA-DI-18-CA

Guardian/Roeder 0291

- In the event the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon request.

**Alternative Dispute Options**  The claimant and the plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact the local U.S Department of Labor Office and the State insurance regulatory agency.

In addition to any legal rights you may have under section 502(a), if you believe that we have violated ERISAs procedural requirements, you may request that we review any claimed violation(s) and we will respond to you within ten days.

B997.0248

GC-ERISA-DI-18-CA

**Guardian/Roeder 0292**

**This Booklet Includes <u>All</u> Benefits For Which You Are <u>Eligible.</u>**

You are covered for any benefits provided to you by the policyholder at no cost.

But if you are required to pay all or part of the cost of insurance you will only be covered for those benefits you elected in a manner and mode acceptable to Guardian such as an enrollment form and for which premium has been received by Guardian.

**<u>"Please Read This Document Carefully".</u>**

**Guardian/Roeder 0293**

Guardian/Roeder 0294

## CERTIFICATE OF COVERAGE

**The Guardian**

*10 Hudson Yards*
*New York, New York 10001*
*(212) 598-8000*

The group Long Term Disability Income Coverage described in this Certificate is attached to the group Policy effective January 1, 2019. This Certificate replaces any Certificate previously issued under this Plan or under any other plan providing similar or identical benefits issued to the planholder by Guardian.

### GROUP LONG TERM DISABILITY INCOME COVERAGE

Guardian certifies that the Employee to whom this Certificate is issued is eligible for the coverage, and in the amount described herein. In order to be eligible for coverage, the Employee must: (a) satisfy all of this Certificate's eligibility and Effective Date requirements; (b) be listed in Our and/or the Policyholder's records as a validly covered Employee under this Certificate; (c) all required premium payments must have been made by or on behalf of the Employee; and (d) satisfy any necessary Proof of Insurability requirements.

The Employee is not covered by any part of this Certificate for which he or she has waived coverage. Such a waiver of coverage is shown in Our and/or the Policyholder's records.

Policyholder: PSC BIOTECH CORPORATION
Group Policy Number: 00555561

**The Guardian** Life Insurance Company of America

*Raymond J Mana*

Senior Vice President, Group and Worksite Markets

B400.0340

GC-LTD-15-CA

**Guardian/Roeder 0295**

**COMPLAINT NOTICE**

This notice is to advise you that should any complaints arise regarding this insurance you may contact the Guardian at the following address or phone number:

**The Guardian Life Insurance Company of America**
**10 Hudson Yards**
**New York, NY 10001**
**Telephone: (212) 598-8000 or (800) 541-7846**

If you feel your complaints have not been resolved after contacting the Guardian, you may contact the California Department of Insurance at the following address and phone number:

**California Department of Insurance**
**Consumer Communication Bureau**
**300 South Spring Street; South Tower**
**Los Angeles, California 90013**
**Consumer Hotline: 1 (800) 927-4357 or TDD: 1 (800) 482- 4833**

**Website: www.insurance.ca.gov/01-consumers/**

B401.2082

GC-LTD-15-CA

**Guardian/Roeder 0296**

# TABLE OF CONTENTS

**GENERAL PROVISIONS**
Applicable Benefits ................................................... 1
Limitation of Authority ............................................... 1
Incontestability ..................................................... 2
Examination ....................................................... 2

**ELIGIBILITY FOR LONG TERM DISABILITY INCOME COVERAGE**
Conditions Of Eligibility ............................................. 3
When Coverage Starts ............................................... 4
Exception to When Coverage Starts .................................... 4
When Coverage Ends ................................................ 5

**CONTINUATION OF COVERAGE**
Coverage During Disability ........................................... 7

**LONG TERM DISABILITY INCOME COVERAGE**
Benefit Provisions .................................................. 8
Limitations And Exclusions .......................................... 16
Services .......................................................... 20
Claim Provisions ................................................... 23

**RECOVERY FROM A THIRD PARTY** ....................................... 27

**DEFINITIONS** ........................................................ 30

**LONG TERM DISABILITY INCOME COVERAGE SCHEDULE OF BENEFITS** ........... 43

**SUPPLEMENTAL RIDERS**
Income Recovery Benefit Rider ........................................ 46
Survivor Benefit Rider .............................................. 48

**CERTIFICATE AMENDATORY RIDER** ...................................... 50

**STATEMENT OF ERISA RIGHTS** ......................................... 54

GC-LTD-15-CA

**Guardian/Roeder 0297**

**All Options**

## GENERAL PROVISIONS

### Applicable Benefits

This Certificate may include multiple benefit options and types of benefits. You will only be covered for benefits if:

- They were previously selected in an enrollment form or other required form; and

- We have received any required premium.

B401.2084

**All Options**

### Limitation of Authority

Only the President, a Vice President or a Secretary of Guardian, has the authority to act for Us in a written and signed statement to:

- Determine whether any contract, Policy or Certificate is to be issued;

- Waive or alter any contract or Policy provisions, or any of Our requirements;

- Bind Us by any statement or promise relating to the contract issued or to be issued; or

- Accept any information or representation which is not in a signed application.

Agents and brokers do not have the authority to change the contract or Policy or waive any of its provisions.

B400.0344

GC-LTD-15-CA

Guardian/Roeder 0298

**All Options**

## Incontestability

After two years from its date of issue of this Certificate, no misstatements, except fraudulent statements, made by You in the application for coverage shall be used to void this Certificate or deny a claim for a loss incurred, or for a disability commencing after the expiration of the two year period.

No claim for loss incurred or disability commencing after two years from the date of issue of this Certificate shall be reduced or denied on the ground that a disease or physical condition not excluded from coverage by name or physical condition effective on the date of loss had existed prior to the effective date of coverage of this Certificate.

B401.2086

**All Options**

## Examination

We have the right to have a Doctor(s) of Our choice examine the person for whom a claim is being made under this Certificate as often as We feel necessary. We will pay for all such examinations.

B400.0347

GC-LTD-15-CA

**Guardian/Roeder 0299**

**All Options**

## ELIGIBILITY FOR LONG TERM DISABILITY INCOME COVERAGE

### Conditions Of Eligibility

You are eligible for Long Term Disability if You are:

- In an eligible class of Employees;
- An active Full time Employee;
- Legally working in the United States and/or Canada or working outside of the United States for a United States based Employer in a country or region approved by Us; and
- Working at least the minimum required number of hours of an Employee in Your eligible class at:
  - The Employer's place of business;
  - Some place where the Employer's business requires You to travel; or
  - Any other place You and the Employer have agreed upon for the performance of occupational duties.

B400.0349

**All Options**

You are **not** eligible for Long Term Disability if You are:

- A temporary or seasonal Employee.

B400.0352

**All Options**

**Enrollment Requirement:** If You must pay all or part of the cost of Your coverage, We will not cover You until You enroll and agree to make the required payments.

B400.0354

**All Options**

**Proof of Insurability:** Part or all of Your insurance amounts may be subject to Proof of Insurability. The Schedule Of Benefits explains if and when We require proof. You will not be covered for any amount that requires such proof until You give the proof to Us and We approve that proof in writing.

B400.0355

GC-LTD-15-CA

**Guardian/Roeder 0300**

**All Options**

**The Waiting Period:** If You are in an eligible class, You are eligible for Long Term Disability under this Certificate after You complete the service waiting period, if any, established by the Employer.

B400.0356

**All Options**

**Multiple Employment:** If You work for both the Employer and a covered associated company, or for more than one covered associated company, We will treat You as if only one firm employs You. You will not have multiple Long Term Disability coverage under this Policy. But, if this Policy uses the amount of Your Insured Earnings to set the rates, determine class, figure coverage amounts, or for any other reason, such Insured Earnings will be figured as the sum of Your Insured Earnings from all covered Employers.

B400.0357

**All Options**

## When Coverage Starts

For coverage to start, You must be fully capable of performing the major duties of Your Own Occupation for the Employer and working the minimum required number of hours of an Employee in Your eligible class at 12:01 A.M. Standard Time for Your place of residence on Your scheduled Eligibility Date. And, for coverage to start, You must meet all of the Conditions of Eligibility described above and the conditions shown below which apply to You. If You are not fully capable of performing the major duties of Your Own Occupation on Your scheduled Eligibility Date, We will postpone the start of Your coverage until You are so capable and working the minimum required number of hours of an Employee in Your eligible class for one full day, with the capacity to do so for one full week.

Your coverage is scheduled to start on Your Eligibility Date.

B400.0360

**All Options**

## Exception to When Coverage Starts

Sometimes a scheduled Eligibility Date is not a regularly scheduled work day. If the scheduled Eligibility Date falls on:

- A holiday;
- A vacation day;
- A non-scheduled work day;
- A day during an approved leave of absence not due to Sickness or Injury, of 90 days or less; or

GC-LTD-15-CA

**Guardian/Roeder 0301**

- A day during a period of absence that is less than 7 days in duration;

**and if:**

- You are fully capable of performing the major duties of Your Own Occupation for the Employer for the minimum number of hours of an Employee in Your eligible class at 12:01 AM Standard Time for Your place of residence on the scheduled Eligibility Date; and

- You were performing the major duties of Your Own Occupation and working the minimum number of hours of an Employee in Your eligible class on Your last regularly scheduled work day.

Your coverage will start on the scheduled Eligibility Date. However, any coverage or part of coverage for which You must elect and pay all or part of the cost, will not start if You are on an approved leave, layoff or absence and such coverage or part of coverage was not previously in force for You under a prior plan which this Certificate replaced.

Any part of Your coverage which is subject to Proof of Insurability will not start unless You send such proof to Us, and We approve it in writing. Once We have approved it, that part of Your coverage is scheduled to start on Your approved Eligibility Date.

B400.0364

**All Options**

---

# When Coverage Ends

Your coverage will end on the first of the following dates:

- The date Your Active Full-Time Work ends for any reason, except as shown below under Continuation Of Coverage.

- The date You stop being an eligible Employee under this Certificate.

- The date You are no longer working in the United States and/or Canada, or no longer working outside of the United States for a United States based Employer in a country or region approved by Us. Any incidental business or personal travel outside of the United States and/or Canada, or outside of a country or region approved by Us, is covered. Such travel will be considered incidental if it is for a period not to exceed 30 consecutive days.

- The date the group Certificate ends, or is discontinued for a class of Employees to which You belong.

- The last day of the period for which required payments are made for You.

GC-LTD-15-CA

**Guardian/Roeder 0302**

- The date You die.

You may have the right to continue certain group benefits for a limited time after Your coverage would otherwise end. Read this Certificate carefully for details and discuss with your Employer or administrator. Any provisions that allow continuation of such group benefits must be offered and administered on a fair and equitable basis.

B400.0371

GC-LTD-15-CA

Guardian/Roeder 0303

**All Options**

## CONTINUATION OF COVERAGE

### Coverage During Disability

You may be Disabled when Your Active Full-Time Work ends In that case, Your coverage will remain in force during the:

- Elimination Period, subject to payment of required premiums; and

- The period of time for which benefits are payable by this Certificate.

But, in order for Your coverage to continue, the Disability:

- Must be covered by this Certificate;

- And benefits must not be excluded due to this Certificate's Pre-Existing Conditions provision, or any other exclusion.

If You're Disabled when Your Active Full-Time Work ends due to a job-related Injury or Sickness for which benefits are not payable Your coverage will remain in force until the earlier of the date:

- You are terminated from employment with the Employer; or

- You have been Disabled for 6 Months.

B400.0378

GC-LTD-15-CA

**Guardian/Roeder 0304**

**All Options**

## LONG TERM DISABILITY INCOME COVERAGE

This coverage replaces part of Your income if You become Disabled due to a covered Sickness or Injury. What We pay is governed by all the terms of this Policy.

This Certificate includes the Long Term Disability Schedule of Benefits. Your class and benefit options are shown in the Schedule of Benefits that applies to You.

Terms with special meanings are defined, and are capitalized. See the definitions section of this Certificate. Other terms with special meanings are defined where they are used.

### Benefit Provisions

**How Payments Start:** To start getting payments from this Certificate, You must meet all of the conditions listed below and elsewhere in this Certificate.

- You must:
  - Become Disabled while covered by this Plan; and
  - Remain Disabled and covered for this Plan's Elimination Period.
- You must provide Proof of Loss, as described in Claim Provisions.

Benefits accrue as of the first day after the end of the Elimination Period, subject to all Certificate terms.

You can satisfy the Elimination Period while working, provided You are Disabled.

**Waiver Of Premium:** We waive Your premiums for this coverage while You are entitled to receive a Monthly Benefit payment from this Certificate.

**When Payments End:** Your benefits from this Certificate will end on the earliest of the dates shown below:

- The date You are no longer Disabled.
- The date You fail to provide Proof of Loss as required by this Certificate.
- The date You earn, or are able to earn, the maximum earnings allowed while Disabled under this Certificate.
- The date You are able to perform the major duties of Your Own Occupation on a Full-Time basis with Reasonable Accommodation.
- After the Own Occupation period, the date You are able to perform the major duties of any Gainful Work on a Full-Time basis with Reasonable Accommodation.

GC-LTD-15-CA

**Guardian/Roeder 0305**

- The date You die.

- The end of the Maximum Payment Period.

- The date no further benefits are payable under any provision in this Certificate that limits the Maximum Payment Period.

- The date You are no longer receiving Regular and Appropriate Care from a Doctor.

- The date payments end in accordance with a Rehabilitation Agreement. However, this date will not apply if the Rehabilitation Agreement is not fulfilled but You remain Disabled in accordance with the terms of this Plan and the Maximum Payment Period has not been reached.

B401.2088

**All Options**

**Maximum Payment Period:** The Maximum Payment Period is shown in the Schedule Of Benefits. But, it may be less than that shown due to:

- The nature of Your Disability;

- The date You were first treated for the cause of Your Disability; and

- The length of time You have been covered by this Certificate.

See Disabilities With A Limited Maximum Payment Period and Pre-Existing Conditions.

Benefits payable during the Maximum Payment Period will not be affected by the termination of the Certificate, subject to all the terms and conditions of the Certificate that were in effect on the first date of Your Disability. Any change to the Certificate with an Effective Date after the first date of Your Disability will not apply to benefits payable during the Maximum Payment Period.

B400.0446

**All Options**

**Recurring Disability:** Benefits from this Certificate end if You cease to be Disabled. But, a later Disability may be treated as a Recurring Disability, if all of the conditions listed below are met:

- You must return to Active Work right after Your benefits end.

- The Disability recurs less than six Months after You were last entitled to benefits.

- The later Disability must be due to the same or related cause of Your earlier Disability.

- This Certificate must not end during Your return to Active Work.

- You must not become covered under any other similar group income replacement plan during the time You return to Active Work.

GC-LTD-15-CA

**Guardian/Roeder 0306**

- When You return to Active Work after being Disabled, You must be covered by this Certificate and all required premium must be paid.

- A subsequent Disability will not be considered a Recurrent Disability if Your benefits for the prior Disability ended because Your prior Disability had been paid for the Maximum Payment Period.

If the later Disability is a Recurring Disability, You will not need to satisfy a new Elimination Period. The Recurring Disability will be subject to all the terms of this Certificate in effect on the date the earlier Disability began.

If all of the conditions listed above are not met, the later Disability will be treated as a new period of Disability. You will be required to satisfy a new Elimination Period. The new period of Disability will be subject to all the terms of this Certificate in effect on the date the new period of Disability starts.

B400.0453

**All Options**

**Calculation of Monthly Benefit:** Your benefit is governed by the terms of this Certificate in effect on the date Disability starts. Any changes to this Certificate that take place as follows are inapplicable to, and will not affect, Your benefit:

- While You are Disabled; or

- During a period of Active Work that occurs between an initial period of Disability and a Recurring Disability.

We calculate Your Gross Monthly Benefit according to the Schedule of Benefits.

From Your Gross Monthly Benefit, subtract the amount of any income listed in Other Income Benefits that You receive or are entitled to receive. The result is Your Monthly Benefit.

B400.0455

**All Options**

**Redetermination:** This Certificate redetermines Your Insured Earnings on each January 1st , the Employer must report current Insured Earnings for all Employees under this Certificate. Changes to Your Insured Earnings are subject to any Proof of Insurability requirements that may apply to this Certificate. As of this Certificate's redetermination date, We use Your Insured Earnings on record with Us to:

- set rates;

GC-LTD-15-CA

Guardian/Roeder 0307

- project benefit amounts and limits; and
- calculate premium payable under this Certificate.

You must be actively-at-work on a Full-Time basis on that date. If You are not, We do not do this until the date You return to Active Work on a Full-Time basis. But, changes in earnings will not apply to a Recurring Disability.

B400.0474

**All Options**

**Other Income Benefits:** You may receive, or be entitled to receive, income shown in the list below.

We will reduce Your Gross Monthly Benefit by such other income benefits to determine Your Monthly Benefit from this Certificate.

- Commissions or monies received, payable but deferred, or paid after Disability benefits start.

  This includes:

  - Vested and nonvested renewal commissions;

  - Bonuses;

  - Royalties; and

  - Other distributions.

- Disability benefits from any mandated benefit act or law. This includes all temporary disability or state disability benefits required by law.

- Disability benefits from all group policies or plans of the Employer. This includes payments made by a group life insurance plan due to Your Disability. This does not include payments made from a group life insurance plan's:

  - Accelerated death benefit; or

  - Like provision that allows payment of such plan's proceeds due to terminal illness.

- Disability benefits from any other group policy or plan; but, if the other group plan was in force prior to this Certificate, and the other group plan also deducts for disability benefits from any other group plan, We will not deduct these other group disability benefits.

- Income received from partnership distributions, but only to the extent that such income plus the amount of Your Gross Monthly Benefit is more than 100% of Your Indexed Insured Earnings.

- Benefits from: The United States Social Security Act; The Railroad Retirement Act; or any other like U.S. or Canadian plan or act.

  This includes:

  (a) All disability benefits for which: (i) You are entitled; and (ii) Your spouse and children are entitled due to Your Disability;

GC-LTD-15-CA

**Guardian/Roeder 0308**

(b)   All unreduced retirement benefits for which: (i) You are entitled and awarded; and (ii) Your spouse and children are entitled and awarded due to Your entitlement; and

(c)   All reduced retirement benefits paid to: (i) You; and (ii) Your spouse and children due to Your receipt of such benefits.

We do not reduce Your Gross Monthly Benefit by the retirement benefits described in (b) and (c) above, to the extent that You and Your dependents were entitled and awarded such income prior to the start of Disability. We will reduce the Gross Monthly Benefit by marginal increases in such income You and Your dependents were entitled and awarded after Disability begins.

We will reduce Your Gross Monthly Benefit by Your dependents' benefits described in (a), (b) and (c) above if: (i) the dependents' benefits are provided to You by the Social Security Administration; (ii) at the time that the Social Security Administration makes its first payment of the dependent benefits described in (a), (b), and (c) above, the dependent child remains a minor dependent or an adult Disabled dependent, and (iii) the dependent benefits You are entitled to are greater than any dependent benefit being received by another person. Under these circumstances, We will reduce Your Gross Monthly Benefit by the difference between the amount the dependent was awarded under the prior recipient and the amount awarded the dependent under Your benefits.

We do not reduce Your Gross Monthly Benefit by the benefits to which You are entitled, as described in (a), (b), and (c) above unless such benefits are greater than any widow/widower benefit You are receiving. And then We reduce Your Gross Monthly Benefit by the difference.

- Income of the type that is included in Your Insured Earnings for purposes of determining Your Gross Monthly Benefit under this Certificate.

- That portion of Retirement Plan retirement benefits which the Employer funds.

- That portion of Retirement Plan disability benefits which the Employer funds.

- Retirement benefits or Retirement Plan disability benefits, due to Your Disability, from any Government Plan other than those shown above.

- Temporary disability benefits under a Worker's Compensation law.

- Disability benefits from any third party when Your Disability is the result of the negligence or intentional tort liability of that third party.

We reduce Your Gross Monthly Benefit with income shown above that You are entitled to receive without regard to the reason You are entitled to receive it.

Our right to reduce Your benefit by such income shall not be negated by a transfer of claim liability to a third party. Payment by such third party by law, settlement, judgment, waiver or otherwise shall not negate Our right.

B401.2095

GC-LTD-15-CA

Guardian/Roeder 0309

**All Options**

**Other Income Not Subject To Deduction:** We will not reduce Your Gross Monthly Benefit by any income You receive or are entitled to receive from the list below.

- Deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

- Profit sharing plans;

- Thrift plans;

- Tax sheltered annuities;

- Stock ownership plans;

- Individual Retirement Accounts (IRA);

- Individual disability income policies;

- Credit disability insurance;

- Non qualified plans of deferred compensation;

- Pension plans for partners;

- Retirement plans of another Employer not affiliated with this Certificate;

- Military pension and disability plans;

- Income from a sick leave, salary continuance, or paid time off plan;

- Critical Illness insurance, unless the benefit is paid out as a wage replacement benefit;

- Accident Insurance, unless the benefit is paid out as a wage replacement benefit;

- Specified Disease insurance, unless the benefit is paid out as a wage replacement benefit;

- Cancer insurance, unless the benefit is paid out as a wage replacement benefit.

B401.2168

GC-LTD-15-CA

**Guardian/Roeder 0310**

**All Options**

**Lump Sum Payments of Other Income:** Income with which We integrate may be paid in a lump sum. In this case, We take the equivalent Monthly rate stated in the award into account when We determine Your Monthly Benefit.

If no Monthly rate is given, We pro-rate the lump sum over the lesser of:

- 60 months; or
- The expected remaining number of Months for which You would be entitled to benefits from this Certificate based on the proof of loss submitted to Us.

B400.0486

**All Options**

**Cost of Living Freeze:** You may receive a cost of living increase in other income with which We integrate. In this case, We do not further reduce Your Monthly Benefit by the amount of such increase.

B400.0487

**All Options**

**Claim For Other Income:** We require that You pursue a claim for other income benefits to which You may be entitled. If these benefits are denied, We may require You to appeal such denial if it is reasonable to believe that You have a valid claim to receive the benefits. If You unreasonably refused to pursue such claim for other income benefits, and We have a means of reasonably estimating the amount payable, We will estimate the amount due to You and Your spouse and children. We will take this estimated amount into account when We determine Your Monthly Benefit.

If We do reduce Your Gross Monthly Benefit by an estimated amount, We will cease doing so and adjust Your Monthly Benefit when We receive written proof:

- Of the amount awarded; or
- That the other income benefits have been denied; and no further appeals are possible.

If We underpay You, We will pay the full amount of the underpayment in a lump sum.

We will provide You with an accounting of any underpayment/overpayment.

We offer to assist You in applying for other income benefits. Examples of the kinds of assistance We offer are:

GC-LTD-15-CA

**Guardian/Roeder 0311**

- Helping You fill our applications and forms;

- Assisting You to find suitable legal counsel; and

- Providing medical and vocational data from Our files to support Your claims.

B401.2097

**All Options**

**Adjustment of Monthly Benefit For Disability Earnings:** We adjust the Monthly Benefit for Disability Earnings as follows:

For each of the first 24 Months after the date You first have Disability Earnings, add Your Gross Monthly Benefit and Your Disability Earnings.

- If the sum is not more than 100% of Your Indexed Insured Earnings, We do not reduce Your Monthly Benefit.

- If the sum is more than 100% of Your Indexed Insured Earnings, We reduce Your Monthly Benefit by the amount over 100% of Your Indexed Insured Earnings.

For each Month after that, We pay the greater of the amount calculated under Method 1 or Method 2.

Method 1:

- If Your Disability Earnings are less than 20% of Your Indexed Insured Earnings, We do not reduce Your Monthly Benefit.

- If Your Disability Earnings are 20% or more of Your Indexed Insured Earnings, We reduce Your Monthly Benefit by 50% of Your Disability Earnings.

Method 2:

(1) Subtract Your Disability Earnings from Your Indexed Insured Earnings.

(2) Divide the result in (1) above by Your Indexed Insured Earnings.

(3) Multiply the result in (2) above by Your Monthly Benefit. This is the amount We pay.

If Your Disability Earnings fluctuate widely from Month to Month, We may adjust Your Monthly Benefit using an average Disability Earnings amount. The average Disability Earnings amount will be computed using Your most current Month's Disability Earnings and the prior two Months Disability Earnings.

B400.0491

GC-LTD-15-CA

**Guardian/Roeder 0312**

**All Options**

**Maximum Allowable Disability Earnings:** This Certificate limits the amount of income You may earn, or may be able to earn, and still be considered Disabled.

If Your Disability Earnings are more than 80% of Your Indexed Insured Earnings, payments from this Certificate will end for the claimed disability.

B401.2099

**All Options**

**Indexing:** We apply an indexing factor to Your Insured Earnings on the date You have received 12 Monthly payments in a row and each anniversary after that. This factor increases the amount of income You may earn and still be considered Disabled. This adjustment does not increase Your Gross Monthly Benefit, Monthly Benefit, or any other benefit under this Certificate.

To make the first adjustment, We multiply Your Insured Earnings by the indexing factor for that year. To make adjustments in each later year, We multiply the amount of Your last indexed Insured Earnings by the indexing factor.

The indexing factor is the lesser of:

- 10%; or

- The average CPI-W from the prior calendar year.

B401.2162

**All Options**

**Minimum Payment:** The minimum Monthly payment for Disability under this Certificate is the larger of: (1) 10% of Your Gross Monthly Benefit; or (b) $100.00.

B400.0503

**All Options**

## Limitations And Exclusions

**Disabilities With A Limited Maximum Payment Period:** We limit the Maximum Payment Period, if You are Disabled due to: a Mental Illness; drug or alcohol abuse. If You have a coexistent condition(s), which is not subject to the limits in this section, and constitutes a Disability in and of itself, We will not limit benefits as described below.

The Maximum Payment Period for all periods of Disability due to: a Mental Illness; drug or alcohol abuse; is 24 Months. This is a combined lifetime maximum for all such conditions and all periods of Disability.

No benefits will be paid for Disability due to a Mental Illness or drug or alcohol abuse if You are not receiving treatment for the cause of the Disability from a provider, or a facility that is:

- Licensed by the state to provide treatment for such condition; and

GC-LTD-15-CA

**Guardian/Roeder 0313**

- Accredited or approved by the Joint Commission on the Accreditation of Health Care Facilities or Medicare.

If payments under this Certificate would otherwise end due to the limits in this section, We may extend such payments if You meet all of the following conditions:

- You must be Disabled due to a condition named above;

- You must be an inpatient in a qualified institution because of Your Disability; and

- You must have been treated as an inpatient for at least 14 days in a row.

In such case, We will extend payments, if You are Disabled and otherwise remain entitled to payments under the Certificate, until the earliest of:

- 90 days from the date of Your discharge, following the date benefits would otherwise have ended;

- The end of this Certificate's Maximum Payment Period; or

- The date Your Disability ends.

As used here, "qualified institution" means a legally operated hospital or other public or private facility licensed to provide inpatient medical care and treatment for the cause of Your Disability.

B400.0512

**All Options**

**Pre-Existing Conditions:** You are not covered for a Disability caused or substantially contributed to by a pre-existing condition or medical or surgical treatment of a pre-existing condition.

You have a pre-existing condition if:

- You received medical treatment, care or services for a diagnosed condition or took prescribed medication for a diagnosed condition in the three months immediately prior to the effective date of Your insurance under this Certificate; or

  You suffered from a physical, or mental condition, whether diagnosed or was misrepresented or not disclosed in Your application (i) for which You received a Doctor s advice or treatment within three months before the effective date of Your insurance under this Certificate, or (ii) which caused symptoms within three months before the effective date of Your insurance under this Certificate for which a prudent person would usually seek medical advice or treatment; and

- Disability caused or substantially contributed to by the condition begins in the first 12 months after the effective date of Your insurance under this Certificate.

GC-LTD-15-CA

Guardian/Roeder 0314

No benefits are payable for Disability caused by, contributed to, by, or resulting from a Pre-Existing Condition; unless the Disability starts after You complete at least one full day of Active Work after the date You have been covered under this Certificate for 12 Months in a row.

Your Disability caused by, contributed to by or resulting from; a Pre-Existing Condition may begin after:

- A change which provides for an increase in the benefits payable by this Certificate; or

- A change in Your benefit election which increases the benefit payable by this Certificate.

In this case, Your benefit will be limited to the amount that would have been payable had the change not taken place. But, this limit does not apply if Your Disability starts after You complete at least one full day of Active Work after the date the change has been in force for 12 Months in a row.

We do not cover any Disability that starts before Your Eligibility Date for coverage under this Certificate.

B401.2102

**All Options**

**Prior Coverage Credit:** If this Certificate replaces a similar disability income replacement plan the Employer had with another insurer, the Pre-Existing Condition provision may not apply to You, if coverage under this Certificate starts immediately after the termination of coverage under the prior disability income replacement plan. This Certificate must start right after the prior plan ends.

The Pre-Existing Condition provision will be waived for You if You:

- Are Actively Working on the Your Eligibility Date for coverage under this Certificate; and

- Have fulfilled the requirements of any Pre-Existing Condition provision of the prior plan provided by the Employer.

You may have been covered under the prior plan when it ended, but have not met the requirements of any Pre-Existing Condition provision of the prior plan. In that case, We credit any time used to meet the prior plan's Pre-Existing Condition provision toward meeting this Certificate's Pre-Existing Conditions provision. You must:

- Enroll for coverage under this Certificate on or before this Certificate's Effective Date; and

- Be Actively Working on Your Eligibility Date for coverage under this Certificate.

But, We limit Your maximum Monthly Benefit under this Certificate if:

- It is more than the maximum Monthly Benefit for which You were covered under the prior plan provided by the Employer;

- You become Disabled due to a Pre-Existing Condition; and

GC-LTD-15-CA

**Guardian/Roeder 0315**

- This Certificate pays benefits for such Disability because We credit time as explained above.

In this case, We limit the maximum Monthly Benefit to the amount to which You would have been entitled under the prior plan.

We deduct all payments made by the prior plan under an extension provision.

B400.0520

**All Options**

**Exclusions:** This Certificate does not pay benefits for Disability caused by:

- Declared or undeclared war, act of war, or armed aggression;

- Service in the armed forces, National Guard, or military reserves of any state or country;

- Your taking part in a riot or civil disorder;

- Your commission of, or attempt to commit a felony. A felony means either:

  - A crime as defined as such under the laws in the jurisdiction in which the crime was committed or attempted; or

  - In states where the law does not define crimes in terms of felonies and misdemeanors, felony means any crime punishable for a minimum of one year term of incarceration in a jail or prison, as determined by the law of the jurisdiction where the crime was committed or attempted; or

  - A crime as defined as such under federal law;

- The intentional or voluntary inhalation or ingestion of gas, chemical, solvent, poison or other substances not intended for internal consumption, irrespective of any pre-existing or co-morbid condition;

- Intentional self-inflicted injuries;

This Certificate does not pay any benefits for any period of Disability:

- During which You are confined to a jail, prison or other facility as a result of Your conviction of a crime;

- Which starts before You are covered by this Certificate;

- During which Your loss of earnings is not solely due to Your Disability.

This Certificate does not pay benefits due solely to a risk of relapse or exacerbation of a prior injury or illness in the absence of a current impairment and Disability.

B401.2105

GC-LTD-15-CA

**Guardian/Roeder 0316**

**All Options**

## Services

**Social Security Assistance:** If You are Disabled, We require You to apply for Social Security benefits. See Application for Other Income. If We believe You are eligible for such benefits, We may offer to assist You in applying for them. Receiving Social Security benefits will protect Your earnings record for retirement and enable You to qualify for Medicare coverage after 24 Months.

Services We can provide include:

- Help in completing Your application for such benefits, and any related forms;

- Assistance finding suitable legal counsel; and

- Copies of medical and vocational data needed to file Your claim.

We may also provide these and other services if Your benefits are under review for possible termination by the Social Security Administration.

You must apply for all income benefits for which You may be eligible, whether or not You use Our help. Using Our help does not cancel Your duties shown in Application for Other Income.

**Rehabilitation And Case Management:** We will review Your Disability to see if certain services are likely to help You return to Gainful Work. If needed, We may ask for more medical or vocational information.

When Our review is complete, We may offer You the opportunity to participate in a voluntary Rehabilitation Program.

You are not required to accept the program; rather, it is made available to assist You in Your efforts to return to Gainful Work.

The Rehabilitation Program will start when a written Rehabilitation Agreement is signed by:

- You;

- Us; and

- Your Employer, if needed.

The program may include, but is not limited to:

- Vocational assessment of Your work potential;

- Coordination and transition planning with an Employer for Your return to work;

- Consulting with Your Doctor on Your return to work and need for accommodations;

- Training in job seeking skills and resume preparation; and

- Retraining.

GC-LTD-15-CA

Guardian/Roeder 0317

In consult with You and Your Doctor, We will agree on which services are appropriate and useful.

If We are unable to mutually agree upon the services that are appropriate, We reserve the right to end the Rehabilitation Program.

If You accept the Rehabilitation Agreement, We will pay an enhanced Benefit which is in addition to Your regular Monthly Benefit. The enhanced benefit will be 110% of the Monthly Benefit that would otherwise be paid. This enhanced benefit will be payable as of the first Monthly Benefit after the Rehabilitation Program starts.

We stop paying the enhanced benefit on the earliest of:

- The date Your benefits from this Certificate end;
- The date You violate the terms of the Rehabilitation Agreement;
- The date You end the Rehabilitation Program; or
- The date it is determined that the Rehabilitation Program is not meeting the goal of returning You to Gainful Work; and
- The date the Rehabilitation Agreement ends.

If You end a Rehabilitation Program without Our consent, You must Repay any enhanced benefits paid.

**Dependent Care Expenses:** While You are participating in a Rehabilitation Program, We will pay a dependent care expense benefit, when all of the following conditions are met:

- You incur expense to provide care for a qualified dependent; and
- The care is provided by a licensed provider other than a family member by blood or marriage.

The dependent care expense benefit will be the lesser of:

- $350.00 per Month per qualified dependent; not to exceed $1,000.00 per Month for all qualified dependents combined; and
- The actual Monthly day care expense incurred by You.

We will stop paying the dependent care expense benefit on the earlier of the date You are no longer:

- Incurring dependent care expenses for a qualified dependent;
- Participating in a Rehabilitation Program; or
- Entitled to receive a Monthly Benefit from this Certificate.

As used here, "qualified dependent" means a person who is:

- Dependent upon You for main support and maintenance; and
- Under the age of 14; and

GC-LTD-15-CA

Guardian/Roeder 0318

- Your biological child, lawfully adopted child, stepchild or any other child who is living with You in a regular parent-child relationship.

The term also means a family member, related by blood or marriage, age 14 or over who is physically or mentally incapable of caring for him or herself and is dependent upon You for main support and maintenance.

B401.2106

**All Options**

**Worksite Modification:** In order to accommodate Your Disability, an Employer may incur a cost to modify his or her worksite. We may reimburse the Employer, up to $2,500.00 for the cost of the worksite modification. We make this payment if We agree that the modification will enable You to:

- Return to work; or
- Remain at work.

B400.0553

**All Options**

**Early Intervention Services:** This Certificate includes voluntary, early intervention services as part of Our disability management program. The intent of these services is to:

- Assist Disabled persons in achieving higher levels of functionality; and
- Support the Employer's absence management goals by promoting stay-at work and return-to work agendas where possible.

When You are Disabled from one of the conditions listed below, a Long Term Disability claim form should be completed as soon as possible following the date of Disability. To facilitate an immediate intervention, the form should be submitted to Us within one week of the date Your Disability begins.

- Chronic fatigue conditions, including Epstein-Barr syndrome.
- Mental Illness.
- Repetitive motion syndromes or injuries.
- Fibromyalgia.
- Back pain or strain.
- Neck pain or strain.
- Chronic pain.
- Diabetes.
- Cardiovascular conditions.

GC-LTD-15-CA

**Guardian/Roeder 0319**

On receipt of the completed claim form, We will determine whether the claim is appropriate for early intervention services. You will be notified of Our decision. Examples of services, which We may provide, at Our discretion, include, but are not limited to:

- Job accommodation;

- Ergonomic adjustments to workstations; or

- Proactive case management consultations with Your Doctor or other providers of medical care.

B401.2108

**All Options**

## Claim Provisions

**Administration:** We have the responsibility to fairly, thoroughly, objectively and timely investigate, evaluate and determine Your eligibility for benefits under this Plan.

We will:

- Obtain only such information that is necessary to evaluate a claim for benefits. This information will be obtained as set forth herein with respect to notice and proofs of loss.

- Consider and interpret the terms of this Plan and all information obtained by Us and submitted that relates to a claim for benefits and make a determination based on that information and in accordance with the terms of this Plan and applicable California state law.

- If a claim is approved, review the determination as often as is reasonably necessary to determine continued eligibility for benefits.

- If a claim is denied, provide the claimant within a reasonable period of time a written notification of an adverse determination. Such notification will include the specific reason(s) for the adverse determination.

If a claim is wholly or partially denied, the claimant may appeal the decision. We will conduct a full and fair review of an appeal. The review will take into account all comments, documents, records and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination. If a claim is not appealed, then the decision will be Guardians final decision.

**Notice of Claim:** You must send Us written notice of Your intent to file a claim under this Certificate within 20 days of the date the Injury occurs or the Sickness starts or as soon thereafter as is reasonably possible. This Notice should include Your name and the Policy number. For details, You can call Us at 1-800-538-4583.

GC-LTD-15-CA

**Guardian/Roeder 0320**

**Claim Forms:** We, upon receipt of a written notice of claim, will furnish to You such forms as are usually furnished by Us for filing Proofs of Loss. If such forms are not furnished within 15 days after the giving of such notice, You shall be deemed to have complied with the requirements of this Certificate as to Proof of Loss upon submitting, within the time fixed in this Certificate for filing Proofs of Loss, written proof covering the occurrence, the character and the extent of the loss for which the claim is made.

**Proof Of Loss:** Written proof of loss must be furnished to Us, in case of claim for loss for which this Certificate provides any periodic payment contingent upon continuing loss, within 90 days after the termination of the period for which We are liable, and in case of claim for any other loss, within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of Your legal capacity, later than one year from the time proof is otherwise required.

You are required to cooperate with Guardian in its evaluation of any claim for benefits. You must provide Proof of Loss at Your expense, consisting of the following listed below. Failure to provide this information may prevent, delay, suspend, reduce or terminate Your eligibility for benefits.

- The date Disability began.
- Your last day of Active Work.
- The cause of Disability.
- The extent of Disability, including limitations and restrictions preventing You from performing the major duties of Your Own Occupation and any Gainful Occupation.
- If Your occupation requires that You carry liability or malpractice insurance, information including, but not limited to: the policy, any applications for such coverage, and any changes to the terms and conditions of such policies prior to or after the first date of Disability.
- Objective Medical Evidence and Objective Proof of Your Restrictions and Limitations, beginning with the date Disability began.
- The prognosis of Disability.
- The name and address of all Doctors, hospitals and health care facilities where You have been treated for Your Disability since the date Disability began.
- Proof that You are currently receiving Regular and Appropriate Care from a Doctor and have been receiving that care from the date Disability began.
- Proof of Insured Earnings.
- Proof of Disability Earnings.

GC-LTD-15-CA

**Guardian/Roeder 0321**

- Payroll or absence data from the Employer for the three Months prior to the date Disability began, or other period We specify.

- Proof of application for all other sources of income to which You may be entitled, that may affect Your payment from this Certificate.

- Proof of receipt of other income that may affect Your payment from this Certificate.

- Proof of identity and residency, including, but not limited to, a current government issued photo identification.

- Documentation of travel outside the United States.

- Any other information We may reasonably require to determine if You are Disabled and eligible for benefits and coverage under this Certificate.

You must provide Objective Medical Evidence from a Doctor who is not Yourself, or a relative by blood or marriage, or who is a business associate.

Proof of Insured Earnings and Disability Earnings may consist of:

- Copies of Your W-2 forms;

- Payroll records from Your Employer(s);

- Copies of Your U.S. individual income tax returns;

- Copies of the U.S. income tax returns from any business in which You hold an ownership or shareholder interest;

- A statement from a certified public accountant;

- Copies of any income records accepted or required by the IRS; or

- Any other records We deem necessary.

Proof of loss and other claim data should be submitted to:

**The Guardian Life Insurance Company of America**
Group Long Term Disability Claims Department
P.O. Box 26025
Lehigh Valley, PA 18002-6025.

**Authorization Required:** You must provide Us with written, unaltered authorizations in a form provided by Us to obtain medical, financial, vocational, occupational, and governmental information required to determine Our liability under this Certificate. We may agree to obtain such authorization by use of voice or other electronic means. You must provide Us with such authorizations as often as We may require, in order that they remain current. Failure to provide such authorizations may prevent, delay, suspend or terminate Your eligibility for benefits.

**Examinations:** We, at our own expense, shall have the right and opportunity to examine You when and as often as it may reasonably be required during the pendency of a claim hereunder.

GC-LTD-15-CA

**Guardian/Roeder 0322**

**Ongoing Proof of Loss:** To continue to receive payments from this Certificate, You must give Us current Proof of Loss within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the employee, later than one year from the time proof is otherwise required.

**Payment of Benefits:** We pay benefits to You, if You are legally competent. If You are not, We pay benefits to your lawful guardian, conservator, legal representative, or any person or fiduciary with the lawful authority to act on Your behalf or handle Your affairs. Benefits are paid in United States currency.

We pay benefits once each Month at the end of the period for which they are payable.

No benefits are payable for this Certificates Elimination Period.

Benefits to which You are entitled may remain unpaid at Your death. Such benefits may be paid at Our discretion to:

- Your estate; or
- Your spouse, parents, children, or brothers and sisters.

**Partial Month Payment:** You may be Disabled for only part of a Month. In this case, We compute Your payment as 1/30th of the benefit to which You would be entitled for the full Month times the number of days You are Disabled. Payment will not be made for more than 30 days in any Month.

**Overpayment Recovery:** If We overpaid You, You must repay Us in full. We have the right to reduce Your payment or apply any benefits payable, including the minimum payment, toward recovery of the overpayment.

**Legal Actions:** No action at law or in equity shall be brought to recover on this Certificate prior to the expiration of 60 days after written Proof of Loss has been furnished in accordance with the requirements of this Certificate. No such action shall be brought after the expiration of three years after time written proof of loss is required to be furnished.

**Workers' Compensation:** The Long Term Disability benefits provided by this Certificate are not in place of and do not affect requirements for coverage by Workers' Compensation.

B401.2111

GC-LTD-15-CA

**Guardian/Roeder 0323**

**All Options**

---

## RECOVERY FROM A THIRD PARTY

**Purpose:** When You have the right to recover amounts paid by this Certificate, We also have certain rights. These are explained below.

**Recovery:** If You receive a payment from any third party or insurance coverage due to an Injury, Sickness or condition, We have the right to recover from, and be repaid by, You for all amounts this Certificate has paid due to that Injury, Sickness or condition, up to and including the full amount You receive from any third party or insurance coverage.

**Lien Rights:** We will have a lien to the extent of benefits We paid due to Your Injury, Sickness or condition for which the third party is liable. The lien will be imposed on any recovery, whether by settlement, judgment, or otherwise, including from any insurance coverage, that You receive due to Your Injury, Sickness or condition. The lien may be enforced against any party who holds funds or proceeds which represent the amount of benefits paid by Us. This includes, but is not limited to:

- You;
- Your representative or agent;
- The third party;
- The third party's insurer, representative or agent; and
- Any other source who holds such funds.

**First Priority Claim:** This Certificate's recovery rights are a first priority claim against all third parties and are to be paid to Us before any other claim for Your damages. This Certificate will be entitled to full repayment on a first dollar basis from any third party's payments, even if such payment to the plan will result in a recovery to You which is not sufficient:

- To make You whole; or
- To compensate You in part or in whole for the damages sustained.

This Certificate is not required to participate in or pay court costs or attorney fees to the attorney hired by You to pursue Your damage claim.

**Applicable To All Settlements And Judgments:** We are entitled to full recovery regardless of whether:

- Any liability for payment is admitted by a third party; or
- The settlement or judgment received by You identifies the benefits the Certificate paid.

This Certificate is entitled to recover from any and all settlements or judgments, even those designated as pain and suffering or non-economic damages only.

GC-LTD-15-CA

Guardian/Roeder 0324

**Cooperation:** You must fully cooperate with Our efforts to recover the benefits paid under this Certificate. You must notify Us within 30 days of the date when any notice is given to any party, including an insurance company or attorney, of Your intention to pursue or investigate a claim to recover damages or obtain compensation due to Injury, Sickness or condition sustained by You. You and Your agents, must provide all information requested by Us or Our representative. This includes, but is not limited to, completing and submitting any applications or other forms or statements as We may reasonably request. Failure to do this may result in the termination of benefits or the instigation of legal action against You.

You must do nothing:

- To prejudice Our rights as described in this section; or
- To prejudice Our ability to enforce the terms of this section.

This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full amount of all benefits paid by this Certificate.

We have the right to conduct an investigation regarding the Injury, Sickness or condition to identify any third party. We reserve the right to notify the third party and his or her agents of Our lien. Agents include, but are not limited to:

- Insurance companies; and
- Attorneys.

**Definitions:** As used in this section, the terms listed below have the meanings shown below:

- **Legal Guardian:** This term means a person who has the care or the legal or fiduciary responsibility to manage the affairs or property of another.

- **Insurance Coverage:** This term means any insurance which provides coverage for:

  - Medical expense payments; or
  - Liability.

  This includes, but is not limited to:

  - Uninsured motorist coverage;
  - Underinsured motorist coverage;
  - Personal umbrella coverage;
  - Medical payments coverage;
  - Workers compensation coverage;
  - No-fault automobile insurance coverage; or
  - Any first party insurance.

- **Third Party:** This term means any party actually, possibly, or potentially responsible for making any payment to You due to Your Injury, Sickness or condition. This term also means such party's:

GC-LTD-15-CA

**Guardian/Roeder 0325**

- Liability insurer; or
- Any insurance coverage.

But, this term does not mean:

- Us; or
- You.

- **You:** This term means the covered Employee. It also includes Your parent or Legal Guardian if You are a minor or incompetent.

B401.2112

GC-LTD-15-CA

**All Options**

## DEFINITIONS

This section defines certain terms appearing in Your Certificate.

**Active Work** or **Actively At Work** or **Actively Working:** These terms mean You are able to perform, and are performing, all of the regular duties of Your work for the Employer, on a Full-Time basis at:

- One of the Employer's usual places of business;

- Some place where the Employer's business requires You to travel; or

- Any other place You and the Employer have agreed on for Your work.

B400.0563

**All Options**

**Certificate:** This term means this Certificate of Coverage, including the Schedule of Benefits and any riders and enrollment forms that may be attached to this Certificate.

B400.0565

**All Options**

**CPI-W:** This term means that part of the United States Department of Labor Consumer Price Index that measures the relative value of the cost of a typical urban wage earner's purchase of certain goods and services. If the Department of Labor stops publishing the CPI-W, We have the right to use some other similar standard.

B400.0567

**All Options**

**Disability or Disabled:**

These terms, when used alone, mean (a) Total Disability or Totally Disabled; or (b) Partial or Residual Disability.

**Total Disability or Totally Disabled** means that as a result of Sickness or Injury, during the Elimination Period and the Own Occupation period, You are not able to perform with reasonable continuity the substantial and material acts necessary to pursue Your Usual Occupation and You are not working in Your Usual Occupation. After the end of the Own Occupation period, Total Disability or Totally Disabled means that as a result of Sickness or Injury You are not able to engage with reasonable continuity in any occupation in which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, and physical and mental capacity.

GC-LTD-15-CA

**Guardian/Roeder 0327**

Substantial and material acts means the important tasks, functions and operations generally required by Employers from those engaged in Your Usual Occupation that cannot be reasonably omitted or modified.

In determining what substantial and material acts are necessary to pursue Your Usual Occupation, We will first look at the specific duties required by the Employer or job. If You are unable to perform one or more of these duties with reasonable continuity, We will then determine whether those duties are customarily required of other persons engaged in Your Usual Occupation. If any specific, material duties required of You by the Employer or job differ from the material duties customarily required of other persons engaged in Your Usual Occupation, then We will not consider those duties in determining what substantial and material acts are necessary to pursue Your Usual Occupation.

Usual Occupation may be interpreted to mean the employment, business, trade or profession that involves the substantial and material acts of the occupation You were regularly performing for the Employer when the disability began. Usual Occupation is not necessarily limited to the specific job You performed for the Employer.

**Partial or Residual Disability** means You are not Totally Disabled and that while actually working in an occupation, as a result of Sickness or Injury, You are unable to engage with reasonable continuity in that or any other occupation in which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, and physical and mental capacity.

B401.2113

**All Options**

**Disability Earnings:** This term means the Monthly income You earn from Working While Disabled. It includes salaries, wages, commissions, bonuses and any other compensation earned or accrued while working including pension, profit sharing contributions, sick pay, paid time off, holiday and vacation pay. When You have an ownership interest in the business, Disability Earnings also includes business profits, attributable to You, whether received or not. It includes any income You earn while Disabled and return to the Employer, partnership, or any other similar business arrangement to cover any business or overhead expenses. If You had secondary employment prior to Disability, Disability Earnings will only include earnings from the secondary employment if the employment began after the beginning of Your Disability.

B401.2116

GC-LTD-15-CA

**Guardian/Roeder 0328**

**All Options**

**Doctor:** Any medical practitioner We are required by law to recognize. He or she must:

- Be properly licensed or certified by the laws of the state where he or she practices; and

- Provide services that are within the lawful scope of his or her practice.

B400.0606

**All Options**

**Effective Date:** The date the Certificate goes into force and effect as stated on the cover page of the Certificate of Coverage, or any change to the Policy as requested by the Policyholder and approved by Us and in force and effect as stated on cover page of the Certificate of Coverage.

B400.0607

**All Options**

**Eligibility Date:** This term means the earliest date You are eligible for coverage under this Certificate, and you have satisfied all requirements for coverage to begin, as required by this Certificate.

- For an Employee in Active Work who has completed any waiting period required by the Employer as of the Effective Date of this Certificate, the Eligibility Date means the Effective Date of this Certificate.

- For an Employee in Active Work as of the Effective Date of this Certificate who has not completed any waiting period required by the Employer, the Eligibility Date will be the first date following the completion of the required waiting period.

- For an Employee hired on or after the Effective Date of this Certificate, the Eligibility Date will be the later of the Employee's date of hire, or the first date following the completion of any waiting period required by the Employer.

- If this Certificate requires Employees to elect coverage under this Certificate, the Eligibility Date will be the later of:

  - The Employee's date of hire;

  - The first date following the completion of any waiting period required by the Employer; or

  - The date We approve in writing Your application for any coverage for which You are required to supply Proof of Insurability.

B400.0608

GC-LTD-15-CA

**Guardian/Roeder 0329**

**All Options**

**Elimination Period:** This term means the period of time, as shown in the Schedule of Benefits, You must be Disabled, due to a covered Disability, before this Certificate's benefits are payable.

Any days during which You return to work on a Full-Time basis performing the major duties of Your Own Occupation, will not count toward the Elimination Period.

But You will continue to accumulate days of Disability for days for which You are working on less than a Full-Time basis during the Elimination Period as long as You meet the definition of Disability each Month during the Elimination Period.

If You are or become eligible under any other similar group income replacement plan while You are working during the Elimination Period, You will not be entitled to benefits from this Certificate.

If, at the end of the Elimination Period, You are not able to perform, on a Full-Time basis, the major duties of Your Own Occupation, but You earn or are able to earn 80% or more of Your Indexed Insured Earnings, the Elimination Period will be extended until the earlier of:

- Six Months from the date benefits otherwise would have commenced; or

- Until You are unable to earn 80% or more of Your Indexed Insured Earnings.

If at the end of this time period, You earn or are able to earn 80% or more of Your Indexed Insured Earnings, You must start a new Elimination Period.

We do not require You to complete an Elimination Period if:

- You were covered under a similar income replacement plan the Employer had with another carrier on the day before this Certificate starts; and

- Your Disability would have been a Recurring Disability under the prior plan had it remained in effect.

B400.0609

**All Options**

**Employee:** This term means a person who works for the Employer at the Employer's place of business and whose income is reported to the United States Internal Revenue Service, and/or a state for tax purposes. Partners and proprietors will also be treated as employees if the Conditions of Eligibility requirements are met.

B400.0611

**All Options**

**Employer:** This term means PSC BIOTECH CORPORATION

B400.0612

GC-LTD-15-CA

**Guardian/Roeder 0330**

**All Options**

**Full-Time:** This term means:

You are not a Part-time Employee as defined by Your Employer and the average number of hours You worked for the six Months prior to the last full day worked was at least 20 hours per week at:

- Your Employer's place of business;
- Some place where the Employer's business requires You to travel; or
- Any other place You and Your Employer have agreed upon for the performance of occupational duties.

B400.0613

**All Options**

**Gainful Occupation** or **Gainful Work:** These terms mean work for which You are, or may become, qualified by:

- Training;
- Education; or
- Experience.

When You are able to perform such work, You can be expected to earn at least 80% of Your Indexed Insured Earnings while Working While Disabled as much as Your Gross Monthly Benefit within 12 Months of returning to work.

B401.2117

**All Options**

**Government Plan:** This term means any of the following:

- The United States Social Security Act;
- The Railroad Retirement Act;
- The Canadian Pension Plan; or
- Any other plan provided under the laws of a state, province or any other political subdivision.

It also includes:

- Any public employee Retirement Plan; or
- Any plan provided in place of the above named plan or acts.

It does not include:

- Any Workers' Compensation Act or similar law;

GC-LTD-15-CA

Guardian/Roeder 0331

- The Jones' Act;

- The Longshoreman's and Harbor Workers' Compensation Act; or

- The Maritime Doctrine of Maintenance, Wages, or Cure.

B400.0616

**All Options**

**Gross Monthly Benefit:** This term means this Certificate's Monthly Benefit before it is integrated with other income and earnings.

B400.0617

**All Options**

**Injury:** This term means physical harm or damage to Your body that occurs while You are covered by this Certificate.

B401.2118

**All Options**

**Insured Earnings:** Only Your earnings from the Employer will be included as Insured Earnings.

We calculate benefit amounts and limits based on the amount of Your Insured Earnings as of the Redetermination date immediately prior to the start of Your Disability. See the "Redetermination" section of this Certificate.

B400.0620

**All Options**

- **For Partners And S Corporation Shareholders:** Insured Earnings means the sum of the amounts listed below, divided by 12.

  - Your compensation as an Employee or S Corporation shareholder, or guaranteed payments as a Partner, as reported on Your Federal Income Tax Return(s), Form 1040, for the prior calendar year, less the gross total of unadjusted Employee business expenses as included on the corresponding Schedule A- Itemized Deductions.

  - Your non-passive income (loss) from trade of business as reported on Schedule E - Part II of Your Federal Income Tax Return(s), Form 1040, for the prior calendar year, less any expenses incurred and reported elsewhere on Your Return; and

  - Your contributions during the prior calendar year, deposited into a:

    - Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

    - Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

GC-LTD-15-CA

**Guardian/Roeder 0332**

You may not have been a partner or S Corporation shareholder for the full prior calendar year. In that case, Your earnings are based on the Monthly average of the sum of the listed amounts averaged for the full number of Months that You were a partner or S Corporation shareholder during that calendar year.

- **For Sole Proprietors:** Insured Earnings means the sum of the amounts listed below.

  - Your average Monthly net profit as determined from Schedule C - Part II of Your Federal Income Tax Return(s), Form 1040 for the prior two calendar years.

  - Your average Monthly contribution during the prior two calendar years deposited into a:

    - Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

    - Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

Monthly net profit is calculated as gross income less total expenses.

You may not have been a sole proprietor for the prior two calendar years. In that case, We calculate average Monthly net profit and average monthly contributions using the full number of Months that You were a sole proprietor during such time.

- **For Any Other Employee Who Receives Base Salary Only:** Insured Earnings means Your base Monthly salary from the Employer. Your base Monthly salary will include shift differential.

The term also includes Your contributions deposited into a:

- Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

- Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

Earnings based on excluded income and Employer contributions deposited into such 401(k), 403(b), 457 or similar plan are not included.

The term also does not include:

- Bonuses;

- Commissions;

- Overtime pay;

- Expense accounts;

- Stock options; and

- Any other extra compensation.

GC-LTD-15-CA

**Guardian/Roeder 0333**

If You are paid hourly, We calculate Monthly earnings based on actual hours worked or billed in the two Months before the start of Your Disability. We do not include pay for hours worked or billed over 40 per week.

- **For Employees Who Are Compensated On Less Than A 12 Month Basis:** Insured Earnings means Your average rate of Monthly earnings determined from Your annual contract salary. If You do not have an annual contract salary, Insured Earnings means Your prior calendar year salary divided by twelve. Your annual contract salary will include shift differential.

The term also includes Your contributions deposited into a:

- Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

- Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

Earnings based on excluded income and Employer contributions deposited into such 401(k), 403(b), 457 or similar plan are not included.

The term also does not include:

- Overtime pay;

- Expense accounts;

- Stock options; and

- Any other extra compensation.

If You are paid hourly, We calculate monthly earnings based on actual hours worked or billed in the eight weeks before the start of Your Disability. We do not include pay for hours worked or billed over 40 per week.

- **For Employees Whose Income Is Reported On An IRS Form 1099:** Insured Earnings means Your average rate of Monthly earnings as figured from the 1099 form(s) received from the Employer for the prior calendar year. Earnings are calculated as Your earned income as reported on the 1099 form(s) minus business expenses as reported on Schedule C - Part II of Your Federal Income Tax Return(s), Form 1040. Your average rate of monthly earnings is calculated as such earnings divided by 12 or the number of Months You worked for the Employer during such calendar year, if less than 12. The term also includes Your contributions deposited into a:

- Cash or deferred compensation plan, or salary reduction plan, qualified under IRC section 401(k), 403(b), 457 or similar plan; and

- Elective Employee pre-tax deferrals to a Section 125 plan or flexible spending account.

B400.0621

GC-LTD-15-CA

Guardian/Roeder 0334

**All Options**

> **Long Term Disability:** This term means the Long Term Disability Income Coverage described in the Policy and this Certificate.
>
> B400.0662

**All Options**

> **Maximum Payment Period:** This term means the longest time that benefits are paid by this Certificate, subject to all terms, limitations and exclusions.
>
> B400.0666

**All Options**

> **Mental Illness:** This term means any mental disorder, regardless of cause, listed in the Diagnostic and Statistical Manual of Mental Disorders (DSM) currently in use by the American Psychiatric Association (APA). If the APA stops publishing the DSM, We will use another similar source. A Mental Illness may be caused or contributed to, by or result in, physical, biological or chemical factors or symptoms.
>
> For purposes of this Certificate, Mental Illness does not include:
>
> - Irreversible dementia caused by Alzheimer's disease, stroke, trauma or viral infection; or
> - Any other condition not typically treated by a psychiatrist, clinical psychologist or other qualified mental health professional.
>
> B400.0667

**All Options**

> **Month or Months or Monthly:** These terms mean a consecutive 30 day period.
>
> B400.0668

**All Options**

> **Monthly Benefit:** This term means this Certificate's Gross Monthly Benefit reduced by other income. If You are Working While Disabled, Your Monthly Benefit will be further reduced based on the amount of Your Disability Earnings.
>
> B400.0669

**All Options**

> **No-Fault Motor Vehicle Coverage:** This term means a motor vehicle plan that pays disability or medical benefits no matter who was at fault in an accident.
>
> B400.0670
>
> **Objective Medical Evidence:** This term includes:
>
> - Diagnostic testing;
> - Laboratory reports; and

GC-LTD-15-CA

**Guardian/Roeder 0335**

- Medical records of a Doctors exam documenting clinical signs, presence of symptoms and test results relevant to your Disability and claimed restrictions and limitations and consistent with Generally Accepted Medical Standards.

Generally Accepted Medical Standards are those supported by nationally recognized authorities in the health care field unless a state medical standard exists, in which case the state medical standard shall apply. Generally Accepted Medical Standards are those supported by nationally recognized authorities in the health care field including:

- The American Medical Association (AMA);
- The AMA Board of Medical Specialties;
- The Food and Drug Administration;
- The Centers for Disease Control;
- The National Cancer Institute;
- The National Institutes of Health;
- The Department of Health and Human Services; and
- Any state agency, board, or regulatory body charged with determining acceptable medical standards in the state in which You reside.

B401.2119

**All Options**

**Objective Proof of Your Restrictions and Limitations:** During the Own Occupation period this term means objective proof of Your inability to perform the duties of Your Own Occupation, and including all restrictions and limitations relating to Your inability to work. After the Own Occupation period, this term means objective proof of Your inability to perform the duties of any Gainful Work and including all restrictions and limitations relating to Your inability to work.

B400.0672

**All Options**

**Own Occupation or Usual Occupation:** This term means:

- The occupation(s) You are routinely performing for Your Employer immediately prior to the first date of Disability, and is further defined as follows. Own Occupation:
  - Includes any employment, trade, or profession that is substantially similar in terms of tasks, functions, skills, abilities, knowledge, training and experience, required by Employers from those engaged in a particular occupation in the general labor market in the national economy; and

GC-LTD-15-CA

Guardian/Roeder 0336

- Is not defined with reference to a specific Employer or specific location or particular work environment; and

- Only includes the occupation or occupations for which You are covered under this Certificate, and

- Generates the Insured Earnings covered by this Certificate.

B401.2122

**All Options**

**Policy:** This term means the group Long Term Disability Income Coverage described in the Policy and this Certificate.

B400.0683

**All Options**

**Reasonable Accommodation:**This term means any modification or adjustment that the Employer willingly provides to:

- A job;

- An employment practice;

- A work process; or

- The work place.

The modification or adjustment must make it possible for a Disabled person to:

- Reach the same level of performance as a similarly situated non-disabled person; or

- Enjoy equal benefits and privileges of employment as are available to a similarly situated non-disabled person.

The modification or adjustment must not place an undue hardship on the Employer.

B400.0685

**All Options**

**Recurring Disability:** This term means a later Disability that:

- Is related to an earlier Disability for which this Certificate paid benefits; and

- Meets the conditions described in the Recurring Disability section of this Certificate.

B400.0686

GC-LTD-15-CA

**Guardian/Roeder 0337**

**All Options**

**Regular and Appropriate Care:** This term means, with respect to Your disabling condition(s) and any other condition(s) which, if left untreated, would adversely affect Your disabling condition, You:

- Visit a Doctor as frequently as recommended by a Doctor to effectively manage these conditions; and

- Are receiving appropriate treatment designed to achieve maximum medical improvement in these conditions.

Appropriate treatment is that treatment a patient would make a reasonable decision to accept after duly considering the opinions of medical professionals, and such treatment must be provided by a Doctor or Doctors whose specialty is appropriate for Your:

- Disability; and

- Any other conditions which left untreated would adversely affect Your disabling condition.

Regular and Appropriate Care does not require treatment for a disabling condition where no additional medical treatment will likely cure or improve that condition, and You have achieved maximum medical improvement.

B401.2123

**All Options**

**Rehabilitation Agreement:** This term means a formal agreement between:

- You;

- Us; and

- Your Employer, if needed

It outlines the Rehabilitation Program in which You agree to take part.

B400.0688

**All Options**

**Rehabilitation Program:** This term means a program of work or job-related training for You that We approve. Its aim is to restore Your wage earning abilities.

B401.2124

**All Options**

**Retirement Plan:** This term means a defined benefit or defined contribution plan funded wholly or in part by the Employer's deposits for Your benefit. The term does not include:

- Profit sharing plans;

- Thrift plans;

- Non-qualified deferred compensation plans;

GC-LTD-15-CA

**Guardian/Roeder 0338**

- Individual retirement accounts;
- Tax sheltered annuities;
- 401(k), 403(b), 457 or similar plans; or
- Stock ownership plans.

Retirement Plan **"retirement benefits"** are lump sum or periodic payments at normal or early retirement. Some Retirement Plans make payments for Disability (as defined by those plans) that start before normal retirement age. When such payments reduce the amount that would have been paid at normal retirement age, they are retirement benefits. When such payments do not reduce the normal retirement amount, they are **"disability benefits."**

B400.0690

**All Options**

**Sickness:** This term means an illness or disease. Pregnancy is treated as a Sickness under this Certificate.

B400.0691

**All Options**

**Spouse:** This term means Your lawful spouse, which shall include Your registered domestic partner with the California Secretary of State.

B401.2125

**All Options**

**We, Us** and **Our:** These terms mean The Guardian Life Insurance Company of America.

B400.0696

**All Options**

**Working While Disabled:** This term means You are working and earning a gross Monthly income of 20% or more of Indexed Insured Earnings.

B400.0697

**All Options**

**You** or **Your:** These terms mean the Employee.

B400.0698

GC-LTD-15-CA

**Guardian/Roeder 0339**

**All Options**

## LONG TERM DISABILITY INCOME COVERAGE SCHEDULE OF BENEFITS

Effective January 1, 2019, this Schedule of Benefits is attached to the Certificate. This Schedule of Benefits replaces any previously issued Schedule of Benefits.

B400.0707

**All Options**

**Own Occupation Period**  The first 24 months of benefit payments from this Certificate.

B400.0710

**All Options**

**Elimination Period**  For Disability due to Injury . . . . . . the later of: (1) the end of the maximum period for which benefits are payable under the Employer's Short Term Disability Income Coverage plan; or (2) 90 days.

For Disability due to Sickness . . . . . . . . . . the later of: (1) the end of the maximum period for which benefits are payable under the Employer's Short Term Disability Income Coverage plan; or (2) 90 days.

B400.0718

**All Options**

**Maximum Payment Period**

| Age When Disability Starts | Maximum Payment Period |
|---|---|
| Under age 60 . . . . . . . . . . . . . . . . . . . . . . | To age 65 |
| Age 60 . . . . . . . . . . . . . . . . . . . . . . | 5.00 years |
| Age 61 . . . . . . . . . . . . . . . . . . . . . . | 4.00 years |
| Age 62 . . . . . . . . . . . . . . . . . . . . . . | 3.50 years |
| Age 63 . . . . . . . . . . . . . . . . . . . . . . | 3.00 years |
| Age 64 . . . . . . . . . . . . . . . . . . . . . . | 2.50 years |
| Age 65 . . . . . . . . . . . . . . . . . . . . . . | 2.00 years |
| Age 66 . . . . . . . . . . . . . . . . . . . . . . | 1.75 years |
| Age 67 . . . . . . . . . . . . . . . . . . . . . . | 1.50 years |
| Age 68 . . . . . . . . . . . . . . . . . . . . . . | 1.25 years |
| Age 69 or over . . . . . . . . . . . . . . . . . . . . . . | 1.00 year |

B400.0722

GC-SCH-LTD-19-CA

**Guardian/Roeder 0340**

**All Options**

| | |
|---|---|
| **Gross Monthly Benefit** | 60% of Your Insured Earnings to a maximum benefit of $6,000.00. |

The benefit will be rounded to the nearest $1.00, if not already a multiple of that amount.

**Note:** We integrate Your Gross Monthly Benefit with certain other income You may receive. Read all of the terms of this Certificate to see:

- The other income with which We integrate; and
- How We integrate.

B400.0730

**All Options**

### Changes To Coverage

| | |
|---|---|
| **Changes In Coverage Amounts** | If You are not Actively At Work on a Full-Time basis, any change in Your amount of coverage will not become effective prior to the date You return to Active Work on a Full-Time basis. |
| **Changes In Insurance Classification** | If Your classification changes, coverage will not be changed to the new amount until the first day on which You are: (1) Actively At Work on a Full-Time basis; and (2) make a contribution, if required, for the new classification. |

If a contribution is required for the new classification for which a larger amount of coverage is provided, You must make the required contribution for the new amount within 31 days of the change. If You do not make the required contribution within 31 days of the change or within 31 days of becoming Actively At Work on a Full-Time basis, if You are not Actively At Work on a Full-Time basis, when Your classification changes, no increase will be allowed due to such change or any later change. In that case, in order to become covered for the larger amount, You must:

- Make the required contribution for the new amount; and
- Furnish Proof of Insurability to Us, which We approve in writing.

If the coverage amount was previously reduced because of age or retirement, it will be retained at the reduced amount.

B400.0955

GC-SCH-LTD-19-CA

Guardian/Roeder 0341

**All Options**

## SUPPLEMENTAL RIDERS

B400.1169

**Guardian/Roeder 0342**

**All Options**

**CERTIFICATE RIDER**

This Rider is effective as of the effective date of the Employee's Certificate. If this Rider is added to an inforce Certificate, the Rider becomes effective on its issue date. This Rider amends the Certificate by the addition of the following:

## Income Recovery Benefit Rider

This Rider may pay an Income Recovery Benefit, if Monthly Benefits cease because You are no longer Disabled.

To be eligible for the Income Recovery Benefit, You must be:

- Able to perform the major duties of Your Own Occupation or, if the Certificate has paid all benefits for the Own Occupation period, able to perform the major duties of any Gainful Occupation;

- Working in Your Own Occupation or, if the Certificate has paid all benefits for the Own Occupation period, Your Gainful Occupation, the same number of hours as You did prior to Disability;

- Unable to earn the Certificate's maximum allowable Disability Earnings, due to the Sickness or Injury which caused the prior Disability.

We pay this benefit Monthly, in arrears. We determine the amount We pay in two steps.

In step one, We compute the following: (1) Your Gross Monthly Benefit as of the last month You were Disabled under the terms of the Certificate; less (2) Other Income Benefits.

In step two, We make a current earnings adjustment.

We add:

- Your Gross Monthly Benefit as of the last month You were Disabled under the terms of the Certificate; and

- Your current Disability Earnings.

If such sum exceeds 100% of Your Insured Earnings, We pay the amount in step one less the excess over 100%. If such sum does not exceed 100%, We pay the amount in step one.

We stop paying this benefit on the earliest of:

- The date You are able to earn the Certificate's maximum allowable Disability Earnings;

- The date You become Disabled;

- The date You stop working;

GC-R-LTD-INC-15

**Guardian/Roeder 0343**

- The date 12 months in a row after the first Income Recovery Benefit is paid; or

- The end of the Maximum Payment Period.

We will not pay more than 12 monthly Income Recovery Benefit payments following any one period of Disability, including any Recurring Disability.

This Rider is a part of the Certificate. Except as stated in this Rider, nothing contained in this Rider changes or affects any other terms of the Certificate.

**The Guardian** Life Insurance Company of America

*Raymond J Marra*

Senior Vice President, Group and Worksite Markets

B400.1160

GC-R-LTD-INC-15

**Guardian/Roeder 0344**

**All Options**

**CERTIFICATE RIDER**

This Rider is effective as of the effective date of the Employee's Certificate. If this Rider is added to an inforce Certificate, the Rider becomes effective on its issue date. This Rider amends the Certificate by the addition of the following:

## Survivor Benefit Rider

This Rider may pay a Survivor Benefit, according to the terms below.

**What We Pay:** We may pay a Survivor Benefit if You die after You:

- Had been Disabled for at least six months in a row; and
- Were entitled to receive at least one full Monthly Benefit prior to Your death.

When We receive proof of Your death, We pay Your Eligible Survivor a lump sum benefit.

But, We first apply such benefit to reduce any overpayment You may owe Us.

If You have no Eligible Survivor, no Survivor Benefit is paid.

### Accelerated Survivor Benefit

If You have a terminal illness, We may accelerate payment of this Rider's Survivor Benefit.

For purposes of the accelerated Survivor Benefit, a terminal illness means a medical condition that is expected to result in Your death within 6 months.

To receive an accelerated Survivor Benefit, You must:

- Be entitled to receive a Monthly Benefit from the Certificate;
- Request this benefit in writing; and
- Provide written proof of terminal illness from a Doctor.

But, We will not pay an accelerated Survivor Benefit if there are less than 6 months remaining in the maximum benefit period.

If You choose to receive an accelerated Survivor Benefit, no Survivor Benefit is payable on Your death.

### Definitions

This section defines certain terms appearing in this Rider. Additional terms, not listed here, are defined in the Certificate.

**Eligible Survivor:** This term means Your Spouse, if living. If Your Spouse is not living, Your Eligible Survivor is Your:

- Unmarried child under age 20; and

GC-R-LTD-SUR-15-CA

**Guardian/Roeder 0345**

- Unmarried child under age 26 who is enrolled as a full- time student at an accredited school.

If there is more than one such child when You die, this benefit will be paid to each child in equal shares.

**Spouse:** This term means Your lawful spouse, which shall include Your registered domestic partner with the California Secretary of State.

**Survivor Benefit:** This term means an amount equal to 3 times the amount of Your last Monthly Benefit after it is reduced by Disability Earnings.

This Rider is a part of the Certificate. Except as stated in this Rider, nothing contained in this Rider changes or affects any other terms of the Certificate.

**The Guardian** Life Insurance Company of America

*Raymond J. Mana*

Senior Vice President, Group and Worksite Markets

B401.2154

GC-R-LTD-SUR-15-CA

**Guardian/Roeder 0346**

**All Options**

## CERTIFICATE AMENDATORY RIDER

This Rider is effective on the Policy Date. If this Rider is added after the Policy Date, the Rider becomes effective on its issue date.

This Rider amends the Certificate by the replacement of the following Benefit Provisions:

**Other Income Benefits:** You may receive, or be entitled to receive, income shown in the list below.

We will reduce Your Gross Monthly Benefit by such other income benefits to determine Your Monthly Benefit from this Certificate.

- Commissions or monies received, payable but deferred, or paid after Disability benefits start.

    This includes:

    - Vested and nonvested renewal commissions;

    - Bonuses;

    - Royalties; and

    - Other distributions.

- Disability benefits from any mandated benefit act or law. This includes all temporary disability or state disability benefits required by law.

- Disability benefits from all group policies or plans of the Employer. This includes payments made by a group life insurance plan due to Your Disability. This does not include payments made from a group life insurance plan's:

    - Accelerated death benefit; or

    - Like provision that allows payment of such plan's proceeds due to terminal illness.

- Disability benefits from any other group policy or plan; but, if the other group plan was in force prior to this Certificate, and the other group plan also deducts for disability benefits from any other group plan, We will not deduct these other group disability benefits.

- Income received from partnership distributions, but only to the extent that such income plus the amount of Your Gross Monthly Benefit is more than 100% of Your Indexed Insured Earnings.

- Benefits from: The United States Social Security Act; The Railroad Retirement Act; or any other like U.S. or Canadian plan or act.

    This includes:

    (a) All disability benefits for which: (i) You are entitled; and (ii) Your spouse and children are entitled due to Your Disability;

GC-A-LTD-OI-19-CA

Guardian/Roeder 0347

(b)   All unreduced retirement benefits for which: (i) You are entitled and awarded; and (ii) Your spouse and children are entitled and awarded due to Your entitlement; and

(c)   All reduced retirement benefits paid to: (i) You; and (ii) Your spouse and children due to Your receipt of such benefits.

We do not reduce Your Gross Monthly Benefit by the retirement benefits described in (b) and (c) above, to the extent that You and Your dependents were entitled and awarded such income prior to the start of Disability. We will reduce the Gross Monthly Benefit by marginal increases in such income You and Your dependents were entitled and awarded after Disability begins.

We will reduce Your Gross Monthly Benefit by Your dependents' benefits described in (a), (b) and (c) above if: (i) the dependents' benefits are provided to You by the Social Security Administration; (ii) at the time that the Social Security Administration makes its first payment of the dependent benefits described in (a), (b), and (c) above, the dependent child remains a minor dependent or an adult Disabled dependent, and (iii) the dependent benefits You are entitled to are greater than any dependent benefit being received by another person. Under these circumstances, We will reduce Your Gross Monthly Benefit by the difference between the amount the dependent was awarded under the prior recipient and the amount awarded the dependent under Your benefits.

We do not reduce Your Gross Monthly Benefit by the benefits to which You are entitled, as described in (a), (b), and (c) above unless such benefits are greater than any widow/widower benefit You are receiving. And then We reduce Your Gross Monthly Benefit by the difference.

- Income of the type that is included in Your Insured Earnings for purposes of determining Your Gross Monthly Benefit under this Certificate.

- That portion of Retirement Plan retirement benefits which the Employer funds.

- That portion of Retirement Plan disability benefits which the Employer funds.

- Retirement benefits or Retirement Plan disability benefits, due to Your Disability, from any Government Plan other than those shown above.

- Temporary disability benefits under a Worker's Compensation law.

- Disability benefits from any third party when Your Disability is the result of the negligence or intentional tort liability of that third party.

Guardian/Roeder 0348

- Payments from a paid leave, or a similar plan that pays for an approved leave, but only to the extent that such income plus the amount of Your Gross Monthly Benefit is more than 100% of Your Insured Earnings.

We reduce Your Gross Monthly Benefit with income shown above that You are entitled to receive without regard to the reason You are entitled to receive it.

Our right to reduce Your benefit by such income shall not be negated by a transfer of claim liability to a third party. Payment by such third party by law, settlement, judgment, waiver or otherwise shall not negate Our right.

B441.0402

**All Options**

**Other Income Not Subject To Deduction:** We will not reduce Your Gross Monthly Benefit by any income You receive or are entitled to receive from the list below.

- Deferred compensation arrangements such as 401(k), 403(b) or 457 plans;

- Profit sharing plans;

- Thrift plans;

- Tax sheltered annuities;

- Stock ownership plans;

- Individual Retirement Accounts (IRA);

- Individual disability income policies;

- Credit disability insurance;

- Non qualified plans of deferred compensation;

- Pension plans for partners;

- Retirement plans of another Employer not affiliated with this Certificate;

- Military pension and disability plans;

- Income from a sick leave, salary continuance, or paid time off plan;

- Critical Illness insurance, unless the benefit is paid out as a wage replacement benefit;

- Accident Insurance, unless the benefit is paid out as a wage replacement benefit;

- Specified Disease insurance, unless the benefit is paid out as a wage replacement benefit;

- Cancer insurance, unless the benefit is paid out as a wage replacement benefit.

GC-A-LTD-OI-19-CA

**Guardian/Roeder 0349**

This Rider is part of the Certificate. Except as state in this Rider, nothing contained in this Rider changes or affects any other terms of the Certificate.

**The Guardian** Life Insurance Company of America

Senior Vice President, Group and Worksite Markets

B441.0406

GC-A-LTD-OI-19-CA

**Guardian/Roeder 0350**

**All Options**

## STATEMENT OF ERISA RIGHTS

**The Guardian Life Insurance Company of America**
**10 Hudson Yards**
**New York, New York 10001**
**(212) 598-8000**

Your group Short Term and/or Long Term Disability Income benefits may be covered by the Employee Retirement Income Security Act of 1974 (ERISA). If so, you are entitled to certain rights and protections under ERISA.

ERISA provides that all plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits**

(a) Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U. S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

(b) Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts, collective bargaining agreements and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

(c) Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate the plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforcement of Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules (see Claims Procedures below).

GC-ERISA-DI-18-CA

**Guardian/Roeder 0351**

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a state or Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110.00 a day until you receive the material, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a federal court. If it should happen that plan fiduciaries misuse the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds that your claim is frivolous.

**Assistance with Questions**

If you have questions about the plan, you should contact the plan administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Disability Benefits Claims Procedure**

If you seek benefits under the plan you should complete, execute and submit a claim form. Claim forms and instructions for filing claims may be obtained from The Guardian Life Insurance Company of America (hereinafter referenced as Guardian).

Guardian is the Claims Fiduciary with the authority to interpret and construe the terms of the Policy, the Certificate, the Schedule of Benefits, and any riders, or other documents or forms that may be attached to the Certificate or the Policy, and any other plan documents. Guardian has the authority to determine eligibility for benefits and coverage under those documents. Guardian has the right to secure independent professional healthcare advice and to require such other evidence as needed to decide your claim.

In addition to the basic claim procedure explained in your certificate, Guardian will also observe the procedures listed below. These procedures are the minimum requirements for benefit claims procedures of employee benefit plans covered by Title 1 of ERISA.

**Definitions**

"Adverse determination" means any denial, reduction or termination of a benefit or failure to provide or make payment (in whole or in part) for a benefit.

**Timing for Initial Benefit Determination**

The benefit determination period begins when a claim is received. Guardian will make a benefit determination and notify a claimant within a reasonable period of time, but not later than the maximum time period shown below. A written or electronic notification of any adverse benefit determination must be provided.

GC-ERISA-DI-18-CA

Guardian/Roeder 0352

Guardian will provide a benefit determination not later than 45 days from the date of receipt of a claim. This period may be extended by up to 30 days if Guardian determines that an extension is necessary due to matters beyond the control of the plan, and so notifies the claimant before the end of the initial 45-day period. Such notification will include the reason for the extension and a date by which the determination will be made. If prior to the end of the 30-day period Guardian determines that an additional extension is necessary due to matters beyond the control of the plan, and so notifies the claimant, the time period for making a benefit determination may be extended for up to an additional period of up to 30 days. Such notification will include the special circumstances requiring the extension and a date by which the final determination will be made.

A notification of an extension to the time period in which a benefit determination will be made will include an explanation of the standards upon which entitlement to a benefit is based, any unresolved issues that prevent a decision of the claim, and the additional information needed to resolve those issues.

If Guardian extends the time period for making a benefit determination due to a claimant's failure to submit information necessary to decide the claim, the claimant will be given at least 45 days to provide the requested information. The extension period will begin on the date on which the claimant responds to the request for additional information.

B997.0247

**All Options**

**Adverse Benefit Determination**

If a claim is denied, Guardian will provide a notice that will set forth:

- The specific reason(s) for the adverse determination;

- References to the specific provisions in the Policy, Certificate, plan or other documents, on which the determination is based;

- A description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary;

- A description of the plan's claim review procedures which a claimant may follow to have a claim for benefits reviewed and the time limits applicable to such procedures;

- A statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse benefit determination (or a statement that such information will be provided free of charge upon request); or a statement that no internal rule, guideline, protocol or similar criterion was relied upon in making the adverse benefit determination;

- If applicable, an explanation of the basis of disagreement with or not following the views presented by you, of health care professionals who treated you and vocational professionals who evaluated you;

GC-ERISA-DI-18-CA

**Guardian/Roeder 0353**

- If applicable, an explanation of the basis for disagreeing with or not following the views of any medical or vocational expert whose advice was obtained on our behalf in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the determination;

- If applicable, an explanation of the basis for disagreeing with or not following a disability determination made by the Social Security Administration that you present to us;

- A description of the plan's review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on appeal, and;

- In the case of an adverse benefit determination based on medical necessity or experimental treatment, notice will either include an explanation of the scientific or clinical basis for the determination, or a statement that such explanation will be provided free of charge upon request.

**Appeal of Adverse Benefit Determinations**

If a claim is wholly or partially denied, the claimant will have up to 180 days to make an appeal. Guardian will conduct a full and fair review of an appeal which includes providing to claimants the following:

- The opportunity to submit written comments, documents, records and other information relating to the claim;

- The opportunity, upon request and free of charge, for reasonable access to, and copies of, all documents, records and other information relevant to the claim; and

- A review that takes into account all comments, documents, records and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

In reviewing an appeal, Guardian will:

- Provide for a review conducted by a named fiduciary who is neither the person who made the initial adverse determination nor that person's subordinate;

- In deciding an appeal based upon a medical judgment, consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment;

- Identify medical or vocational experts whose advice was obtained in connection with an adverse benefit determination; and

- Ensure that a health care professional engaged for consultation regarding an appeal based upon a medical judgment shall be neither the person who was consulted in connection with the adverse benefit determination, nor that person's subordinate.

GC-ERISA-DI-18-CA

Guardian/Roeder 0354

Guardian will notify the claimant of its decision not later than 45 days after receipt of the request for review of the adverse determination. This period may be extended by an additional period of up to 45 days if Guardian determines that special circumstances require an extension of the time period for processing and so notifies the claimant before the end of the initial 45-day period.

A notification with respect to an extension will indicate the special circumstances requiring an extension of the time period for review, and the date by which the final determination will be made.

In the event Guardian denies the appeal of an adverse benefit determination, it will:

- Provide the specific reason or reasons why the appeal was denied;

- Refer to the specific provisions in the Policy, Certificate, plan, or other documents on which the benefit determination is based;

- Provide a statement that the claimant is entitled to receive, upon request and free of charge, reasonably access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits;

- Provide a statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse benefit determination (or a statement that such information will be provided free of charge upon request); or a statement that no internal rule, guideline, protocol or similar criterion was relied upon in making the adverse benefit determination;

- If applicable, provide an explanation of the basis of disagreement with or not following the views presented by you, of health care professionals who treated you, and vocational professionals who evaluated you;

- If applicable, provide an explanation of the basis for disagreeing with or not following the views of any medical or vocational expert whose advice was obtained on our behalf in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the determination;

- If applicable, provide an explanation of the basis for disagreeing with or not following a disability determination made by the Social Security Administration that you present to us;

- Provide a statement describing the claimant's right to bring a civil suit under Section 502(a) of the Employee Retirement Income Security Act of 1974 which shall also describe any applicable contractual limitations period that applies the claimant's right to bring such an action, including the calendar date on which the contractual limitations period expires for the claim, and;

GC-ERISA-DI-18-CA

Guardian/Roeder 0355

- In the event the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of the plan to the claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon request.

**Alternative Dispute Options**
The claimant and the plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact the local U.S Department of Labor Office and the State insurance regulatory agency.

In addition to any legal rights you may have under section 502(a), if you believe that we have violated ERISAs procedural requirements, you may request that we review any claimed violation(s) and we will respond to you within ten days.

B997.0248

GC-ERISA-DI-18-CA

Guardian/Roeder 0356

## This Booklet Includes <u>All</u> Benefits For Which You Are <u>Eligible.</u>

You are covered for any benefits provided to you by the policyholder at no cost.

But if you are required to pay all or part of the cost of insurance you will only be covered for those
benefits you elected in a manner and mode acceptable to Guardian such as an enrollment form and
for which premium has been received by Guardian.

## <u>"Please Read This Document Carefully".</u>

Guardian/Roeder 0358

# CERTIFICATE OF COVERAGE

**The Guardian**
*10 Hudson Yards*
*New York, New York 10001*

The group Critical Illness coverage described in this Certificate is attached to the group Policy effective January 1, 2019. This Certificate replaces any Certificate previously issued under this Certificate or under any other Certificate providing similar or identical benefits issued to the planholder by Guardian.

**Important Notice: This is a limited plan of Critical Illness insurance. It is a supplement to health insurance. It is not a substitute for hospital or medical expense insurance, a health maintenance organization (HMO) contract, or major medical expense insurance. Please read this Certificate carefully to fully understand what it covers, limits, and excludes.**

**This is a supplement to health insurance. It is not a substitute for essential health benefits or minimum essential coverage as defined in federal law.**

### GROUP CRITICAL ILLNESS COVERAGE

Guardian certifies that the Employee to whom this Certificate is issued is entitled to the benefits described herein. However, the Employee must: (a) satisfy all of this Plan's eligibility and effective date requirements; (b) be listed in Our and/or the Policyholder's records as a validly covered Employee under this Certificate; and (c) all required premium payments must have been made by or on behalf of the Employee.

The Employee and/or his or her Dependents are not covered by any part of this Certificate for which he or she has waived coverage. Such a waiver of coverage is shown in Our and/or the Policyholder's records.

Policyholder: PSC BIOTECH CORPORATION

Group Policy Number: 00555561

*Stuart   J   Shaw*

Vice President, Risk Mgt. & Chief Actuary

B007.0233

GC-CI-14-CA

**Guardian/Roeder 0359**

**Guardian/Roeder 0360**

# TABLE OF CONTENTS

**COMPLAINT NOTICE** ................................................... 1

**DEFINITIONS** ....................................................... 2

**GENERAL PROVISIONS**
Entire Contract, Changes ................................................ 6
Time Limit On Certain Defenses ........................................ 6
Notice Of Claim ....................................................... 7
Claim Forms ........................................................... 7
Proof of Loss ......................................................... 7
Time Of Payment Of Claim .............................................. 7
Legal Actions ......................................................... 7
Conformity With State Statutes ........................................ 8
Physical Examination and Autopsy ...................................... 8

**ELIGIBILITY FOR CRITICAL ILLNESS - EMPLOYEE COVERAGE**
Eligible Employees .................................................... 9
Conditions of Eligibility ............................................. 9
When Employee Coverage Starts ........................................ 10
When Employee Coverage Ends .......................................... 12

**ELIGIBILITY FOR CRITICAL ILLNESS COVERAGE -
DEPENDENT COVERAGE**
Eligible Dependents for Dependent Critical Illness Coverage .......... 15
Adopted Children and Step-Children ................................... 15
Dependents Not Eligible .............................................. 15
Handicapped Children ................................................. 16
Proof of Insurability ................................................ 16
When Dependent Coverage Starts ....................................... 17
When Dependent Coverage Ends ......................................... 18

**CRITICAL ILLNESS COVERAGE**
Critical Illness Benefits ............................................ 19
Covered Critical Illnesses ........................................... 20
Limitations .......................................................... 25
Exclusions ........................................................... 26

**SCHEDULE OF BENEFITS** ............................................. 28

**CERTIFICATE RIDER - Portability Privilege** ....................... 32

**CERTIFICATE RIDER - Wellness Benefit** ............................ 34

**STATEMENT OF ERISA RIGHTS**
Group Health Benefits Claims Procedure ............................... 41
Termination of This Group Plan ....................................... 43

GC-CI-14-CA

**Guardian/Roeder 0361**

**All Options**

## COMPLAINT NOTICE

**This notice is to advise you that should any complaints arise regarding this insurance you may contact the Guardian at the following address or phone number:**

**The Guardian Life Insurance Company of America**
**10 Hudson Yards**
**New York, NY 10001**

**Telephone: (212) 598-8000**
**(800) 541-7846**

**If you feel your complaints have not been resolved after contacting the Guardian you may contact the California Department of Insurance at the following address and phone number:**

**California Department of Insurance**
**Consumer Communications Bureau**
**300 South Spring Street, South Tower**
**Los Angeles, California 90013**

**Consumer Hotline: 1 (800) 927-4357**
**TDD 1 (800) 482-4833**
**Website: www.insurance.ca.gov/01-consumers/**

B007.1169

GC-CI-14-CA

Guardian/Roeder 0362

**All Options**

## DEFINITIONS

This section defines certain terms appearing in Your Certificate.

B040.0004

**All Options**

**Active Work or Actively At Work:** These terms mean Your performance of all the duties that pertain to Your work at the place: (1) where it is normally done; or (2) where it is required to be done by Your Employer.

B040.0882

**All Options**

**Covered Dependent Child:** This term means Your eligible dependent child covered under this Certificate.

B007.0238

**All Options**

**Covered Person:** This term means You, if You are covered under this Certificate and Your covered dependents.

B007.0239

**All Options**

**Critical Illness:** This term means any of the conditions shown in the Covered Critical Illnesses section of this Certificate.

B007.0241

**All Options**

**Diagnosis:** This term means the establishment of a Critical Illness by a Doctor through the use of clinical and/or lab findings, as described in the Covered Critical Illnesses section of this Certificate. Clinical diagnosis is permitted whenever such diagnosis is consistent with professional medical standards.

B007.0242

**All Options**

**Doctor:** This term means any qualified medical practitioner We are required by law to recognize. He or she must: (1) be properly licensed or certified by the laws of the state where he or she practices; and (2) provide services that are within the lawful scope of his or her practice. "Doctor" includes a qualified medical professional, which means an individual whose education, training, experience and licensing qualify him or her, acting within the scope of that license, to diagnose or treat Sickness or Injury.

B007.0243

GC-CI-14-CA

Guardian/Roeder 0363

**All Options**

**Domestic Partner:**   This term means Your domestic partner who is an adult who has chosen to share his or her life with You in an intimate and committed relationship of mutual caring as defined under Section 297 of the California Family Code.

B007.0244

**All Options**

**Eligibility Date:**   For Employee coverage, this term means the earliest date You are eligible for coverage under this Certificate. For dependent coverage, this term means the earliest date on which: (1) You have Initial Dependents; and (2) are eligible for dependent coverage.

B007.0245

**All Options**

**Employee:**   This term means a person who works for the Employer and whose income is reported for tax purposes using a W-2 form.

B005.0018

**All Options**

**Employer:**   This term means PSC BIOTECH CORPORATION .

B005.0019

**All Options**

**Enrollment Period:**   This term means the 31 day period which starts on the date You first become eligible for dependent coverage.

B005.0020

**All Options**

**Full-Time:**   This term means You regularly work at least the number of hours in the normal work week set by the Employer (but not less than 20 hours per week), at: (1) Your Employer's place of business; (2) some place where the Employer's business requires You to travel; or (3) any other place You and Your Employer have agreed upon for the performance of occupational duties.

B005.0022

**All Options**

**Initial Dependents:**   This term means eligible dependents You have at the time You first become eligible for Employee coverage. If at this time You do not have any eligible dependents, but You later acquire them, the first eligible dependents You acquire are Your initial dependents.

B005.0023

GC-CI-14-CA

**Guardian/Roeder 0364**

**All Options**

**Injury:**   This term means all damage to a Covered Person's body.

B007.0253

**All Options**

**Medically Necessary**   This term means health services and supplies that are all of the following:

(1)   needed to Diagnose or treat a Sickness or Injury;

(2)   consistent in type, frequency, and length of treatment with scientifically based guidelines of national medical research or health care coverage organizations or government agencies;

(3)   needed for reasons other than comfort or convenience of the Covered Person or Doctor.

B007.0254

**All Options**

**Newly Acquired Dependent:**   This term means an eligible dependent You acquire after You already have coverage in force for Initial Dependents. This includes a newly acquired dependent of Your Domestic Partner.

B007.0255

**All Options**

**Certificate:**   This term means the group Critical Illness coverage described in the policy and this Certificate.

B007.0257

**All Options**

**Proof of Insurability:**   This term means the completion of an evidence of insurability form showing that a person is insurable.

B007.0258

**All Options**

**Sickness:**   This term means any illness or disease suffered by a Covered Person.

B005.0030

**All Options**

**Spouse:**   This term means Your lawful spouse, which shall include the marriage between opposite or same-sex partners legally performed in other jurisdictions. This term shall also include Your Domestic Partner.

B007.0260

GC-CI-14-CA

**Guardian/Roeder 0365**

**All Options**

| | |
|---|---|
| **We, Us, Our and Guardian:** | These terms mean The Guardian Life Insurance Company of America. |
| **Your or Your:** | These terms mean the insured Employee. |

B005.0032

GC-CI-14-CA

Guardian/Roeder 0366

**All Options**

## GENERAL PROVISIONS

B005.0033

**All Options**

### Entire Contract, Changes

The Policy, the application of the Policyholder and the individual applications, if any, of the individuals insured shall constitute the entire contract between the parties, and any statements made by the Policyholder, or by the individuals insured shall, in the absence of fraud, be deemed representations and not warranties. No such statement shall be used in defense to a claim under the policy, unless it is contained in a written application. No change in this policy shall be valid unless approved by an executive officer of Guardian and evidenced by endorsement hereon, or by amendment hereto signed by the Policyholder and by an executive officer of Guardian. No agent has authority to change this policy or waive any of its provisions.

B007.0263

**All Options**

### Time Limit On Certain Defenses

After the Policy has been in force for a period of two years, no statements of the Policyholder contained in the application, and no statement relating to insurability made by any Employee eligible for coverage under the Policy shall be used to deny a claim or in contesting the validity of the insurance with respect to which such statement was made after the insurance has been in force prior to the contest for a period of two years during the lifetime of the person with respect to whom any such statement was made.

No claim for loss incurred or disability commencing after two years from the effective date of the insurance coverage with respect to which the claim is made shall be reduced or denied on the ground that a disease or physical condition, not excluded from coverage by name or specific description effective on the date of loss, had existed prior to the effective date of the coverage with respect to which the claim is made.

In the event Your insurance is rescinded due to a fraudulent statement made in Your application We will refund premiums paid for the periods such insurance is void. The premium paid by You will be sent to Your last known address on file with Your Employer or Us.

B007.0264

GC-CI-14-CA

Guardian/Roeder 0367

**All Options**

## Notice Of Claim

Written notice of claim must be given to Us within 20 days after the occurrence or commencement of any loss covered by the Policy, or as soon thereafter as is reasonably possible.

## Claim Forms

Upon receipt of a written notice of claim, We will furnish to the claimant the forms for filing proofs of loss. If such forms are not furnished within 15 days after the giving of such notice the claimant shall be deemed to have complied with the requirements of this Policy as to proof of loss upon submitting, within the time fixed in the Policy for filing proofs of loss, written proof covering the occurrence, the character and the extent of the loss for which claim is made.

## Proof of Loss

Written proof of loss must be furnished to Us within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the Covered Person, later than one year from the time proof is otherwise required.

## Time Of Payment Of Claim

Subject to due written proof of loss, all indemnities for loss for which this Policy provides payment will be paid to the Covered Person as they accrue and any balance remaining unpaid at termination of the period of liability will be paid to the Covered Person immediately upon receipt of due written proof.

Unless otherwise required by law or regulation, or stated otherwise in this Certificate, We pay all Critical Illness benefits to You if You are living. If You are not living, We have the right to pay all Critical Illness benefits to one of the following: (1) Your estate; (2) Your Spouse; (3) Your parents; (4) Your children; or (5) Your brothers and sisters.

## Legal Actions

No action at law or in equity shall be brought to recover on this Policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of this Policy. No such action shall be brought after the expiration of three years after the time written proof of loss is required to be furnished.

B007.0265

GC-CI-14-CA

**Guardian/Roeder 0368**

**All Options**

## Conformity With State Statutes

Any provision of this policy which, on its effective date, is in conflict with the statutes of the state in which this policy was delivered or issued for delivery is hereby amended to conform to the minimum requirements of such statute.

B007.0267

**All Options**

## Physical Examination and Autopsy

We have the right to have a doctor of our choice examine the person for whom a claim is being made under the Certificate as often as We may reasonably require during the pendency of a claim hereunder. We also have the right to have an autopsy performed in the case of death where allowed by law. We will pay for all such examinations and autopsies. **Workers' Compensation:** The Critical Illness benefits provided by this Certificate are not in place of and do not affect requirements for coverage by Workers' Compensation.

B007.0268

GC-CI-14-CA

**Guardian/Roeder 0369**

**All Options**

## ELIGIBILITY FOR CRITICAL ILLNESS - EMPLOYEE COVERAGE

### Eligible Employees

Subject to the conditions of eligibility set forth below, and to all of the other conditions of the Certificate, You are eligible if You are in an eligible class of Employees and are an active Full-Time Employee.

If You are a partner or proprietor, We will treat You like an Employee if You meet this Certificate's conditions of eligibility.

### Conditions of Eligibility

You are eligible for Critical Illness coverage if You are;

- Legally working in the United States, or working outside of the United States for a United States based employer in a country or region approved by Us; and

- Regularly working at least the number of hours in the normal work week set by the Employer (but not less than 20 hours per week) at: (1) the Employer's place of business; (2) some place where the Employer's business requires You to travel; or (3) any other place You and the Employer have agreed upon for the performance of occupational duties.

You are **not** eligible for Critical Illness coverage if You are a temporary or seasonal Employee.

**Enrollment Requirement:** If You must pay all or part of the cost of Your coverage, We will not cover You until You enroll and agree to make the required payments.

**Proof of Insurability:** If You: (1) do not meet this Certificate's enrollment requirement within 31 days after You first become eligible; or (2) enroll after You previously had coverage which ended because You failed to make a required payment, We will ask for Proof of Insurability. And, You will not be covered until We approve that Proof of Insurability in writing.

Part or all of Your insurance amounts may be subject to Proof of Insurability. The Schedule of Benefits explains if and when We require Proof of Insurability. You will not be covered for any amount that requires such Proof of Insurability until You give the Proof of Insurability to Us and We approve that Proof of Insurability in writing.

If Your active Full-Time service ends before You meet any Proof of Insurability requirements that apply You will still have to meet those requirements if You are later re-employed by the Employer or an associated company.

B007.0269

GC-CI-14-CA

**Guardian/Roeder 0370**

**All Options**

**The Waiting Period**   If You are in an eligible class, You are eligible for Critical Illness coverage under this Certificate after You complete the service waiting period, if any, established by the Employer.

B007.0271

**All Options**

**Multiple Employment**   If You work for both the Employer and a covered associated company, or for more than one covered associated company, We will treat You as if only one firm employs You. You will not have multiple Critical Illness coverages under this Certificate. But, if this Certificate uses the amount of Your earnings to set the rates, determine class, figure coverage amounts, or for any other reason, such earnings will be figured as the sum of Your earnings from all covered Employers.

B007.0272

**All Options**

## When Employee Coverage Starts

Your eligibility date is the date You have met all of the conditions of eligibility.

Whether You must pay all or part of the cost of Your coverage, You must elect to enroll and agree to make the required payments before Your coverage will start. If You do this on or before Your Eligibility Date, Your coverage is scheduled to start on Your Eligibility Date. If You do this within 31 days after Your Eligibility Date, Your coverage is scheduled to start on Your Eligibility Date. If You elect to enroll and agree to make the required payments more than 31 days after Your Eligibility Date, Your coverage will not be scheduled to start until You send Us Proof of Insurability. Once We have approved such Proof of Insurability, Your coverage is scheduled to start on the effective date shown in the endorsement section of Your evidence of insurability form.

Any part of Your coverage which is subject to Proof of Insurability will not start unless You send such Proof of Insurability to Us, and We approve it in writing. Once We have approved it, that part of Your coverage is scheduled to start on the effective date shown in the endorsement section of Your evidence of insurability form. If Your active service ends before You meet any Proof of Insurability requirements that apply You will still have to meet those requirements if You are later re-employed by the Employer or an associated company.

GC-CI-14-CA

**Guardian/Roeder 0371**

On the date all or part of Your coverage is scheduled to start, You must be: (1) Actively At Work; (2) fully capable of performing the major duties of Your regular occupation; and (3) working Your regular number of hours. In that case, Your coverage will start at 12:01 A.M. Standard Time for Your place of residence on that date. In any other case, We will postpone the start of Your coverage until the date You: (a) return to Active Work; (b) are working Your regular number of hours; and (c) are fully capable of performing the major duties of Your regular occupation. Sometimes, a scheduled effective date is not a regularly scheduled work day. If the scheduled effective date falls: on a holiday; on a vacation day; on a non-scheduled work day; during a layoff of less than 180 days in duration; during an approved leave of absence not due to sickness or injury, of 90 days or less; or on a day during a period of absence that is less than 7 days in duration; and if: (a) You were fully capable of performing the major duties of Your regular occupation for the Employer on a full-time basis at 12:01 AM Standard Time for Your place of residence on the scheduled effective date; and (b) You were performing the major duties of Your regular occupation and working Your regular number of hours on Your last regularly scheduled work day; Your coverage will start on the scheduled effective date.

**Delayed Effective Date For Voluntary Critical Illness Coverage:** If You are not Actively At Work on the date Your Voluntary Critical Illness coverage is scheduled to start due to Sickness or Injury, We will postpone coverage for an otherwise covered loss due to that Sickness or Injury. We will postpone such coverage until You complete ten days in a row without missing a work day due to that Sickness or Injury in which You are: (1) Actively At Work; (2) fully capable of performing the major duties of Your regular occupation; and (3) working Your regular number of hours. Coverage for an otherwise covered loss due to all other conditions will start on the date You are: (a) Actively At Work; (b) fully capable of performing the major duties of Your regular occupation; and (c) working Your regular number of hours.

**Exception to When Employee Coverage Starts:** If You are not capable of performing the major duties of Your regular occupation for Your Employer on a full-time basis on the date Your coverage is scheduled to start, You will be insured for Critical Illness insurance if:

1. You were insured under the prior insurer's group critical illness policy at the time of the transfer;

2. You are a member of an eligible class; and

3. premiums for You were paid up to date; and

4. You are not receiving or eligible to receive benefits under the prior insurer's group critical illness policy.

Any Critical Illness benefit payable will be the lesser of:

1. the Critical Illness benefit payable under the Group Policy; or

2. the critical illness benefit payable under the prior insurer's group critical illness policy had it remained in force.

The Critical Illness benefit payable will be reduced by any amount paid by the prior insurer's group critical illness policy.

GC-CI-14-CA

**Guardian/Roeder 0372**

All other provisions under this Policy will apply under the Exception to When Employee Coverage Starts.

You will remain insured under this provision until the first to occur of:

1. the date You are fully capable of performing the major duties of Your regular occupation for Your Employer on a full-time basis;

2. the date insurance terminates for one of the reasons stated in When Employee Coverage Ends;

3. the last day of a period of 12 consecutive months which begins on the Policy effective date; or

4. the last day You would have been covered under the prior insurer's group critical illness policy, had the prior plan not terminated.

B005.0078

**All Options**

---

## When Employee Coverage Ends

Your coverage will end on the first of the following dates:

- The date in which Your active full-time service ends for any reason. Your active service ends when You are no longer: (1) Actively At Work; and (2) working Your regular number of hours.

- The date You stop being an eligible Employee under this Certificate.

- The date You are no longer working in the United States or working outside of the United States for a United States based Employer in a country or region approved by Us.

- The date the group Certificate ends, or is discontinued for a class of Employees to which You belong.

- The last day of the period for which required payments are made for You.

B007.0276

GC-CI-14-CA

**Guardian/Roeder 0373**

**All Options**

**Your Right to Continue Critical Illness Coverage During a Family Leave of Absence**

**Important Notice:** This section may not apply to Your Employer's Certificate. You must contact Your Employer to find out if he or she must allow for a family leave of absence under federal law. If he or she must allow for such leave, this section applies.

**If Your Coverage Would End:** Your Critical Illness coverage would normally end because You cease work due to an approved leave of absence. But, You may continue Your coverage if the leave has been granted to: (1) allow You to care for a seriously injured or ill spouse, child or parent; (2) after the birth or adoption of a child; (3) due to Your own serious health condition; or (4) because of a serious injury or illness arising out of the fact that Your spouse, child, parent or next of kin who is a covered service member is on active duty, or has been notified of an impending call or order to active duty, in the Armed Forces in support of a contingency operation. To continue Your coverage, You will be required to pay the same share of the premium as You paid before the leave of absence.

**When Continuation Ends:** Continued coverage will end on the earliest of the following:

- The date You return to Active Work.

- In the case of a leave granted to You to care for a covered service member, the end of a total leave period of 26 weeks in one 12 month period. This 26 week total leave period applies to all leaves granted to You under this section for all reasons. If You take an additional leave of absence in a subsequent 12 month period, continued coverage will cease at the end of a total leave period of 12 weeks.

- In any other case, the end of a total leave period of 12 weeks in any 12 month period.

- The date on which coverage under Your Employer's Certificate is terminated or You are no longer eligible for coverage under this Certificate.

- The end of the period for which premium has been paid.

**Definitions:** As used in this section, the terms listed above have the meanings shown below:

- **Active Duty:** This term means duty under a call or order to active duty in the Armed Forces of the United States.

- **Contingency Operation:** This term means a military operation that: (1) is designated by the Secretary of Defense as an operation in which members of the Armed Forces are or may become involved in military actions, operations or hostilities against an enemy of the United States or against an opposing military force; or (2) results in the call or order to, or retention on, active duty of members of the uniformed services under any provision of law or during a national emergency declared by the President or Congress.

GC-CI-14-CA

**Guardian/Roeder 0374**

- **Covered Service member:** This term means a member of the Armed Forces, including a member of the National Guard or Reserves, who for a serious injury or illness is: (1) undergoing medical treatment, recuperation or therapy; (2) otherwise in outpatient status; or (3) otherwise on the temporary disability retired list.

- **Next Of Kin:** This term means Your nearest blood relative.

- **Outpatient Status:** This term means, in the case of a covered service member, that he or she is assigned to: (1) a military medical treatment facility as an outpatient; or (2) a unit established for the purpose of providing command and control of members of the Armed Forces receiving medical care as outpatients.

- **Serious Injury Or Illness:** This term means, in the case of a covered service member, an Injury or illness incurred by him or her in line of duty on active duty in the Armed Forces that may render him or her medically unfit to perform the duties of his or her: (1) office; (2) grade; (3) rank; or (4) rating.

B007.0277

GC-CI-14-CA

**Guardian/Roeder 0375**

**All Options**

## ELIGIBILITY FOR CRITICAL ILLNESS COVERAGE - DEPENDENT COVERAGE

B005.0063

**All Options**

### Eligible Dependents for Dependent Critical Illness Coverage

B005.0064

**All Options**

**Eligible Dependents for Voluntary Dependent Critical Illness**   Your eligible dependents are Your spouse and unmarried dependent children from birth until they reach age 26.

B005.0080

**All Options**

### Adopted Children and Step-Children

Your "unmarried dependent children" include Your legally adopted children, and Your step-children, including adopted children and step-children of your Domestic Partner. But, Your step-children must depend on You for most of their support and maintenance. We treat a child as legally adopted from the time the child is placed in Your home for the purpose of adoption. We treat such a child this way whether or not a final adoption order is ever issued.

B007.0282

**All Options**

### Dependents Not Eligible

We exclude any dependent who is on active duty in any armed force. And, We exclude any dependent who is covered by this Certificate as an Employee.

A child may be an eligible dependent of more than one Employee who is insured under this Certificate. In that case, the child may be insured for dependent Critical Illness benefits by only one Employee at a time.

B007.0283

GC-CI-14-CA

Guardian/Roeder 0376